**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____ Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Southworth Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-1853890** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **265 Main Street** <br> **Agawam, MA 01001** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hampden** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Southworth Company** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Southworth Company**                                   Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name        _____

          Phone                _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Southworth Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2017**
MM / DD / YYYY

**X** **/s/ John S. Leness**                                **John S. Leness**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Joseph B. Collins**                    Date    **September 28, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Joseph B. Collins**
Printed name

**Hendel & Collins, P.C.**
Firm name

**101 State Street**
**Springfield, MA 01103**
Number, Street, City, State & ZIP Code

Contact phone    **(413) 734-6411**        Email address

**092660**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Southworth Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | Gregory E. Galterio/Jaffe & Asher, LLP (212) 687-3000 Ext. 2526 | Business Debt | | | | $273,077.43 |
| Chase Card Services Cardmember Service P.O. Box 15123 Wilmington, DE 19850-5123 | | Business Debt | | | | $81,569.45 |
| Cheney Pulp and Paper Company Attn: Mr. Mark Snyder P.O. Box 215 Franklin, OH 45005 | Mary C. Chase (937) 746-9991 Ext. 11 | Business Debt | | | | $235,340.39 |
| Constellation Energy Services, Inc. Attn: Ms. Erika L. Morrison 10 S. Dearborn Street 53rd Floor SW Chicago, IL 60603 | Erika L. Morrison | Business Debt | | | | $240,795.42 |
| Direct Energy Business Attn: Mr. Mark Snyder P.O. Box 215 Franklin, OH 45005 | Mary C. Chase (937) 746-9991 Ext. 11 | Business Debt | | | | $208,015.30 |

| Debtor | **Southworth Company** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eversource** P.O. Box 650851 Dallas, TX 75265-0851 | | **Business Debt** | | | | $72,179.41 |
| **Greenville Colorants** 20 Linden Avenue East Jersey City, NJ 07305 | **Peter J. Rumore** (908) 930-5977 | **Business Debt** | | | | $55,931.80 |
| **Kemira Chemicals, Inc.** 1950 Vaughn Road Kennesaw, GA 30144 | **Manoj Karivelil** (418) 812-0323 | **Business Debt** | | | | $108,709.45 |
| **Kent Tarrant** P.O.  Box 496 Hampden, MA 01036-0496 | **Kent Tarrant** (413) 566-5130 | **Business Loan** | | | | $236,640.40 |
| **Leo Paper, USA** 1180 NW Maple Street #102 Issaquah, WA 98027 | **Joanie Wojcicki** (425) 270-6562 | **Business Debt** | | | | $79,560.14 |
| **Meyers Brothers Kalicka, P.C.** Attn:  Mr. Rudy M. D'Agostino 330 Whitney Avenue, Suite 800 Holyoke, MA 01040 | **Rudy M. D'Agostino** (413) 322-3493 | **Business Debt** | | | | $55,000.00 |
| **Monson Paper, LLC** Attn:  Mr. Eric Lombardi, Jr. 121 Memorial Drive Springfield, MA 01104 | **Eric Lombardi, Jr.** (413) 732-0555 | **Business Debt** | | | | $341,147.23 |
| **Neenah Paper, Inc.** 2255 Brooks Avenue P.O. Box 506 Neenah, WI 54957-0506 | **Mike Dunn** (678) 518-3343 | **Business Debt** | | | | $56,349.04 |
| **Southern Cellulose Products, Inc.** P.O. Box 2278 Chattanooga, TN 37409 | **Gary W. Barry** (217) 413-9427 | **Business Debt** | | | | $760,280.69 |
| **Southworth Company Pension Plan** Mr. John S. Leness 265 Main Street Agawam, MA 01001 | **John S. Leness** (206) 619-4710 | | | | | $9,285,657.00 |

| Debtor | **Southworth Company** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Madison Park Group, Inc.** **1407 11th Avenue** **Seattle, WA 98122** | **Glenn Biely** **(206) 898-2297** | **Business Loan** | | | | **$682,791.44** |
| **Town of Montague** **1 Avenue A** **Turners Falls, MA 01376** | **(413) 863-3200 Ext. 202** | **Business Debt** | | | | **$224,701.28** |
| **Valmet, Inc. Hudson Falls Div.** **Lockbox 75345** **Charlotte, NC 28275** | **Charles Fournier** **(207) 329-0922** | **Business Debt** | | | | **$71,503.76** |
| **Warner Babcock Institute for Green Energ** **Attn:  Mr. Joe Point** **100 Research Drive** **Wilmington, MA 01887** | **Joseph L. Pont** **(978) 229-5430** | **Business Debt** | | | | **$120,645.00** |
| **William C. Blanker** **72 Meadow Wood Drive** **Greenfield, MA 01301** | **William C. Blanker** **(413) 773-9830** | **Business Loan** | | | | **$107,444.40** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Massachusetts

In re __Southworth Company__ _____    Case No. _____
                                                    Debtor(s)        Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date: __September 28, 2017__ _____        __/s/ John S. Leness__ _____
                                            __John S. Leness__/President
                                            Signer/Title

A&M Compressed Air Products
139 Wayside Drive
West Springfield, MA 01089

A.I.M. Mutual Insurance Co.
P.O. Box 4070
Burlington, MA 01803-0970

A.I.M. Mutual Insurance Company
P.O. Box 4131
Woburn, MA 01888-4131

A.W. Chesterton Company
Dept. CH 10510
Palatine, IL 60055-0510

Aaron M. Meshon
149 Atlantic Avenue #4
Brooklyn, NY 11201

ACF FinCo I LP
Attn: Oleh Szczupak, Vice President
580 White Plains Road, Suite 610
Tarrytown, NY 10591

Adrenal
Attn: Karen Rumble
27114 NE Robinson Road
Camas, WA 98607

Advocate
56 The Street
Ashtead
Surry KT21 1 AZ

AEIOU
489 Bernardston Road
Greenfield, MA 01301

Agnes Gomez
1756 18th Avenue S
Seattle, WA 98144

Air Company
448 Ignacio Blvd. #408
Novato, CA 94949

Airgas USA, LLC
1159 Bernardston Road
Greenfield, MA 01301-1150

Al Hattendorf Associates, Inc.
2465 Centreville Road #J 17-725
Herndon, VA 20171-3026

