# United States Bankruptcy Court
### District of Massachusetts

In re __Southworth Company_____     Case No. _____
                             Debtor(s)                  Chapter __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Southworth Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date  9/28/17

/s/ Joseph B. Collins
Joseph B. Collins 092660
Signature of Attorney or Litigant
Counsel for  Southworth Company
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
(413) 734-6411 Fax:(413) 734-8069