Fill in this information to identify the case:
Debtor name: Southworth Company
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | Gregory E. Galterio/Jaffe & Asher, LLP (212) 687-3000 Ext. 2526 | Business Debt | | | | $273,077.43 |
| Chase Card Services Cardmember Service P.O. Box 15123 Wilmington, DE 19850-5123 | | Business Debt | | | | $81,569.45 |
| Cheney Pulp and Paper Company Attn: Mr. Mark Snyder P.O. Box 215 Franklin, OH 45005 | Mary C. Chase (937) 746-9991 Ext. 11 | Business Debt | | | | $235,340.39 |
| Constellation Energy Services, Inc. Attn: Ms. Erika L. Morrison 10 S. Dearborn Street 53rd Floor SW Chicago, IL 60603 | Erika L. Morrison | Business Debt | | | | $240,795.42 |
| Direct Energy Business Attn: Mr. Mark Snyder P.O. Box 215 Franklin, OH 45005 | Mary C. Chase (937) 746-9991 Ext. 11 | Business Debt | | | | $208,015.30 |

Debtor **Southworth Company**                                      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eversource<br>P.O. Box 650851<br>Dallas, TX 75265-0851 | | Business Debt | | | | $72,179.41 |
| Greenville Colorants<br>20 Linden Avenue East<br>Jersey City, NJ 07305 | Peter J. Rumore<br><br>(908) 930-5977 | Business Debt | | | | $55,931.80 |
| Kemira Chemicals, Inc.<br>1950 Vaughn Road<br>Kennesaw, GA 30144 | Manoj Karivelil<br><br>(418) 812-0323 | Business Debt | | | | $108,709.45 |
| Kent Tarrant<br>P.O. Box 496<br>Hampden, MA 01036-0496 | Kent Tarrant<br><br>(413) 566-5130 | Business Loan | | | | $236,640.40 |
| Leo Paper, USA<br>1180 NW Maple Street #102<br>Issaquah, WA 98027 | | Business Debt | | | | $79,560.14 |
| Meyers Brothers Kalicka, P.C.<br>Attn: Mr. Rudy M. D'Agostino<br>330 Whitney Avenue, Suite 800<br>Holyoke, MA 01040 | Rudy M. D'Agostino<br><br>(413) 322-3493 | Business Debt | | | | $55,000.00 |
| Monson Paper, LLC<br>Attn: Mr. Eric Lombardi, Jr.<br>121 Memorial Drive<br>Springfield, MA 01104 | Eric Lombardi, Jr.<br><br>(413) 732-0555 | Business Debt | | | | $341,147.23 |
| Neenah Paper, Inc.<br>2255 Brooks Avenue<br>P.O. Box 506<br>Neenah, WI 54957-0506 | Mike Dunn<br><br>(678) 518-3343 | Business Debt | | | | $56,349.04 |
| Southern Cellulose Products, Inc.<br>P.O. Box 2278<br>Chattanooga, TN 37409 | Gary W. Barry<br><br>(217) 413-9427 | Business Debt | | | | $760,280.69 |
| Southworth Company Pension Plan<br>Mr. John S. Leness<br>265 Main Street<br>Agawam, MA 01001 | John S. Leness<br><br>(206) 619-4710 | | | | | $9,285,657.00 |

Debtor **Southworth Company**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Madison Park Group, Inc.<br>1407 11th Avenue<br>Seattle, WA 98122 | Glenn Biely<br><br>(206) 898-2297 | Business Loan | | | | $682,791.44 |
| Town of Montague<br>1 Avenue A<br>Turners Falls, MA 01376 | (413) 863-3200 Ext. 202 | Business Debt | | | | $224,701.28 |
| Valmet, Inc. Hudson Falls Div.<br>Lockbox 75345<br>Charlotte, NC 28275 | Charles Fournier<br><br>(207) 329-0922 | Business Debt | | | | $71,503.76 |
| Warner Babcock Institute for Green Energ<br>Attn: Mr. Joe Point<br>100 Research Drive<br>Wilmington, MA 01887 | Joseph L. Pont<br><br>(978) 229-5430 | Business Debt | | | | $120,645.00 |
| William C. Blanker<br>72 Meadow Wood Drive<br>Greenfield, MA 01301 | William C. Blanker<br><br>(413) 773-9830 | Business Loan | | | | $107,444.40 |