UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Chapter 11, No. 17-    -EDK |
| | ) |
| SOUTHWORTH COMPANY | ) |
| | ) |
| Debtor | ) |
| | ) |

## EMERGENCY MOTION TO AUTHORIZE DEBTOR TO PAY PRE-PETITION WAGES, SALARIES AND BENEFITS

To the HONORABLE ELIZABETH D. KATZ, Bankruptcy Judge:

Now comes SOUTHWORTH COMPANY ("SOUTHWORTH" or "DEBTOR"), the Debtor and Debtor-in-Possession in the above-matter who through its counsel, the firm of Hendel & Collins, P.C., moves this Court seeking the entry of an Order authorizing the payment of pre-petition wages, salaries and benefits, to its employees. In support of this Motion the Debtor represents as follows:

1.    On September 28, 2017 the Debtor filed a Voluntary Petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.  Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor intends to ship finished goods, complete and ship work in progress, continue to fill profitable orders from customers, and to continue its negotiations for the sale of its business as a going concern.  No Trustee or examiner has been requested or appointed in this case.

2.    Southworth produces and markets specialty papers, envelopes, greeting cards and gifts.  The Company has recently

employed approximately 100 employees, the majority of whom are paid weekly subject to one week hold back.

3.   On or about August 31, 2017, and as a result of an abrupt and unanticipated termination of its credit line with ACF FinCo I, LP ("ACF"), the Company was forced to terminate its employees.   The Company is unable to pay accrued wages, salaries and benefits to its employees.   The amounts owed to the Debtor's employees in wages, salaries and benefits are detailed on Exhibit "A" attached hereto.   Additionally, the Company is obliged to pay the employers portion of the withholding taxes related to the employees claims. The total amount of the pre-petition wages, salaries and accrued vacation pay, including payment of all Federal and State withholding liabilities connected therewith, is approximately $445,451,51.

4.   ACF is the holder a first security interest in the Debtor' accounts receivable and inventory, as well as a second priority mortgage on the Debtor's real estate.

5.   The Debtor says that the amount of the Debtor's accounts receivable and the value if its inventory is directly attributed to the efforts of the Debtor's employees that have gone unpaid as a result of the AFC's abrupt termination of financing and its refusal to pay for accrued wages, salaries and benefits.

6.   The Debtor say that the value of the collateral held by secured creditors is substantially in excess of the amount of debt due to secured creditors and that no creditor will be prejudiced by the authorization to pay employees.

7.     The Debtor seeks authority to pay employee wages, salaries, vacation pay and other benefits incurred pre-petition pursuant to Section 1114(e) of the Bankruptcy Code.

8.     The Debtor also seek authority to pay all Federal and State tax obligations associated with wages, salaries, and accrued vacation pay, including monies withheld from employees for the employees share of benefits.

9.     Only two employees are owed more than $12,850 for pre-petition wages, salaries or benefits, the cap imposed by Sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code.  The amount paid to each of these employees will be limited to $12,850.00

10.    Payment of such pre-petition benefits is necessary to avoid immediate and irreparable harm to the Debtor and to its employees.

11.    Pursuant to Section 105 of the Bankruptcy Code, this Court has the authority to grant the relief requested herein so as to avoid irreparable harm to employees.

## NOTICE

12.    Notice of this Motion has been served on (i) the Office of the U.S. Trustee; (ii) the top twenty creditors; (iii) ACF Finco I, LP and Byline Bank; (iv) all taxing entities; and (v) all parties having requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedures.

WHEREFORE, the Debtor respectfully requests the entry of an

Order, authorizing (i) the Debtor to pay accrued, but unpaid, pre-petition wages, salaries and accrued vacation pay including payment of all Federal and State withholding liabilities connected therewith; and (iv) grant such other and further relief as the Court may deem proper.

