# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Southworth Company

Chapter 11
Case No. 17-30817 -EDK

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

A HEARING ON THE DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL [#8] AND EMERGENCY MOTION TO PAY PREPETITION WAGES [#9] IS SET FOR OCTOBER 2, 2017 AT 11:00 A.M. IN WORCESTER. THE DEBTOR IS ORDERED TO SERVE NOTICE OF THE HEARING UPON THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS, THE TAXING AUTHORITIES, THE TWENTY LARGEST UNSECURED CREDITORS, AND ANY PARTY HAVING FILED A NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND FILE A CERTIFICATE OF SERVICE FORTHWITH.

By the Court,

_/s/ Elizabeth D. Katz_

Elizabeth D. Katz
United States Bankruptcy Judge

Dated: September 28, 2017