UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re                                        ) | Chapter 11, No. 17-30817-EDK |
| SOUTHWORTH COMPANY           ) | |
| Debtor                ) | |

## ORDER ON MOTION TO LIMIT NOTICE AND TO ESTABLISH NOTICE PROCEDURES

Upon the Motion to Limit Notice and to Establish Notice Procedures ("Motion") filed by SOUTHWORTH COMPANY, the Debtor in the above-captioned matter, seeking the entry of an Order establishing a special service list and notice procedures, after notice and hearing, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtor shall establish a Master Service List consisting of the following parties:

(a) SOUTHWORTH COMPANY
    Attn: Mr. John Leness
    265 Main Street
    Agawam, Massachusetts 01101;

(b) HENDEL & COLLINS, P.C.
    Attn: Joseph B. Collins, Esq.
    101 State Street
    Springfield, Massachusetts, 01103;

(c) OFFICE OF THE UNITED STATES TRUSTEE
    Attn: Richard T. King, Esq.

    446 Main Street, 14th Floor
    Worcester, Massachusetts 01608;

 (d) AFC FINCO I, LP
    c/o Cullen and Dykman, LLP
    Attn: Matthew G. Roseman, Esq.
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530;

 (e) BYLINE BANK
    500 W. Elm Grove Road, Suite 104
    Elm Grove, Wisconsin 53122;

 (f) Each of the twenty (20) largest holders of unsecured claims or, in the event that an official committee is appointed, counsel to such official committee;

 (g) Any party that has formally appeared and requested service of papers in this proceeding pursuant to Rule 2002; and

 (h) Applicable federal and state taxing authorities; and it is further

ORDERED that notice of all matters governed by Rule 2002 of the Federal Rules of Bankruptcy Procedure in this case shall be limited to those parties whose interests are directly affected by a specific pleading and those parties on the Master Service List only, _except_ for notice of the following matters: (a) commencement of this case; (b) the first Meeting of Creditors, pursuant to § 341 of the Bankruptcy Code; (c) any deadline for filing proofs of claim, pursuant to Rule 3003 of the Federal Rules of Bankruptcy Procedure; (d) any deadline to object to a disclosure statement or plan of reorganization; (e) any hearing to consider approval of a disclosure statement; (f) a hearing to

consider confirmation of a plan of reorganization; and (g) a motion to sell property of the estate other than in the ordinary course of business; and it is further

ORDERED that, notwithstanding the forgoing, if the applicable statute or rule, or Order of this Court, permit notice of a particular type to be given to fewer parties than the Master Service List provides, the Debtor shall be permitted to give notice to only those parties entitled to notice under such statute, rule, or applicable Order of this Court.

Dated:

_____  09/28/2017
**HONORABLE ELIZABETH D. KATZ**
United States Bankruptcy Judge