Alan Gruszkowski
10 Park Street, Apt. B
Turners Falls, MA 01376

Alan Hayford
11 Congress Street
Pittsfield, MA 01201

Albany International
Press Fabrics
P.O. Box 75158
Charlotte, NC 28275-0158

Albany International Corp.
Press Fabrics
P.O. Box 1109
Albany, NY 12201

Alex Koblinski
8 Pleasant Street
South Deerfield, MA 01373

Alexander G. Savakis
1640 La Loma Road
Pasadena, CA 91105

Alkemi Design, LLC
Attn: Fumi James
4633 45th Avenue S
Seattle, WA 98118

Amber Janitorial, Inc.
P.O. Box 874
Black Diamond, WA 98010

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Forest & Paper Assn.
1111 19th Street NW, Suite 800
Washington, DC 20036

American Forest & Paper Association-Dues
P.O. Box 4009
Washington, DC 20042-4009

American Plant Maintenance, Inc.
256 West Cummings Park
Woburn, MA 01801

Americo Gomes
72 Westerly Circle
Ludlow, MA 01056

Amerigas - Propane, L.P.
216 Lockhouse Road
Westfield, MA 01085-1236

Amy Ruppel
4930 SE Bush Street
Portland, OR 97206-3033

Amy Schimler-Safford
109 Mountain Park Road
Roswell, GA 30075

Anagram Press, LLC
Attn: Chandler O'Leary
2911 N. 27th Street
Tacoma, WA 98407

Andrew Prince
19 Franklin Lane
Windsor, CT 06095

Anita Hageman
3712 N. Monticello Avenue
Chicago, IL 60618

Ann McGilvray & Company, Inc.
2332 Valdina Street
Dallas, TX 75207

Anna Shipman
28 Steeplebush Road
Essex Junction, VT 05452

Anne Hare
72 H Riddle Hill Road
Falmouth, MA 02540

Anthony Colon
20 Concord Road
Manchester, CT 06042

Anthony Ruehle
11 Central
Turners Falls, MA 01376

Apak
6002 SE Firwood Street
Portland, OR 97222

Apex Barcoding Systems, Inc.
195 Pocahontas Drive
Warwick, RI 02888

Applied Dynamics Corp.
38 Butternut Street
Greenfield, MA 01301-1379

April Deluca
14 Pheasant Hill Drive
Enfield, CT 06082

April Leonard
10712 SW 238th Street
Vashon, WA 98070

Aquamark, Inc.
P.O. Box 773
Chesterland, OH 44026

Arch Paper
3340 Morgan Ford Road
St. Louis, MO 63116

Aries Chemical, Inc.
P.O. Box 519
Beaver Falls, NY 13305

Astro Chemicals, Inc.
P.O. Box 2248
Springfield, MA 01102-2248

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Athena Carlson
8101 Fairway Drive SW
Lakewood, WA 98498

Axchem USA, Inc.
6-C Oak Branch Drive
Greensboro, NC 27407

B. Dickson & Associates, LLC
dba Dale Carnegie Training
21 Maple Street
Naugatuck, CT 06770

Barclay Water Management, Inc.
55 Chapel Street
Newton, MA 02458

Bay State Bearings Service
P.O. Box 2740
Springfield, MA 01101

Bay State Elevator Company
P.O. Box 910
Agawam, MA 01001

Bedford Falls Communications
302 N. 3rd Street
Watertown, WI 53094

Belle-Aire Fragrances
1600 Baskin Road
Mundelein, IL 60060

Bercen, Inc.
1381 Cranston Street
Cranston, RI 02920

Berkshire Gas Company
P.O. Box 9241
Chelsea, MA 02150

Bernadette Krosiriyaseng
6801 South 133rd Street
J191
Seattle, WA 98118

Betsy Stolaroff
4959 Allan Road
Bethesda, MD 20816

Bich Hang Viacrusis
620 1st Avenue East
Pacific, WA 98047

Blackburn Pictures, Inc.
P.O. Box 61146
Seattle, WA 98141

Blankophor
932 East Elm STreet
Graham, NC 27253

Bluetarp Financial, Inc.
P.O. Box 105525
Atlanta, GA 30348-5525

Bob's Your Uncle, LLC
P.O. Box 702
Wellfleet, MA 02667

Bonita Pioneer
P.O. Box 641003
Dallas, TX 75264-1003

Bradley Smith
128 Rolf Avenue
Chicopee, MA 01020

Braman Chemical Enterprises, Inc.
P.O. Box 368
147 Almgren Drive
Agawam, MA 01001

Brandon Spriggs
20 Poplar Mountain Road
Erving, MA 01344

Bridget Beytagh
P.O. Box 485
Graton, CA 95444

Brown Packaging Service, Inc.
Div. of Pacific Packaging Prod.
201 Howland Avenue
Adams, MA 01220

C.H. Robinson Co., Inc.
20860 N. Tatum Blvd., Suite 350
Phoenix, AZ 85050

C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

CalSTRS - 600711
P.O. Box 310300
NWCP Seattle-Bldg B Prop ID 600711
Des Moines, IA 50331-0300

Candace Correa
3664 Colonial Avenue
Los Angeles, CA 90066

Canon Financial Services, Inc.
P.O. Box 5008
Mount Laurel, NJ 08054

Canon Financial Services, Inc.
14904 Collections Ceneter Drive
Chicago, IL 60693-0149

Capp, Inc.
PMB 495
304 Newbury Street
Boston, MA 02115

Capp, Inc.
P.O. Box 127
Clifton Heights, PA 19018-0127

Caraustar Industrial Prod GRP
70 Better Way
Chicopee, MA 01022

Caraustar Industrial Prod. GRP
Newark Group
P.O. Box 935013
Atlanta, GA 31193-5013

Cards & Gifts NW, LLC
P.O. Box 550
Port Orchard, WA 98366

Carlos Carvalho
36 Raylo Street
Chicopee, MA 01013

Carol Ann Nooney Sales, Inc.
432 Wallis Road
Rye, NH 03870

Carter-McLeod Paper & Packaging
136 Wayside Avenue
West Springfield, MA 01089

Cascio Company
262 Meadow Street
Agawam, MA 01001

Charles Blanker
456 Mt. Herman STation Road
Northfield, MA 01360

Charles L. Nolan
5105 North 13th Avenue
Phoenix, AZ 85013

Charles Petschke
218 Riverdale Street
West Springfield, MA 01089

Chase Card Services
Cardmember Service
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Card Services
Cardmember Service
P.O. Box 1423
Charlotte, NC 28201-1423