SOUTHWORTH COMPANY

Dated:   September 28, 2017

By: /s/ JOSEPH B. COLLINS, ESQ.
    JOSEPH B. COLLINS, ESQ.
    (BBO No. 092660)
    For HENDEL & COLLINS, P.C.
    101 State Street
    Springfield, MA  01103
    Tel. (413) 734-6411
    jcollins@hendelcollins.com

**Fill in this information to identify the case:**

Debtor name  **Southworth Company**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

**EXHIBIT**

A

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Agnes Gomez**<br>**1756 18th Avenue S**<br>**Seattle, WA 98144** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,010.03** | **$5,010.03** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Alan Gruszkowski**<br>**10 Park Street, Apt. B**<br>**Turners Falls, MA 01376** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,602.00** | **$1,602.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.00 | $2,128.00 |
|---|---|---|---|---|
| | **Alan Hayford** | Check all that apply. | | |
| | **11 Congress Street** | ☐ Contingent | | |
| | **Pittsfield, MA 01201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|
| | **Alex Koblinski** | Check all that apply. | | |
| | **8 Pleasant Street** | ☐ Contingent | | |
| | **South Deerfield, MA 01373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.27 | $405.27 |
|---|---|---|---|---|
| | **Americo Gomes** | Check all that apply. | | |
| | **72 Westerly Circle** | ☐ Contingent | | |
| | **Ludlow, MA 01056** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.50 | $367.50 |
|---|---|---|---|---|
| | **Andrew Prince** | Check all that apply. | | |
| | **19 Franklin Lane** | ☐ Contingent | | |
| | **Windsor, CT 06095** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,557.70 | $5,557.70 |
|---|---|---|---|---|

**Anthony Colon**
**20 Concord Road**
**Manchester, CT 06042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $935.00 |
|---|---|---|---|---|

**Anthony Ruehle**
**11 Central**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,230.76 | $9,230.76 |
|---|---|---|---|---|

**April Deluca**
**14 Pheasant Hill Drive**
**Enfield, CT 06082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,396.37 | $9,396.37 |
|---|---|---|---|---|

**April Leonard**
**10712 SW 238th Street**
**Vashon, WA 98070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**Athena Carlson**
**8101 Fairway Drive SW**
**Lakewood, WA 98498**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,252.71 | $3,252.71

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Bernadette Krosiriyaseng**
**6801 South 133rd Street**
**J191**
**Seattle, WA 98118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,214.17 | $2,214.17

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Bich Hang Viacrusis**
**620 1st Avenue East**
**Pacific, WA 98047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,148.03 | $1,148.03

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Bradley Smith**
**128 Rolf Avenue**
**Chicopee, MA 01020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,359.54 | $1,359.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.93 | $1,476.93 |
|------|----------------------------------------------|---|---|---|
| | **Brandon Spriggs**<br>**20 Poplar Mountain Road**<br>**Erving, MA 01344** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,764.00 | $1,764.00 |
|------|----------------------------------------------|---|---|---|
| | **Carlos Carvalho**<br>**36 Raylo Street**<br>**Chicopee, MA 01013** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
|------|----------------------------------------------|---|---|---|
| | **Charles Blanker**<br>**456 Mt. Herman STation Road**<br>**Northfield, MA 01360** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,737.00 | $2,737.00 |
|------|----------------------------------------------|---|---|---|
| | **Charles Petschke**<br>**218 Riverdale Street**<br>**West Springfield, MA 01089** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.19**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,975.00 | $3,975.00 |
|---|---|---|---|
| **Christine Sheridan**<br>**186 Abbe Road**<br>**Enfield, CT 06082** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.15 | $1,683.15 |
|---|---|---|---|
| **Chuen Kong Tam**<br>**318 NW 103rd Street**<br>**Seattle, WA 98177** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,142.00 | $2,142.00 |
|---|---|---|---|
| **Cindy Richotte**<br>**24 Randall Road**<br>**Montague, MA 01351** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.22**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,343.29 | $1,343.29 |
|---|---|---|---|
| **Cody Ventura**<br>**1306 Fir Street**<br>**Everett, WA 98201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,342.00 | $1,342.00 |
| --- | --- | --- | --- | --- |
| | **Curtis Fiske** | *Check all that apply.* | | |
| | **26 River Street** | ☐ Contingent | | |
| | **Erving, MA 01344** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.36 | $373.36 |
| --- | --- | --- | --- | --- |
| | **Cynthia Kingsada** | *Check all that apply.* | | |
| | **13765 56th Avenue S** | ☐ Contingent | | |
| | **C3111** | ☐ Unliquidated | | |
| | **Seattle, WA 98168** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,649.88 | $2,649.88 |
| --- | --- | --- | --- | --- |
| | **Daniel Demers, Sr.** | *Check all that apply.* | | |
| | **842 Parker Street** | ☐ Contingent | | |
| | **Springfield, MA 01129** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,184.62 | $4,184.62 |
| --- | --- | --- | --- | --- |
| | **Daniel Minckler** | *Check all that apply.* | | |
| | **19 Phillip Street, 1st Floor** | ☐ Contingent | | |
| | **Greenfield, MA 01301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**David Carlson**
**6011 28th Avenue S**
**Seattle, WA 98108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,836.00 | $1,836.00 |
|---|---|---|---|---|