Cheezburger, Inc.
Dept. LA 24292
Pasadena, CA 91185-4292

Chemtrec
2900 Fairview Park Drive
Falls Church, VA 22042-4513

Chemtrec
Accounts Receivable
P.O. Box 791383
Baltimore, MD 21279-1383

Cheney Pulp and Paper Company
Attn:  Mr. Mark Snyder
P.O. Box 215
Franklin, OH 45005

Cheryl Lynn Associates, LLC
Attn:  Cheryl L. Fletcher
24881 Reeds Pointe Drive
Novi, MI 48374

Christine Sheridan
186 Abbe Road
Enfield, CT 06082

Christopher Sargiotto
4-74 48th Avenue #4BB
Long Island City, NY 11109

Chuen Kong Tam
318 NW 103rd Street
Seattle, WA 98177

Cindy Richotte
24 Randall Road
Montague, MA 01351

City Machine Corporation
155 North Canal Street
Holyoke, MA 01040

City of Seattle
Licensing & Tax Administration
P.O. Box 34907
Seattle, WA 98124-1907

City of Seattle
Department of Finance
P.O. Box 34016
Seattle, WA 98124-1016

City of Seattle
Seattle Fire Marshal's Office
220 Third Avenue S - 2nd Floor
Seattle, WA 98104-2608

City of Seattle
Dept. of Planning & Development
P.O. Box 34234
Seattle, WA 98124-1234

Claremont Flock Corp.
P.O. Box 847277
Quicksburg, VA 22847-2770

Claremont Flock, LLC
107 Scott Drive
Leominster, MA 01453

Clayton Industries
17477 Hurley Street
La Puente, CA 91744

Clayton Industries
Dept. #2636
Los Angeles, CA 90084-2636

Clean Rentals, Inc.
Clean Uniforms and More!
355 Church Street
P.O. Box 63100
New Bedford, MA 02746-0899

Clean Rentals, Inc.
Clean UNiforms and More!
P.O. Box 63070
New Bedford, MA 02746-0899

Clear Solutions
73 Monument Road
Hinsdale, NH 03451

CMPC, USA, Inc.
1040 Crowne Pointe Parkway, Suite 800
Atlanta, GA 30338

Cody Ventura
1306 Fir Street
Everett, WA 98201

Coffee Break Co.
P.O. Box 1300
20 Connecticut South Drive
East Granby, CT 06026

Colleen Higgins
P.O. Box 27291
Seattle, WA 98165

Colleen Tracy
P.O. Box 144 10 Great Bay Road
Standish, ME 04084

Collins Pipe & Supply Co., Inc.
P.O. Box 1053
East Windsor, CT 06088

Columbia Gas of Massachusetts
P.O. Box 742514
Cincinnati, OH 45274-2514

Comcast
Attn: Alison Digregorio
20th Floor, 1701 JFK Blvd.
Philadelphia, PA 19103-2858

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Conflare, LLC
55 Broadway E., #251
Seattle, WA 98102

Connecticut Die Cutting Svcs.
95 Leggett Street
East Hartford, CT 06108

Constellation Energy Services, Inc.
Attn: Ms. Erika L. Morrison
10 S. Dearborn Street
53rd Floor SW
Chicago, IL 60603

Consumers Interstate Corp.
2 Consumers Avenue
Norwich, CT 06360-1568

Copiers Northwest, Inc.
601 Dexter Avenue N
Seattle, WA 98109

Copiers Northwest, Inc. (Chi)
21146 Network Place
Chicago, IL 60673-1211

Crane Stationery, LLC
30 South Street
Dalton, MA 01226

Crescent Cardboard
100 West Willow Road
Wheeling, IL 60090

Crescent Cardboard Co., LLC
35243 Eagle Way
Chicago, IL 60678-1352

Crocker Communications, Inc.
101 Munson Street
P.O. Box 710
Greenfield, MA 01302-0710

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

Curtis Fiske
26 River Street
Erving, MA 01344

CW Worldwide, Inc.
Attn: Mr. Charles Johnson
P.O. Box 605
Crete, IL 60417

CW Worldwide, Inc.
P.O. Box 605
Crete, IL 60417

Cynthia Kingsada
13765 56th Avenue S
C3111
Seattle, WA 98168

D.N. Lukens, Inc.
134 Flanders Road, Suite 375
Westborough, MA 01581

Daniel Demers, Sr.
842 Parker Street
Springfield, MA 01129

Daniel Minckler
19 Phillip Street, 1st Floor
Greenfield, MA 01301

Daniel Richards, Inc.
230 Spring Street, Suite 1634
Atlanta, GA 30303

Dauphine Press
3820 Cypress Drive, Suite 12
Petaluma, CA 94954

Dauphine Press, Ltd.
79 Emjay Blvd.
Brentwood, NY 11717

Dauphine Press, Ltd.
555 Greenwich Street
Hempstead, NY 11550

David Carlson
6011 28th Avenue S
Seattle, WA 98108

David Hawkins
134 Boyle Road
Gill, MA 01354

David J. Mika
251 Silo Road
Bristol, CT 06010

David L. Walker
207 Tobacco Farm Way
Chapel Hill, NC 27516-8420

Dean Dupre
15 Forest Ridge Lane
Agawam, MA 01001

Debbi Parmisano
420 Phelps Road
San Carlos, CA 94070

DecisionOne Corporation
426 W. Lancaster Avenue
Devon, PA 19333

Decisionone Corporation
P.O. Box 754140
Philadelphia, PA 19175-4140

Decoprint Druckerei GmbH
Hoger Damm 6
49632 Essen/Oldbg.
Hamburg

Dennis Arsenault
98 East Street
Northfield, MA 01360

Dennis Connor
205 Jabish Street, Apt. B
Belchertown, MA 01007

Direct Energy Business
Attn: Mr. Mark Snyder
P.O. Box 215
Franklin, OH 45005

Doherty Wallace Pillsbury & Murphy, P.C.
Attn: W. Garth Janes, Esq.
One Monarch Place, Suite 1900
Springfield, MA 01144