**David Hawkins**
**134 Boyle Road**
**Gill, MA 01354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,730.77 | $16,730.77 |
|---|---|---|---|---|

**David J. Mika**
**251 Silo Road**
**Bristol, CT 06010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,059.32 | $3,059.32 |
|---|---|---|---|---|

**Dean Dupre**
**15 Forest Ridge Lane**
**Agawam, MA 01001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.00 | $2,450.00 |
|---|---|---|---|---|

**Dennis Arsenault**
98 East Street
Northfield, MA 01360

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,576.92 | $4,576.92 |
|---|---|---|---|---|

**Dennis Connor**
205 Jabish Street, Apt. B
Belchertown, MA 01007

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,153.84 | $6,153.84 |
|---|---|---|---|---|

**Donald Drosehn**
276 Smith Road
Hinsdale, MA 01235

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,942.30 | $9,942.30 |
|---|---|---|---|---|

**Donna Dapper**
301 Princeton Drive
River Edge, NJ 07661

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,746.92 | $5,746.92 |
|---|---|---|---|---|
| | **Edward Champagne**<br>**50 Gloria Drive**<br>**Westfield, MA 01085** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,963.88 | $1,963.88 |
|---|---|---|---|---|
| | **Edward Driscoll**<br>**195 East Road**<br>**Adams, MA 01220** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,875.00 | $4,875.00 |
|---|---|---|---|---|
| | **Edward Gruszkowski**<br>**86 Cross Street**<br>**Bernardston, MA 01337** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |
|---|---|---|---|---|
| | **Eric Donovan**<br>**4 H Street, 1st Floor, Left**<br>**Turners Falls, MA 01376** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,799.22 | $3,799.22 |
|---|---|---|---|---|

**F. Brendan Crowley**
**177 Saint James Avenue**
**Chicopee, MA 01020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.74 | $1,295.74 |
|---|---|---|---|---|

**Faith Bosna**
**4047 120th Avenue SE**
**Bellevue, WA 98006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00 |
|---|---|---|---|---|

**Gaige Tencati**
**15 Montague Avenue**
**Lake Pleasant, MA 01347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,061.59 | $2,061.59 |
|---|---|---|---|---|

**Gerald Polley**
**98 Barney Hale Road**
**Gill, MA 01354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Southworth Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,696.32 | $1,696.32 |
|---|---|---|---|---|

**Glenn Greaney**
**99 Catalpa Terrace**
**Springfield, MA 01119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.72 | $967.72 |
|---|---|---|---|---|

**Hang Duong**
**4926 S. Willow Street**
**Seattle, WA 98118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Informational Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,138.08 | $1,138.08 |
|---|---|---|---|---|

**Isdore Reynolds**
**18111 48th Avenue W**
**Lynnwood, WA 98037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.47**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|
| **James Perry**<br>**73 Sawin Lane**<br>**Erving, MA 01344** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
|---|---|

---

**2.48**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 | $2,700.00 |
|---|---|---|---|
| **James Poirier**<br>**113 Eagleville Road**<br>**Orange, MA 01364** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
|---|---|