Donald Drosehn
276 Smith Road
Hinsdale, MA 01235

Donna Dapper
301 Princeton Drive
River Edge, NJ 07661

Donna Dillingham
8 Brookview Lane
Granby, CT 06035

Donna Nelson
62 Town Farm Road
Tunbridge, VT 05077

Dubois Chemicals, Inc.
3630 E. Kemper Road
Cincinnati, OH 45241

Dun & Bradstreet
75 Remittance Drive, Suite 1804
Chicago, IL 60675-1804

Dun & Bradstreet
P.O. Box 742138
Los Angeles, CA 90074-2138

Eccles Eccles & Associates, Inc.
P.O. Box 516
Grinnell, IA 50112

Edward Champagne
50 Gloria Drive
Westfield, MA 01085

Edward Driscoll
195 East Road
Adams, MA 01220

Edward Gruszkowski
86 Cross Street
Bernardston, MA 01337

Elisabeth Logan
Artstuff, LTD
6838 35th Avenue NE
Seattle, WA 98115

Elm Electrical, Inc.
68 Union Street
Westfield, MA 01085

Environmental Air Specialties
P.O. Box 541
Grafton, MA 01519

ERC Wiping Products, Inc.
19 Bennett Street
Lynn, MA 01905

Eric Donovan
4 H Street, 1st Floor, Left
Turners Falls, MA 01376

Erin McMorris
2046 NW Flanders Street #4
Portland, OR 97209

Eversource
P.O. Box 650851
Dallas, TX 75265-0851

Everwear, Inc.
401 Stag Industrial Boulevard
Lake St. Louis, MO 63367

Expeditors Intl / Sea
P.O. Box 1127
Kent, WA 98035

F. Brendan Crowley
177 Saint James Avenue
Chicopee, MA 01020

Faith Bosna
4047 120th Avenue SE
Bellevue, WA 98006

Fastenal Company
26 Kenwood Street
Greenfield, MA 01301

Fedex Freight
Dept. CH
P.O. Box 10306
Palatine, IL 60055-0306

Fedex Office
P.O. Box 94515
Palatine, IL 60094-4515

Fedex Office
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

Flemming Chalef
1933 S. Broadway #846
Los Angeles, CA 90007

FLN-MAR Rubber & Plastics, Inc.
P.O. Box 307
102 Cabot Street
Holyoke, MA 01041

Flora Waycott
3B Mace Street, island Bay
Wellington 6023 NEW ZEALAND

Forms Plus, Inc.
55 New England Way
Warwick, RI 02886

Frank Sturges
142 W. Winter Street
Delaware, OH 43015

Franklin County Chamber of Commerce
P.O. Box 898
Greenfield, MA 01302

Friedman Corporation
One Parkway North, Suite 400S
Deerfield, IL 60015

G.H. Berlin Windward
Divs of Booth Waltz Ent., Inc.
42 Rumsey Road
East Hartford, CT 06108

Gaige Tencati
15 Montague Avenue
Lake Pleasant, MA 01347

Gala Plus International Co., Ltd.
Unit 708, 7/F., Ho Lik Centre
66A Sha Tsui Road, Tsuen Wan
Hong King

Gary Plastic Packaging Corp.
1340 Viele Avenue
Bronx, NY 10474-7124

Geninne D. Zlatkis
P.O. Box 2740
Santa Fe, NM 87501

Gerald Polley
98 Barney Hale Road
Gill, MA 01354

GL& V USA, Inc.
Dept. 293901
P.O. Box 67000
Detroit, MI 48267-2939

GL&V Canada Inc. (Pulp & Paper)
3100, Rue Westinghouse
Parc Industriel No. 2
Trois-Rivieres, QCCA G9A 5E1

GL&V USA, Inc.
27 Allen Street
Hudson Falls, NY 12839

GL&V USA, Inc.
1 Cellu Drive, Suite 200
Nashua, NH 03063-1008

GL&V USA, Inc.
P.O. Box 846
175 Crystal Street
Lenox, MA 01240

GL&V USA, Inc.
Dept. 293901
P.O. Box 67000
Detroit, MI 48267-2939

Glen Biely
5105 NE 45th Street
Seattle, WA 98105

Glenn Greaney
99 Catalpa Terrace
Springfield, MA 01119

Global Scientific Instrument
Bldg. #9K
1200 Millbury Street
Worcester, MA 01607

Global Scientific Instrument, Inc.
P.O. Box 123
South Grafton, MA 01560

Global Transportation Svcs, inc.
27888 Network Place
Chicago, IL 60673-1278

Gordon Hearing Conservation, Inc.
38 Gilbert Hill Road
Chester, CT 06412

Grainger
790 Cottage Street
Springfield, MA 01104-3221

Graphic Controls
400 Exchange Street
Buffalo, NY 14204

Great American Publishing
P.O. Box 128
Sparta, MI 49345

Greenfield Farmers Cooperative Exchange
269 High Street
Greenfield, MA 01301

Greenough Packaging Supplies
54 Heywood Avenue
P.O. Box 4998
West Springfield, MA 01089

Greenville Colorants
20 Linden Avenue East
Jersey City, NJ 07305

Grogan, Tuccillo & Vanderleeden
1350 Main Street, Suite 508
Springfield, MA 01103

GXS, Inc.
P.O. Box 640371
Pittsburgh, PA 15264-0371

Hampden Papers, Inc.
100 Water Street
Holyoke, MA 01040

Hanah Silk, Inc.
5155 Myrtle Avenue
Eureka, CA 95503

Hanes Sheetmetal
Attn: Jeff Hanes
2660 NE Hwy 20 Ste 610-55
Bend, OR 97701

Hang Duong
4926 S. Willow Street
Seattle, WA 98118

Harmless & Associates, LLC
2514 Tomahawk Road
Prairie Village, KS 66208

Hayes Pump, Inc.
66 Old Power Mill Road
Concord, MA 01742-4624

Hayes Pump, Inc.
P.O. Box 0351
Brattleboro, VT 05302-0351

Heather Junge Associates
201 Wyandotte St Loft 302
Kansas City, MO 64105

Heather MacDermott
17 Meadow Drive
San Rafael, CA 94903

Heather Tupelo Ross
90 William Street, Apt. 8H
New York, NY 10038

Herman Agency
350 Central Park West
New York, NY 10025

Holland Company, Inc.
153 Howland Avenue
Adams, MA 01220

Horizon Minerals, LLC
110 Virginia Court
Hertford, NC 27944

Ideas! Inc.
Attn: Karen Sobolesky
9441 Emerald Street
Anchorage, AK 99502

Image Permanence Institute
Rochester Institute of Tech.
25 Lomb Memorial Drive
Rochester, NY 14623-5608