---

**2.49**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,688.46 | $5,688.46 |
|---|---|---|---|
| **Jason Cournoyer**<br>**1436 Dwight Street**<br>**Holyoke, MA 01040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
|---|---|

---

**2.50**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.00 | $816.00 |
|---|---|---|---|
| **Jay Demers, Jr.**<br>**12 12th Street, 2nd Floor**<br>**Turners Falls, MA 01376** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
|---|---|

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,644.40 | $2,644.40 |
|---|---|---|---|---|

**Jean Mancini**
**390 Brush Hill Avenue**
**West Springfield, MA 01089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,923.08 | $5,923.08 |
|---|---|---|---|---|

**Jeffrey Poirier**
**37 Graves Road**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,866.36 | $2,866.36 |
|---|---|---|---|---|

**Jenna Hoffman**
**5006  3rd Avenue NW**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,325.54 | $1,325.54 |
|---|---|---|---|---|

**Jennifer Conry**
**1601 E. Mercer Street, Apt. 7**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.00 | $1,062.00 |
|---|---|---|---|---|
| | **Joel Disciullo** | *Check all that apply.* | | |
| | **25 Griswold Street** | ☐ Contingent | | |
| | **Turners Falls, MA 01376** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|
| | **John Brunner, III** | *Check all that apply.* | | |
| | **264 Davis Street** | ☐ Contingent | | |
| | **Greenfield, MA 01301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,341.54 | $4,341.54 |
|---|---|---|---|---|
| | **John Helbig, Jr.** | *Check all that apply.* | | |
| | **60 Glen Road** | ☐ Contingent | | |
| | **Greenfield, MA 01301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.00 | $1,104.00 |
|---|---|---|---|---|
| | **John Jablonski** | *Check all that apply.* | | |
| | **108 Stone Farm Lane** | ☐ Contingent | | |
| | **Greenfield, MA 01301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| Debtor | Southworth Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,330.35 | $22,330.35 |
|---|---|---|---|---|

**John S. Leness**
**2031 Fairview Avenue East**
**Houseboat 1**
**Seattle, WA 98102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.75 | $582.75 |
|---|---|---|---|---|

**John Winseck**
**13 I Street**
**Turners Falls, MA 01376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Josue Matos**
**22 Draper Street**
**Springfield, MA 01108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Justin Payette**
**9 Hayes Avenue**
**Erving, MA 01344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Southworth Company** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **2.63** | Priority creditor's name and mailing address<br>**Kasey Free**<br>**10744 Lakeside Avenue NE**<br>**Seattle, WA 98125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,026.00**   **$1,026.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.64** | Priority creditor's name and mailing address<br>**Kelby Ytreeide**<br>**5429 Glenwood Avenue, Apt. B**<br>**Everett, WA 98203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,168.59**   **$3,168.59** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.65** | Priority creditor's name and mailing address<br>**Kelsey Callahan**<br>**2111 NW Moraine Place**<br>**Issaquah, WA 98027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,076.95**   **$8,076.95** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.66** | Priority creditor's name and mailing address<br>**Kevin McCarthy**<br>**455 Millers Falls Road**<br>**Millers Falls, MA 01349** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,923.10**   **$6,923.10** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Southworth Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,111.75 | $3,111.75 |

**Kevin Rau**
**92 Old State Road**
**Erving, MA 01344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.18 | $1,222.18 |

**Kim Newcombe**
**1166 Richardson Road**
**Ashby, MA 01431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,066.00 | $3,066.00 |

**Kristina Chacon**
**14424 North Creek Drive**
**1116**
**Mill Creek, WA 98012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,765.50 | $1,765.50 |