Industrial Compressor, LLC
40 Industrial Drive
Uxbridge, MA 01569

Industrial Vibration Consultants, Inc.
210 S. West Street
Lebanon, OH 45036

Ingredion, Inc.
10 Finderne Avenue
P.O. Box 6500
Bridgewater, NJ 08807-0500

Integra
P.O. Box 2966
Milwaukee, WI 53201-2966

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Isdore Reynolds
18111 48th Avenue W
Lynnwood, WA 98037

Ivette Rothenberg
P.O. Box 175
Auburn, CA 95604

J.S. McCarthy Printers
15 Darin Drive
Augusta, ME 04330-9479

James Perry
73 Sawin Lane
Erving, MA 01344

James Poirier
113 Eagleville Road
Orange, MA 01364

Jana Kulas
3006 NW Esplanade
Seattle, WA 98117

Jason Cournoyer
1436 Dwight Street
Holyoke, MA 01040

Jay Demers, Jr.
12 12th Street, 2nd Floor
Turners Falls, MA 01376

Jean Mancini
390 Brush Hill Avenue
West Springfield, MA 01089

Jeffrey Poirier
37 Graves Road
Greenfield, MA 01301

Jen Hsieh
354 Aberdeen Avenue
Hamilton, Ontario L8P 2R5
Canada

Jenna Hoffman
5006  3rd Avenue NW
Seattle, WA 98107

Jennifer Conry
1601 E. Mercer Street, Apt. 7
Seattle, WA 98112

Jennifer Renninger
3202 W.. Obispo Street, Apt. A
Tampa, FL 33629

Joe Hogan
210 Paoli Pointe Drive
Paoli, PA 19301

Joe Piper, Inc.
P.O. Box 19687
Birmingham, AL 35211

Joel Disciullo
25 Griswold Street
Turners Falls, MA 01376

John Brunner, III
264 Davis Street
Greenfield, MA 01301

John Helbig, Jr.
60 Glen Road
Greenfield, MA 01301

John Jablonski
108 Stone Farm Lane
Greenfield, MA 01301

John S. Leness
2031 Fairview Avenue East
Houseboat 1
Seattle, WA 98102

John Winseck
13 I Street
Turners Falls, MA 01376

Josue Matos
22 Draper Street
Springfield, MA 01108

JRC Industries, Inc.
111804 Wakeman Street
Santa Fe Springs, CA 90670

Judd Paper Company
55 Paktucket Avenue
Rumford, RI 02916

Jules Davis
Brand Bird, Inc.
1388 Dekalb Avenue
Atlanta, GA 30307

Justin Payette
9 Hayes Avenue
Erving, MA 01344

K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Kasey Free
10744 Lakeside Avenue NE
Seattle, WA 98125

Kathleen P. Brady
a/k/a Current Company NYC, LLC
560 W. 218th Street, Apt. 3C
New York, NY 10034

Katie Daisy, LLC
Attn: Kathryn Lombardo
19520 Pine Drive
Bend, OR 97702

Kelby Ytreeide
5429 Glenwood Avenue, Apt. B
Everett, WA 98203

Kelsey Callahan
2111 NW Moraine Place
Issaquah, WA 98027

Kemira Chemicals, Inc.
1950 Vaughn Road
Kennesaw, GA 30144

Kent Tarrant
P.O. Box 496
Hampden, MA 01036-0496

Kevin McCarthy
455 Millers Falls Road
Millers Falls, MA 01349

Kevin Rau
92 Old State Road
Erving, MA 01344

Kim Newcombe
1166 Richardson Road
Ashby, MA 01431

Kristina Chacon
14424 North Creek Drive
1116
Mill Creek, WA 98012

Krystal Kleer, LLC
606 Pomeroy Avenue
Meriden, CT 06450-4872

Lacy & Par, Inc.
650 S. Industrial Way
Seattle, WA 98108

Laura Sjoberg
158 Derby Street
Newton, MA 02458-5000

Lawrence Richotte
24 Randall Road
Montague, MA 01351

Leavitt Machinery USA, Inc.
17300 West Valley Hwy
Seattle, WA 98188

Lena B & Company
3531 South Logan Street, Suite D
Englewood, CO 80113

Leo Paper, USA
1180 NW Maple Street #102
Issaquah, WA 98027

Lidia Fernandes Ferrei
891 East Street
Ludlow, MA 01056

Lifttruck
P.O. Box 1091
West Springfield, MA 01090

Linda Suzor
12 Sabin Street
Indian Orchard, MA 01151

Linnea A. Riley
a/k/a Linnea Publishing
1428 Calle Santa Fe
Solana Beach, CA 92075