**Lawrence Richotte**
**24 Randall Road**
**Montague, MA 01351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.77 | $847.77 |
|---|---|---|---|---|
| | **Lidia Fernandes Ferrei**<br>**891 East Street**<br>**Ludlow, MA 01056** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,756.16 | $1,756.16 |
|---|---|---|---|---|
| | **Linda Suzor**<br>**12 Sabin Street**<br>**Indian Orchard, MA 01151** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,115.38 | $3,115.38 |
|---|---|---|---|---|
| | **Lisa Canedy**<br>**7 Prospect Avenue, Apt. #6**<br>**Greenfield, MA 01301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,254.11 | $1,254.11 |
|---|---|---|---|---|
| | **Long Cai**<br>**23323 56th Avenue S**<br>**Kent, WA 98032** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Southworth Company | Case number (if known) | |
|--------|--------------------|-----------------------|--|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,316.36 | $11,316.36 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Margo Tantau**<br>**5433 West 64th Street**<br>**Minneapolis, MN 55439** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,340.00 | $1,340.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Mark Buxton**<br>**115 Walnut Hill Road**<br>**Orange, MA 01355** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.00 | $790.00 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Martha Lofland**<br>**303 Ware Road**<br>**Belchertown, MA 01007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,422.10 | $2,422.10 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Mary O'Keeffe**<br>**3909 100 Street, EAst**<br>**Tacoma, WA 98446** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | ▓Massachusetts Department of▓ | *Check all that apply.* | | |
| | ▓Revenue▓ | ☐ Contingent | | |
| | ▓P.O. Box 7010▓ | ☐ Unliquidated | | |
| | ▓Boston, MA 02204▓ | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: ▓Informational Purposes Only▓ |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|
| | **Matthew Trenholm** | *Check all that apply.* | | |
| | **65 Bald Mountain Road** | ☐ Contingent | | |
| | **Bernardston, MA 01337** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,052.83 | $5,052.83 |
|---|---|---|---|---|
| | **Melissa Clark** | *Check all that apply.* | | |
| | **1409 N. 39th Street** | ☐ Contingent | | |
| | **Seattle, WA 98103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,958.58 | $1,958.58 |
|---|---|---|---|---|
| | **Mien Mien Chang** | *Check all that apply.* | | |
| | **3119 15th Avenue, S** | ☐ Contingent | | |
| | **Seattle, WA 98144** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | | |
|--------|------------------------|------------------------|---|---|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,611.61 | $1,611.61 |

**Natalie Hervieux**
33 South Longyeard Road
Southwick, MA 01077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.10 | $2,710.10 |

**Nicole Dansereau**
7903 32nd Avenue SW
Seattle, WA 98126

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.00 | $714.00 |

**Otniel Rojas**
46 Belvidere Avenue
Holyoke, MA 01040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,308.19 | $5,308.19 |

**Palma Hoppel**
3010 NE 85th Street
Seattle, WA 98115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,966.15 | $1,966.15 |
|---|---|---|---|---|

**Patrick Sheldon**
**42 Thompson Street**
**East Longmeadow, MA 01028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.58 | $1,100.58 |
|---|---|---|---|---|

**Paul Plasse**
**25 Smith Street**
**South Hadley, MA 01075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.38 | $923.38 |
|---|---|---|---|---|

**Ricardo Aponte**
**4 Washington Street**
**Holyoke, MA 01040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $4,500.00 |
|---|---|---|---|---|

**Richard Dittrich**
**3 Stage Coach Road**
**Southwick, MA 01077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,840.00 | $2,840.00 |
|---|---|---|---|---|

**Richard Legere**
**30 Turners Falls Road**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,557.69 | $5,557.69 |
|---|---|---|---|---|

**Richard Legros**
**109 Vine Street**
**Fitchburg, MA 01420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,806.25 | $2,806.25 |
|---|---|---|---|---|

**Richard Taylor**
**105 Norton Hill Road**
**Ashfield, MA 01330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,615.38 | $7,615.38 |
|---|---|---|---|---|

**Robert Binnall, Sr.**
**75 Alice Avenue**
**Fitchburg, MA 01420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,557.70** | **$3,557.70**

**Robert Bishop, Jr.**
**54 South Street**
**Dalton, MA 01226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.00** | **$165.00**

**Robert Dunn**
**103 North Street**
**Agawam, MA 01001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,838.46** | **$2,838.46**

**Robert Jablonski**
**84 Springfield Street**
**Chicopee, MA 01013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,833.75** | **$1,833.75**

**Robyn Polley**
**98 Barney Hale Road**
**Gill, MA 01354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,002.54 | $1,002.54 |
|---|---|---|---|---|