Lisa Canedy
7 Prospect Avenue, Apt. #6
Greenfield, MA 01301

Lisa R. Yerke
2251 Panorama Circle
Salt Lake City, UT 84124

Locke Lord Public Policy Group, LLC
111 Huntington Avenue
Boston, MA 02199-7913

Loker & Associates
18 Packer Brook Road
Redding, CT 06896

Long Cai
23323 56th Avenue S
Kent, WA 98032

Lotta Jansdotter, LLC
101 President Street #4
Brooklyn, NY 11231

Lynn Mitchell Group, Inc.
1933 S. Broadway, Suite 856
Los Angeles, CA 90007

M & R Transportation, LLC
46 Bradway Road
Monson, MA 01057

Mags Media, LLC
1748 Madison Avenue
Kansas City, MO 64108

Mahlumwender, Inc.
1073 Shawnee Trail
Bigfork, MT 59911

MailFinance
25881 Network Place
Chicago, IL 60673-1258

Marathon Cutting Die Co.
2340 S. Foster Avenue
Milwaukee, WI 53212

Margo Tantau
5433 West 64th Street
Minneapolis, MN 55439

Mark Buxton
115 Walnut Hill Road
Orange, MA 01355

Martha Lofland
303 Ware Road
Belchertown, MA 01007

Mary & Company
Attn: Mary Bevil
813 Pasatiempo Drive
Frisco, TX 75034-2952

Mary Hada, Inc.
680 8th Street, Suite 161
San Francisco, CA 94103

Mary O'Keeffe
3909 100 Street, EAst
Tacoma, WA 98446

Massachusetts Department of Revenue
P.O. Box 7010
Boston, MA 02204

Mati McDonough
5939 Telegraph Avenue, Apt. 209
Oakland, CA 94609

Matthew Porter
4105 NE 120th Street
Seattle, WA 98125

Matthew Trenholm
65 Bald Mountain Road
Bernardston, MA 01337

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680

MCS Industries, Inc.
P.O. Box 677547
Dallas, TX 75267-7547

Melissa Clark
1409 N. 39th Street
Seattle, WA 98103

Melissa Crowley
16 Laguna Street, Apt. 501
San Francisco, CA 94102

Merrill Industries, LLC
26 Village Street
P.O. Box 150
Ellington, CT 06029

Meyers Brothers Kalicka, P.C.
Attn: Mr. Rudy M. D'Agostino
330 Whitney Avenue, Suite 800
Holyoke, MA 01040

Michael Van deVen
93 Torrey Road
Southbridge, MA 01550

Michaelene Van Gelder
c/o Jennifer Ringhofer
7012 24th NW
Seattle, WA 98117

Michigan Street Buildings, LLC
5603 11th Avenue NE
Seattle, WA 98105

Mien Mien Chang
3119 15th Avenue, S
Seattle, WA 98144

Monson Companies
154 Pioneer Drive
Leominster, MA 01453

Monson Paper, LLC
Attn: Mr. Eric Lombardi, Jr.
121 Memorial Drive
Springfield, MA 01104

Motus Freight, LLC
401 Park Avenue
Newport, KY 41071

Mudlark Papers, Inc.
Attn: Doug Hamilton
1031 Shimer Ct.
Naperville, IL 60565

Mullens & Co., Inc.
5 Bellair Drive
Schenectady, NY 12302

N.A.G.S.
c/o Liberty Systems, LLC
328 W. Oak Avenue
Wheaton, IL 60187

N.A.G.S.
Attn: Joel Bergeron, Treasurer
10 Manor Parkway, Unit B
Salem, NH 03079

Nalco Chemical Company
Dept. L863P
Pittsburgh, PA 15264

Nancy O'Brien Davis
255 N. Cimarron Road
Las Vegas, NV 89145

Natalie Hervieux
33 South Longyeard Road
Southwick, MA 01077

National Scale Of New England, Inc.
P.O. Box 332
Wilbraham, MA 01095-0332

Needham Electric Supply
6 Silvio Conte Drive
Greenfield, MA 01301

Needham Electric Supply
CL 800083
P.O. Box 55008
Boston, MA 02205-5008

Neenah Paper, Inc.
2255 Brooks Avenue
P.O. Box 506
Neenah, WI 54957-0506

Neopost
5200 Southcenter Blvd #140
Seattle, WA 98188

New England Motor Freight, Inc.
1-71 North Avenue, East
P.O. Box 6031
Elizabeth, NJ 07207-6031

New Pig Corporation
One Port Avenue
Tipton, PA 16684

Nicole Dansereau
7903 32nd Avenue SW
Seattle, WA 98126

Nigel Frank International
110 William Street, Floor 21
New York, NY 10038

Northstar Disposal
89 Guion Street
Springfield, MA 01104

Northstar Pulp & Paper
89 Guion Street
Springfield, MA 01104

NRG Associates
10301 Bren Road W #G442
Hopkins, MN 55343

Office Max
File 42256
Los Angeles, CA 90074

Olympic Mountain Products, Inc.
8655 S. 208th Street
Kent, WA 98031

Olympus Press
3400 S. 150th Street
Seattle, WA 98188

Otniel Rojas
46 Belvidere Avenue
Holyoke, MA 01040

Overhead Door Company of Pioneer Valley
190 Moody Street
Ludlow, MA 01056

Overnight Printing & Graphics
2412 1st Avenue S
Seattle, WA 98134

Pacific Packaging Products, Inc.
24 Industrial Way
Wilmington, MA 01887

Pacific Paper Tube, Inc.
1025 98th Avenue
Oakland, CA 94603

Palma Hoppel
3010 NE 85th Street
Seattle, WA 98115

Palmer Printing, Inc.
Michelle Bulin
739 S. Clark Street
Chicago, IL 60605

Pamela Dana Miller
232 Kaplan Avenue
Pittsburgh, PA 15227

Pamela R. Lowe
31 Piety Corner Road
Waltham, MA 02451

Pape Material Handling Exchange
P.O. Box 5077
Portland, OR 97208-5077

Paper + Design
An der Heinzebank 15
09429 Wolkenstein

Paper Trends, Inc.
6942 FM 1960 E #345
Humble, TX 77346

Paperchine, Inc.
1155 Prairie Hill Road
Rockton, IL 61072

Patrick Sheldon
42 Thompson Street
East Longmeadow, MA 01028

Patti White & Co., Inc.
4541 N. Raenswood Avenue, Suite #101-A
Chicago, IL 60640

Paul M. Gauthier
308 Partridge Hill Road
Charlton, MA 01507

Paul Plasse
25 Smith Street
South Hadley, MA 01075

Peg Vinyard
1043 W. 10th Avenue
Denver, CO 80204

Perry Shore AKA Schoer
a/k/a Shorelines
155 W. 73rd Street, #506
New York, NY 10023

Pierce Machine Company
74 E. Housatonic Street
P.O. Box 251
Dalton, MA 01227

Pizazz-It!
3561 Burch Avenue
Cincinnati, OH 45208

Potash-Delmolino-Davis, Inc.
Industrial Design Services
484 Housatonic Street, P.O. Box 61
Dalton, MA 01227

Preferred Delivery Service
4609 Bellview Street W
Tacoma, WA 98466

Proshred Security, LLC
75 Post Office Park, Suite 7508
Wilbraham, MA 01095-1189

Puget Sound Energy
BOT-01H
P.O. Box 91269
Bellevue, WA 98009-9269

Quality Custodial Services, Inc.
P.O. Box 754
Greenfield, MA 01302

Quanzhou East-Tern Handicraft
Wendou Village, Shuitou Town
Nanan 362342
Quanzhou Fujian P.R. of China