**Roger Matthews**
**80 B Winch Hill Road**
**Swanzey, NH 03446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,634.50 | $7,634.50 |
|---|---|---|---|---|

**Roxanne Venskowski**
**40 Brandywine Drive**
**Belchertown, MA 01007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 | $1,003.00 |
|---|---|---|---|---|

**Shane Johnson**
**990 Pierce Street**
**Greenfield, MA 01301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,072.80 | $2,072.80 |
|---|---|---|---|---|

**Shawn Warner**
**3909 100th Street, East**
**Tacoma, WA 98446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.103**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,813.11 | $1,813.11 |
|---|---|---|---|
| **Song Selzler**<br>**17763 15th Avenue NE #406**<br>**Seattle, WA 98155** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.104**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.21 | $899.21 |
|---|---|---|---|
| **Susy Lieu Tham**<br>**15635 138th Place, SE**<br>**Renton, WA 98058** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.105**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.07 | $889.07 |
|---|---|---|---|
| **Tammy Walburg**<br>**3499 223rd Street, SW**<br>**Lynnwood, WA 98036** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.106**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,406.00 | $1,406.00 |
|---|---|---|---|
| **Thomas Cardaropoli**<br>**252 Hope Street**<br>**Greenfield, MA 01301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,106.54 | $5,106.54 |
|---|---|---|---|---|

**Thomas Shoaf**
**2605 Warren Avenue, N**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.00 | $260.00 |
|---|---|---|---|---|

**Timothy Destromp**
**138 7th Street**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.40 | $4,615.40 |
|---|---|---|---|---|

**Timothy Gignilliat**
**23 Whiting Road**
**Oxford, MA 01540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,628.55 | $1,628.55 |
|---|---|---|---|---|

**Tina Consiglio**
**36 Plateau Avenue**
**West Springfield, MA 01089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Vacation** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southworth Company** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,460.00 | $2,460.00 |
|---|---|---|---|---|

**William Smith**
**38 Central Street**
**Turners Falls, MA 01376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,089.44 | $2,089.44 |
|---|---|---|---|---|

**William Trenholm**
**65 Bald Mountain Road**
**Bernardston, MA 01337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,837.30 | $2,837.30 |
|---|---|---|---|---|

**Yinan Xu**
**12 166th Place, SE**
**Bothell, WA 98012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.58 | $1,558.58 |
|---|---|---|---|---|

**Yuk Ho Kwong Tam**
**3013 S. Austin Street**
**Seattle, WA 98108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                              )
In re                         )   Chapter 11, No. 17-      -EDK
                              )
SOUTHWORTH COMPANY            )
                              )
              Debtor          )
                              )
```

## ORDER ON MOTION AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES, SALARIES AND BENEFITS

At Worcester, in said District, on this _____ day of September, 2017.

Upon the Motion of SOUTHWORTH COMPANY, the Debtor and Debtor-in-Possession in the above matter, seeking the entry of an Order authorizing the payment of pre-petition wages, salary, and benefit claims, including voluntary deductions, accrued pre-petition but remaining unpaid, good and sufficient notice of said Motion having been provided, it appearing that the relief requested is in the best interest of the Debtor, its creditors, and the Estate, for cause shown it is hereby

ORDERED that the Debtor is authorized to pay pre-petition wages, salaries, and other benefits, as set forth in said Motion in Exhibit "A", together with the employers portion of the withholding taxes related to the claims listed on Exhibit "A".

HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                  )
In re                             )   Chapter 11, No. 17-      -EDK
                                  )
SOUTHWORTH COMPANY                )
                                  )
                  Debtor          )
                                  )
```