Recon Pump, Inc.
39 Rugg Road
Sterling, MA 01564

Recycle, Inc. East
20A Harmich Road
P.O. Box 340
South Plainfield, NJ 07080

Red Hawk Fire & Security, LLC
32 Char Drive
Westfield, MA 01085-1468

Rep Factor, Inc.
Leslie A. Warner
739 Jamestowne Road
Dundee, IL 60118

Republic Service, Inc.
Allied Waste Services #956
18500 North Allied Way
Phoenix, AZ 85054

Republic Services, Inc. #956
P.O. Box 9001099
Louisville, KY 40290-1099

Ricardo Aponte
4 Washington Street
Holyoke, MA 01040

Richard Dittrich
3 Stage Coach Road
Southwick, MA 01077

Richard Legere
30 Turners Falls Road
Turners Falls, MA 01376

Richard Legros
109 Vine Street
Fitchburg, MA 01420

Richard Taylor
105 Norton Hill Road
Ashfield, MA 01330

Richard Walters & Associates
121 Mountain Avenue #1
Roanoke, VA 24016

Ridgestone Bank
13925 West North Avenue
Brookfield, WI 53005

Riley Design, Inc.
3640 W. Warren Avenue
Denver, CO 80210

Risi, Inc.
Attn: A/R Clerk
4 Alfred Circle
Bedford, MA 01730

Road Runners TOLA, LLC
2507 Camp Avenue
Bellmore, NY 11710

Road Runners, LLC
2507 Camp Avenue
Bellmore, NY 11710

Robert Binnall, Sr.
75 Alice Avenue
Fitchburg, MA 01420

Robert Bishop, Jr.
54 South Street
Dalton, MA 01226

Robert Dunn
103 North Street
Agawam, MA 01001

Robert Jablonski
84 Springfield Street
Chicopee, MA 01013

Robin L. Moreland
a/k/a Robin & Friends, LLC
2733 Galway Ct
Hudson, WI 54016

Robyn Polley
98 Barney Hale Road
Gill, MA 01354

Rocky Mountain SMS
P.O. Box 80523
Billings, MT 59108

Roger Aase
P.O. Box 31130
Seattle, WA 98103

Roger Bunn
7F., No. 18, Alley 1, Lane 768,
Sect. 4, Pa Teh Road, Taipei, Taiwan

Roger la Borde
87 Kingsgate Road
London NW6 4JY

Roger Matthews
80 B Winch Hill Road
Swanzey, NH 03446

Roxanne Venskowski
40 Brandywine Drive
Belchertown, MA 01007

Russel Wright Studios, LLC
P.O. Box 207
Garrison, NY 10524

Rusty Barnes
a/k/a NYC Metro Reps
1701 Route 300
Newburgh, NY 12550

Safety-Kleen Systems, Inc.
P.O. Box 382066
Pittsburgh, PA 15250-8066

SAI International, Inc.
239 W. 39th Street, Suite 509
New York, NY 10018

Salazar & Heath, Inc.
1459 18th Street #170
San Francisco, CA 94107

Samantha Hahn
165 E. 32nd Street 6B
New York, NY 10016

Sandra Shea-Delos Santos
Shea Associates
452 Gleasondale Road
Stow, MA 01775

Sarah Watts, LLC
828 Ralph McGill Blvd., NE #106
Atlanta, GA 30306

Schneider Electric Systems USA
14526 Collections Center Drive
Chicago, IL 60693

Schneider Electric Systems, USA
38 Neponset Avenue
Foxboro, MA 02035

Seattle City Light
P.O. Box 34017
Seattle, WA 98124-1017

Seattle Envelope Co.
4700 9th Avenue NW
Seattle, WA 98107

Seattle Public Utilities
P.O. Box 35177
Seattle, WA 98124

Selective Insurance Company of America
P.O. Box 371468
Pittsburgh, PA 15250-7468

Service Matters, L.L.C.
56 Main Street
Springfield, MA 01105

Shane Johnson
990 Pierce Street
Greenfield, MA 01301

Sharon Kay Neufeld
12021 West Louisiana Avenue
Denver, CO 80228

Shawn Warner
3909 100th Street, East
Tacoma, WA 98446

Sheridan Trucking, Inc.
145 Western Avenue
P.O. Box 222
West Springfield, MA 01090

Silvon Software, Inc.
Attn:  Accounts Receivable
900 Oakmont Lane, Suite 301
Westmont, IL 60559

Simplexgrinnell, LP
Dept. CH 10320
Palatine, IL 60055-0320

Skolar, Abbott & Presser, PC
One Monarch Place, Suite 2000
Springfield, MA 01144

Slowinski Wood Products, Inc.
13 Bennett Galip Drive
Colrain, MA 01340

Solenis, LLC
500 Hercules Road
Wilmington, DE 19808

Solenis, LLC
P.O. Box 116232
Atlanta, GA 30368-6232

Song Selzler
17763 15th Avenue NE #406
Seattle, WA 98155

Sonoco
65 Allison Lane
West Springfield, MA 01089

Southern Cellulose Products, Inc.
P.O. Box 2278
Chattanooga, TN 37409

Southworth Company Pension Plan
Mr. John S. Leness
265 Main Street
Agawam, MA 01001

Specialty Minerals, Inc.
35 Highland Avenue
Bethlehem, PA 18017

Spectrum Show Services, Inc.
440 Benigno Blvd, Suite C
Bellmawr, NJ 08031

Staffing Network, LLC
450 Deveon Avenue, Suite 250
Itasca, IL 60143

Staffing Network, LLC & QPA
Attn: Mr. Tim Ward
1815 S. Meyers Road, Suite 600
Villa Park, IL 60181