### CERTIFICATE OF SERVICE

I, JOSEPH B. COLLINS, ESQ. of the law firm of HENDEL &
COLLINS, P.C., 101 State Street, Springfield, Massachusetts do
hereby certify that on the 28th day of September, 2017, I
electronically filed the Emergency Motion to Authorize Debtor to
Pay Pre-Petition Wages, Salaries and Benefits. I further hereby
certify that upon receipt of the Notice of Electronic Filing of
the Motion, a copy of said Motion will be served by first class
mail, postage prepaid, to any of the parties listed on the
attached Exhibit "A" not noted as having received electronic
service, said service being made on the 28th day of September,
2017.

```
                        /s/ Joseph B. Collins
                        JOSEPH B. COLLINS, ESQ.
                        (BBO No. 092660)
                        For HENDEL & COLLINS, P.C.
                        101 State Street
                        Springfield, MA 01103
                        Tel. (413) 734-6411
                        jcollins@hendelcollins.com
```

AMERICAN EXPRESS
P.O. Box 1270
Newark, NJ 07101-1270

Mr. Rudy M. D'Agostino
MEYERS BROTHERS KALICKA, P.C.
330 Whitney Avenue, Suite 800
Holyoke, MA 01040

SOUTHWORTH COMPANY
Attn:  Mr. John S. Leness
265 Main Street
Agawam, MA 01101

CHASE CARD SERVICES
Cardmember Service
P.O. Box 15123
Wilmington, DE 19850-5123

Mr. Eric Lombardi, Jr.
MONSON PAPER, LLC
121 Memorial Drive
Springfield, MA 01104

OFFICE OF THE UNITED STATES
TRUSTEE
Attn:  Richard T. King, Esq.
446 Main Street, 14th Floor
Worcester, MA 01608

Mr. Mark Snyder
CHENEY PULP AND PAPER COMPANY
P.O. Box 215
Franklin, OH 45005

NEENAH PAPER, INC.
2255 Brooks Avenue
P.O. Box 506
Neenah, WI 54957-0506

ACF FINCO I, LP
c/o Cullen and Dykman, LLP
Attn:  Matthew G. Roseman, Esq.
100 Quentin Roosevelt Boulevard
Garden City, NY 11530

Ms. Erika L. Morrison
CONSTELLATION ENERGY SERVICES,
INC.
10 S. Dearborn Street
Chicago, IL 60603

SOUTHERN CELLULOSE PRODUCTS,
INC.
P.O. Box 2278
Chattanooga, TN 37409

ACF FINCO I, LP
580 White Plains Road, Suite
610
Tarrytown, NY 10591

Mr. Mark Snyder
DIRECT ENERGY BUSINESS
P.O. Box 215
Franklin, OH 45005

THE MADISON PARK GROUP, INC.
1407 11th Avenue
Seattle, WA 98122

INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101

EVERSOURCE
P.O. Box 650851
Dallas, TX 75265-0851

SOUTHWORTH COMPANY PENSION PLAN
Attn:  Mr. John S. Leness
265 Main Street
Agawam, MA 01001

MASSACHUSETTS DEPARTMENT OF
REVENUE
P.O. Box 7010
Boston, MA 02204

GREENVILLE COLORANTS
20 Linden Avenue East
Jersey City, NJ 07305

TOWN OF MONTAGUE
1 Avenue A
Turners Falls, MA 01376

BYLINE BANK
500 W. Elm Grove Road
Suite 104
Elm Grove, WI 53122

KEMIRA CHEMICALS, INC.
1950 Vaughn Road
Kennesaw, GA 30144

VALMET, INC. HUDSON FALLS DIV.
Lockbox 75345
Charlotte, NC 28275

BMO HARRIS, N.A.
a/k/a Harris, N.A.
d/b/a Harris Trust and Savings
Bank
111 West Monroe Street
Chicago, IL 60690

KENT TARRANT
P.O. Box 496
Hampden, MA 01036-0496

Mr. Joe Point
WARNER BABCOCK INSTITUTE FOR
GREEN ENERGY
100 Research Drive
Wilmington, MA 01887

BMO HARRIS, N.A.
a/k/a Harris, N.A.
d/b/a Harris Trust and Savings
Bank
2277 E. 220th Street, 1st Floor
Carson, CA 90810

LEO PAPER, USA
1180 NW Maple Street #102
Issaquah, WA 98027

WILLIAM C. BLANKER
72 Meadow Wood Drive
Greenfield, MA 01301