Standard Insurance Company
P.O. Box 12687
Birmingham, AL 35202-6687

Staples Credit Plan
Dept. 51-7818764168
P.O. Box 78004
Phoenix, AZ 85062-8004

Staples Credit Plan
Dept. 00-01307750
P.O. Box 6721
The Lakes, NV 88901-6721

State of Washington
Department of Revenue
P.O. Box 34052
Seattle, WA 98124-1052

Steve Lange
7841 N. Hopdown Avenue
Tucson, AZ 85741

Stik WithIt Print Works
6761 Thompson Road N
Syracuse, NY 13211

Stirling Consulting, Inc.
P.O. Box 301
Yarmouth, ME 04096-0301

Styles That Work, LLC
10410 N. Kensington Pkwy, Suite 315
Kensington, MD 20895

Suburban Propane
334 Chapman Street
Greenfield, MA 01302

Suburban Propane - 2740
P.O. Box 160
Whippany, NJ 07981-0160

Susan Babella
355 Lydall Street
Manchester, CT 06040

Susan Devlin
1034 Peralta Avenue
Albany, CA 94706

Susan Ghahremani
5058 E. Mountain View Drive
San Diego, CA 92116

Susie Gildea + Group
4121 47th Avenue S
Seattle, WA 98118

Susy Lieu Tham
15635 138th Place, SE
Renton, WA 98058

Swan Associates, Inc.
49 Holly Drive
Newington, CT 06111

Tammy Walburg
3499 223rd Street, SW
Lynnwood, WA 98036

Terry and Jim Associates
a/k/a Jim and Terry's Kids Korner
526 Northstar Road
Royse City, TX 75189

Testamerica Laboratories, Inc.
501 Southampton Road, Suite C
Westfield, MA 01085

Testamerica Laboratories, Inc.
P.O. Box 204290
Dallas, TX 75320-4290

Teufelberger Fiber Rope Corp.
848 Airport Road
Fall River, MA 02720

Teufelberger Fiber Rope Corp.
P.O. Box 380020
Boston, MA 02241-0820

The Angell Pension Group, Inc.
88 Boyd Avenue
East Providence, RI 02914

The J.P. Farley Corporation
29055 Clemens Road
Westlake, OH 44145

The Legacy Energy Group, LLC
32 Waterloo Street
Warrenton, VA 20186

The Madison Park Group, Inc.
1407 11th Avenue
Seattle, WA 98122

The Mary Harper Group, LLC
230 5th Avenue, Suite 311
New York, NY 10001

The Pallet Co.
12 Plymouth Street
Chicopee, MA 01020

Thomas Arthur Danz
716 Treyburn Court
Neenah, WI 54956

Thomas Cardaropoli
252 Hope Street
Greenfield, MA 01301

Thomas Shoaf
2605 Warren Avenue, N
Seattle, WA 98109

Thomaspaul Studio, LLC
400 West 37th Street #14P
New York, NY 10018

Tighe & Bond, Inc.
Accounts Receivable Department
53 Southampton Road
Westfield, MA 01085

Timothy Destromp
138 7th Street
Turners Falls, MA 01376

Timothy Gignilliat
23 Whiting Road
Oxford, MA 01540

Tina Consiglio
36 Plateau Avenue
West Springfield, MA 01089

TMC Materials, Inc.
195 Main Street
Shrewsbury, MA 01545

TotalFunds By Hasler
P.O. Box 30193
Tampa, FL 33630-3193

Town of Agawam
Collector of Taxes
36 Main Street
Agawam, MA 01001-1837

Town of Montague
1 Avenue A
Turners Falls, MA 01376

Travelers
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

Turners Falls Water Department
226 Millers Falls Road
Turners Falls, MA 01376

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

United Parcel Service
P.O. Box 5014
Westborough, MA 01681

United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820

```
UPC
1501 S. Stoughton Road
Madison, WI 53716

USA Blue Book
P.O. Box 9004
Gurnee, IL 60031-9004

Vallviks Bruk AB
c/o Cellmark Pulp & Paper, Inc.
SE-820 21 Vallvik
Sweden

Vallviks Bruk AB
Attn: Ulrika Gavel
SE-820 21 Vallvik
Sweden

Valmet, Inc. Hudson Falls Div.
Lockbox 75345
Charlotte, NC 28275

Veolia ES Tech. Solutions, LLC
90 Pleasant Street
P.O. Box 10
West Bridgewater, MA 02379

Veolia ES Tech. Solutions, LLC
Electronics Recycling Division
28900 Network Place
Chicago, IL 60673-1289

Veritiv Operating Company
formerly Unisource
P.O. Box 57006
Los Angeles, CA 90074-7006

W J Foss Div.
Kaufman Company, Inc.
380 Union Street
West Springfield, MA 01089

Wanart, LLC
148 Lincoln Avenue
Ridgewood, NJ 07450

Warner Babcock Institute for Green Energ
Attn: Mr. Joe Point
100 Research Drive
Wilmington, MA 01887

Web Diecutters, Etc., Inc.
120 North Bridge Street
Holyoke, MA 01040
```

Whalley Computer Associates, Inc.
P.O. Box 4950
Springfield, MA 01101

White Ginger, LLC
P.O. Box 2896
Gary, IN 46403

William C. Blanker
72 Meadow Wood Drive
Greenfield, MA 01301

William P. Short, III
P.O. Box 237173
New York, NY 10023-7173

William Smith
38 Central Street
Turners Falls, MA 01376

William Trenholm
65 Bald Mountain Road
Bernardston, MA 01337

Wyrefab, Inc.
P.O. Box 3767
Gardena, CA 90247-7467

Xerox Corporation
Accounts Receivable
P.O. Box 2000
Leesburg, VA 22075

Xerox Corporation
P.O. Box 890990
Chicago, IL 60680-2555

XPO Logistics Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

XPO Logistics Freight, Inc.
P.O. Box 5160
Portland, OR 97208

Yinan Xu
12 166th Place, SE
Bothell, WA 98012

YRC
P.O. Box 13573
Newark, NJ 07188-3573

```
YRC
P.O. Box 730375
Dallas, TX 75373-0375

Yuk Ho Kwong Tam
3013 S. Austin Street
Seattle, WA 98108

Zhejiang Dongxiao Stationery Co., Ltd.
Jichang Rd Xinqiao Town Luqiao Dist
Zhejian Province China
```

# United States Bankruptcy Court
## District of Massachusetts

In re    **Southworth Company**            Case No.

                        Debtor(s)       Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southworth Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**September 28, 2017**                   **/s/ Joseph B. Collins**

Date                                  **Joseph B. Collins 092660**

                                  Signature of Attorney or Litigant

                                  Counsel for    **Southworth Company**

                                  **Hendel & Collins, P.C.**

                                  **101 State Street**
                                  **Springfield, MA 01103**
                                  **(413) 734-6411 Fax:(413) 734-8069**