United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 17-30817-edk
Southworth Company                                                      Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-3          User: pf              Page 1 of 8               Date Rcvd: Sep 29, 2017
                              Form ID: 309F         Total Noticed: 493

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
```
db            +Southworth Company,    265 Main Street,    Agawam, MA 01001-1855
aty           +Gardner H. Palmer, Jr.,    Law Office of Joseph M. DiOrio, Inc.,    144 Westminster Street,
                Suite 302,   Providence, RI 02903-2216
aty           +Joseph M DiOrio,   Law Office of Joseph M. DiOrio, Inc.,    144 Westminster Street, Suite 302,
                Providence, RI 02903-2216
smg            MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    BOSTON, MA   02114-9564
19996593      +A&M Compressed Air Products,    139 Wayside Drive,    West Springfield, MA 01089-1317
19996594      +A.I.M. Mutual Insurance Co.,    P.O. Box 4070,    Burlington, MA 01803-0970
19996595      +A.I.M. Mutual Insurance Company,    P.O. Box 4131,    Woburn, MA 01888-4131
19996596      +A.W. Chesterton Company,    Dept. CH 10510,    Palatine, IL 60055-0001
19996598      +ACF FinCo I LP,   Attn: Oleh Szczupak, Vice President,    580 White Plains Road, Suite 610,
                Tarrytown, NY 10591-5131
19996601      +AEIOU,   489 Bernardston Road,    Greenfield, MA 01301-1239
19996597     #+Aaron M. Meshon,    149 Atlantic Avenue #4,    Brooklyn, NY 11201-5504
19996599      +Adrenal,   Attn: Karen Rumble,    27114 NE Robinson Road,    Camas, WA 98607-9512
19996602      +Agnes Gomez,   1756 18th Avenue S,    Seattle, WA 98144-4353
19996603      +Air Company,    448 Ignacio Blvd. #408,    Novato, CA 94949-6085
19996605      +Al Hattendorf Associates, Inc.,    2465 Centreville Road #J 17-725,    Herndon, VA 20171-4586
19996606      +Alan Gruszkowski,    10 Park Street, Apt. B,    Turners Falls, MA 01376-1404
19996607      +Alan Hayford,    11 Congress Street,    Pittsfield, MA 01201-7001
19996608      +Albany International,    Press Fabrics,    P.O. Box 75158,    Charlotte, NC 28275-0158
19996609      +Albany International Corp.,    Press Fabrics,    P.O. Box 1109,    Albany, NY 12201-1109
19996610      +Alex Koblinski,    8 Pleasant Street,    South Deerfield, MA 01373-1036
19996611      +Alexander G. Savakis,    1640 La Loma Road,    Pasadena, CA 91105-2138
19996612     #+Alkemi Design, LLC,    Attn: Fumi James,    4633 45th Avenue S,    Seattle, WA 98118-1811
19996613      +Amber Janitorial, Inc.,    P.O. Box 874,    Black Diamond, WA 98010-0874
19996616      +American Forest & Paper Association-Dues,    P.O. Box 4009,    Washington, DC 20042-0001
19996617      +American Plant Maintenance, Inc.,    256 West Cummings Park,    Woburn, MA 01801-6346
19996618      +Americo Gomes,    72 Westerly Circle,    Ludlow, MA 01056-1661
19996619      +Amerigas - Propane, L.P.,    216 Lockhouse Road,    Westfield, MA 01085-1236
19996620      +Amy Ruppel,    4930 SE Bush Street,    Portland, OR 97206-3033
19996621      +Amy Schimler-Safford,    109 Mountain Park Road,    Roswell, GA 30075-1127
19996622      +Anagram Press, LLC,    Attn: Chandler O'Leary,    2911 N. 27th Street,    Tacoma, WA 98407-6309
19996623      +Andrew Prince,    19 Franklin Lane,    Windsor, CT 06095-3543
19996624      +Anita Hageman,    3712 N. Monticello Avenue,    Chicago, IL 60618-4118
19996625      +Ann McGilvray & Company, Inc.,    2332 Valdina Street,    Dallas, TX 75207-6108
19996626      +Anna Shipman,    28 Steeplebush Road,    Essex Junction, VT 05452-2279
19996627      +Anne Hare,    72 H Riddle Hill Road,    Falmouth, MA 02540-2241
19996628      +Anthony Colon,    20 Concord Road,    Manchester, CT 06042-1722
19996629      +Anthony Ruehle,    11 Central,    Turners Falls, MA 01376-1301
19996630      +Apak,    6002 SE Firwood Street,    Portland, OR 97222-2607
19996631      +Apex Barcoding Systems, Inc.,    195 Pocahontas Drive,    Warwick, RI 02888-5228
19996632      +Applied Dynamics Corp.,    38 Butternut Street,    Greenfield, MA 01301-1379
19996633      +April Deluca,    14 Pheasant Hill Drive,    Enfield, CT 06082-3947
19996634      +April Leonard,    10712 SW 238th Street,    Vashon, WA 98070-7602
19996635      +Aquamark, Inc.,    P.O. Box 773,    Chesterland, OH 44026-0773
19996636      +Arch Paper,    3340 Morgan Ford Road,    St. Louis, MO 63116-1806
19996637      +Aries Chemical, Inc.,    P.O. Box 519,    Beaver Falls, NY 13305-0519
19996638      +Astro Chemicals, Inc.,    P.O. Box 2248,    Springfield, MA 01102-2248
19996640      +Athena Carlson,    8101 Fairway Drive SW,    Lakewood, WA 98498-5931
19996642      +B. Dickson & Associates, LLC,    dba Dale Carnegie Training,    21 Maple Street,
                Naugatuck, CT 06770-4103
19996643     #+Barclay Water Management, Inc.,    55 Chapel Street,    Newton, MA 02458-1075
19996644      +Bay State Bearings Service,    P.O. Box 2740,    Springfield, MA 01101-2740
19996645      +Bay State Elevator Company,    P.O. Box 910,    Agawam, MA 01001-0910
19996646      +Bedford Falls Communications,    302 N. 3rd Street,    Watertown, WI 53094-3723
19996647      +Belle-Aire Fragrances,    1600 Baskin Road,    Mundelein, IL 60060-4602
19996648      +Bercen, Inc.,    1381 Cranston Street,    Cranston, RI 02920-6739
19996649      +Berkshire Gas Company,    P.O. Box 9241,    Chelsea, MA 02150-9241
19996650       Bernadette Krosiriyaseng,    6801 South 133rd Street,    J191,    Seattle, WA 98118
19996651      +Betsy Stolaroff,    4959 Allan Road,    Bethesda, MD 20816-2721
19996652      +Bich Hang Viacrusis,    620 1st Avenue East,    Pacific, WA 98047-1227
19996653      +Blackburn Pictures, Inc.,    P.O. Box 61146,    Seattle, WA 98141-6146
19996654      +Blankophor,    932 East Elm STreet,    Graham, NC 27253-1908
19996655      +Bluetarp Financial, Inc.,    P.O. Box 105525,    Atlanta, GA 30348-5525
19996656      +Bob's Your Uncle, LLC,    P.O. Box 702,    Wellfleet, MA 02667-0702
19996657      +Bonita Pioneer,    P.O. Box 641003,    Dallas, TX 75264-1003
19996658      +Bradley Smith,    128 Rolf Avenue,    Chicopee, MA 01020-1639
19996659      +Braman Chemical Enterprises, Inc.,    P.O. Box 368,    147 Almgren Drive,    Agawam, MA 01001-3828
19996660      +Brandon Spriggs,    20 Poplar Mountain Road,    Erving, MA 01344-4420
19996661      +Bridget Beytagh,    P.O. Box 485,    Graton, CA 95444-0485
19996662      +Brown Packaging Service, Inc.,    Div. of Pacific Packaging Prod.,    201 Howland Avenue,
                Adams, MA 01220-1102
19996663      +C.H. Robinson Co., Inc.,    20860 N. Tatum Blvd., Suite 350,    Phoenix, AZ 85050-4285
```

```
District/off: 0101-3              User: pf                   Page 2 of 8                   Date Rcvd: Sep 29, 2017
                                  Form ID: 309F              Total Noticed: 493


19996664       +C.H. Robinson Worldwide, Inc.,    P.O. Box 9121,    Minneapolis, MN 55480-9121
19996704       +CMPC, USA, Inc.,    1040 Crowne Pointe Parkway, Suite 800,    Atlanta, GA 30338-4724
19996727       +CW Worldwide, Inc.,    P.O. Box 605,    Crete, IL 60417-0605
19996726       +CW Worldwide, Inc.,    Attn: Mr. Charles Johnson,    P.O. Box 605,    Crete, IL 60417-0605
19996665       +CalSTRS - 600711,    P.O. Box 310300,    NWCP Seattle-Bldg B Prop ID 600711,
                 Des Moines, IA 50331-0300
19996666       +Candace Correa,    3664 Colonial Avenue,    Los Angeles, CA 90066-2728
19996667       +Canon Financial Services, Inc.,    P.O. Box 5008,    Mount Laurel, NJ 08054-5008
19996668       +Canon Financial Services, Inc.,    14904 Collections Ceneter Drive,    Chicago, IL 60693-0149
19996669       +Capp, Inc.,    PMB 495,    304 Newbury Street,    Boston, MA 02115-2839
19996670       +Caraustar Industrial Prod GRP,    70 Better Way,    Chicopee, MA 01022-2118
19996672       +Caraustar Industrial Prod. GRP,    Newark Group,    P.O. Box 935013,    Atlanta, GA 31193-5013
19996673       +Cards & Gifts NW, LLC,    P.O. Box 550,    Port Orchard, WA 98366-0550
19996674       +Carlos Carvalho,    36 Raylo Street,    Chicopee, MA 01013-3323
19996675       +Carol Ann Nooney Sales, Inc.,    432 Wallis Road,    Rye, NH 03870-2243
19996676       +Carter-McLeod Paper & Packaging,    136 Wayside Avenue,    West Springfield, MA 01089-1318
19996677       +Cascio Company,    262 Meadow Street,    Agawam, MA 01001-2212
19996678       +Charles Blanker,    456 Mt. Herman STation Road,    Northfield, MA 01360-9507
19996679       +Charles L. Nolan,    5105 North 13th Avenue,    Phoenix, AZ 85013-2122
19996680       +Charles Petschke,    218 Riverdale Street,    West Springfield, MA 01089-4632
19996682       +Chase Card Services,    Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
19996683       +Cheezburger, Inc.,    Dept. LA 24292,    Pasadena, CA 91185-0001
19996684       +Chemtrec,    2900 Fairview Park Drive,    Falls Church, VA 22042-4513
19996685       +Chemtrec,    Accounts Receivable,    P.O. Box 791383,    Baltimore, MD 21279-1383
19996686       +Cheney Pulp and Paper Company,    Attn: Mr. Mark Snyder,    P.O. Box 215,
                 Franklin, OH 45005-0215
19996687       +Cheryl Lynn Associates, LLC,    Attn: Cheryl L. Fletcher,    24881 Reeds Pointe Drive,
                 Novi, MI 48374-2538
19996688       +Christine Sheridan,    186 Abbe Road,    Enfield, CT 06082-5203
19996689       +Christopher Sargiotto,    4-74 48th Avenue #4BB,    Long Island City, NY 11109-5603
19996690       +Chuen Kong Tam,    318 NW 103rd Street,    Seattle, WA 98177-4938
19996691       +Cindy Richotte,    24 Randall Road,    Montague, MA 01351-9719
19996692       +City Machine Corporation,    155 North Canal Street,    Holyoke, MA 01040-6246
19996693       +City of Seattle,    Licensing & Tax Administration,    P.O. Box 34907,    Seattle, WA 98124-1907
19996694       +City of Seattle,    Department of Finance,    P.O. Box 34016,    Seattle, WA 98124-1016
19996695       +City of Seattle,    Seattle Fire Marshal’s Office,    220 Third Avenue S - 2nd Floor,
                 Seattle, WA 98104-2608
19996696       +City of Seattle,    Dept. of Planning & Development,    P.O. Box 34234,    Seattle, WA 98124-1234
19996697        Claremont Flock Corp.,    P.O. Box 847277,    Quicksburg, VA 22847
19996698       +Claremont Flock, LLC,    107 Scott Drive,    Leominster, MA 01453-3320
19996703       +Clear Solutions,    73 Monument Road,    Hinsdale, NH 03451-2031
19996705        Cody Ventura,    1306 Fir Street,    Everett, WA 98201
19996706       +Coffee Break Co.,    P.O. Box 1300,    20 Connecticut South Drive,    East Granby, CT 06026-9738
19996707       +Colleen Higgins,    P.O. Box 27291,    Seattle, WA 98165-1791
19996708       +Colleen Tracy,    P.O. Box 144 10 Great Bay Road,    Standish, ME 04084-0144
19996709       +Collins Pipe & Supply Co., Inc.,    P.O. Box 1053,    East Windsor, CT 06088-1053
19996712       +Comcast,    P.O. Box 1577,    Newark, NJ 07101-1577
19996713       +Comcast,    P.O. Box 37601,    Philadelphia, PA 19101-0601
19996711        Comcast,    Attn: Alison Digregorio,    20th Floor, 1701 JFK Blvd.,    Philadelphia, PA 19103
19996714        Conflare, LLC,    55 Broadway E., #251,    Seattle, WA 98102
19996715       +Connecticut Die Cutting Svcs.,    95 Leggett Street,    East Hartford, CT 06108-1140
19996716       +Constellation Energy Services, Inc.,    Attn: Ms. Erika L. Morrison,    10 S. Dearborn Street,
                 53rd Floor SW,    Chicago, IL 60603-2300
19996717       +Consumers Interstate Corp.,    2 Consumers Avenue,    Norwich, CT 06360-1568
19996718       +Copiers Northwest, Inc.,    601 Dexter Avenue N,    Seattle, WA 98109-4712
19996719       +Copiers Northwest, Inc. (Chi),    21146 Network Place,    Chicago, IL 60673-1211
19996720       +Crane Stationery, LLC,    30 South Street,    Dalton, MA 01226-1751
19996721       +Crescent Cardboard,    100 West Willow Road,    Wheeling, IL 60090-6587
19996722       +Crescent Cardboard Co., LLC,    35243 Eagle Way,    Chicago, IL 60678-0352
19996723       +Crocker Communications, Inc.,    101 Munson Street,    P.O. Box 710,    Greenfield, MA 01302-0710
19996725       +Curtis Fiske,    26 River Street,    Erving, MA 01344-4403
19996728        Cynthia Kingsada,    13765 56th Avenue S,    C3111,    Seattle, WA 98168
19996729       +D.N. Lukens, Inc.,    134 Flanders Road, Suite 375,    Westborough, MA 01581-1092
19996732      +++DANIEL RICHARDS, INC.,    40 JOHN PORTMAN BLVD STE 1634,    ATLANTA GA  30303-1485
                 (address filed with court: Daniel Richards, Inc.,     230 Spring Street, Suite 1634,
                 Atlanta, GA 30303)
19996730       +Daniel Demers, Sr.,    842 Parker Street,    Springfield, MA 01129-1022
19996731       +Daniel Minckler,    19 Phillip Street, 1st Floor,    Greenfield, MA 01301-2809
19996733       +Dauphine Press,    3820 Cypress Drive, Suite 12,    Petaluma, CA 94954-6964
19996734       +Dauphine Press, Ltd.,    79 Emjay Blvd.,    Brentwood, NY 11717-3323
19996736       +David Carlson,    6011 28th Avenue S,    Seattle, WA 98108-3113
19996737       +David Hawkins,    134 Boyle Road,    Gill, MA 01354-9731
19996738       +David J. Mika,    251 Silo Road,    Bristol, CT 06010-8066
19996739       +David L. Walker,    207 Tobacco Farm Way,    Chapel Hill, NC 27516-8420
19996740       +Dean Dupre,    15 Forest Ridge Lane,    Agawam, MA 01001-2574
19996741       +Debbi Parmisano,    420 Phelps Road,    San Carlos, CA 94070-1941
19996742      #+DecisionOne Corporation,    426 W. Lancaster Avenue,    Devon, PA 19333-1510
19996743       +Decisionone Corporation,    P.O. Box 754140,    Philadelphia, PA 19175-4140
19996745       +Dennis Arsenault,    98 East Street,    Northfield, MA 01360-1129
19996746       +Dennis Connor,    205 Jabish Street, Apt. B,    Belchertown, MA 01007-9457
```

```
District/off: 0101-3                  User: pf                     Page 3 of 8                       Date Rcvd: Sep 29, 2017
                                      Form ID: 309F                Total Noticed: 493


19996747          +Direct Energy Business,    Attn: Mr. Mark Snyder,    P.O. Box 215,    Franklin, OH 45005-0215
19996748          +Doherty Wallace Pillsbury & Murphy, P.C.,    Attn:  W. Garth Janes, Esq.,
                   One Monarch Place, Suite 1900,    Springfield, MA 01144-1900
19996749          +Donald Drosehn,    276 Smith Road,    Hinsdale, MA 01235-9700
19996750          +Donna Dapper,    301 Princeton Drive,    River Edge, NJ 07661-1030
19996751          +Donna Dillingham,    8 Brookview Lane,    Granby, CT 06035-1717
19996752          +Donna Nelson,    62 Town Farm Road,    Tunbridge, VT 05077-9570
19996753          +Dubois Chemicals, Inc.,    3630 E. Kemper Road,    Cincinnati, OH 45241-2046
19996754          +Dun & Bradstreet,    75 Remittance Drive, Suite 1804,    Chicago, IL 60675-1804
19996755          +Dun & Bradstreet,    P.O. Box 742138,    Los Angeles, CA 90074-2138
19996763          +ERC Wiping Products, Inc.,    19 Bennett Street,    Lynn, MA 01905-3001
19996756          +Eccles Eccles & Associates, Inc.,    P.O. Box 516,    Grinnell, IA 50112-0516
19996757          +Edward Champagne,    50 Gloria Drive,    Westfield, MA 01085-1874
19996758          +Edward Driscoll,    195 East Road,    Adams, MA 01220-9748
19996759          +Edward Gruszkowski,    86 Cross Street,    Bernardston, MA 01337-9564
19996760          +Elisabeth Logan,    Artstuff, LTD,    6838 35th Avenue NE,    Seattle, WA 98115-7334
19996761          +Elm Electrical, Inc.,    68 Union Street,    Westfield, MA 01085-2496
19996762          +Environmental Air Specialties,    P.O. Box 541,    Grafton, MA 01519-0541
19996764          +Eric Donovan,    4 H Street, 1st Floor, Left,    Turners Falls, MA 01376-1005
19996765          +Erin McMorris,    2046 NW Flanders Street #4,    Portland, OR 97209-1136
19996767          +Everwear, Inc.,    401 Stag Industrial Boulevard,    Lake St. Louis, MO 63367-4263
19996768          +Expeditors Intl / Sea,    P.O. Box 1127,    Kent, WA 98035-1127
19996769          +F. Brendan Crowley,    177 Saint James Avenue,    Chicopee, MA 01020-2462
19996776          +FLN-MAR Rubber & Plastics, Inc.,    P.O. Box 307,    102 Cabot Street,    Holyoke, MA 01040-6091
19996770          +Faith Bosna,    4047 120th Avenue SE,    Bellevue, WA 98006-1153
19996771          +Fastenal Company,    26 Kenwood Street,    Greenfield, MA 01301-1943
19996772          +Fedex Freight,    Dept. CH,    P.O. Box 10306,    Palatine, IL 60055-0001
19996773          +Fedex Office,    P.O. Box 94515,    Palatine, IL 60094-4515
19996774          +Fedex Office,    Customer Administrative Services,    P.O. Box 672085,    Dallas, TX 75267-2085
19996775          +Flemming Chalef,    1933 S. Broadway #846,    Los Angeles, CA 90007-4519
19996777           Flora Waycott,    3B Mace Street, island Bay,    Wellington 6023 NEW ZEALAND
19996778          +Forms Plus, Inc.,    55 New England Way,    Warwick, RI 02886-6903
19996779          +Frank Sturges,    142 W. Winter Street,    Delaware, OH 43015-2452
19996780          +Franklin County Chamber of Commerce,    P.O. Box 898,    Greenfield, MA 01302-0898
19996781          +Friedman Corporation,    One Parkway North, Suite 400S,    Deerfield, IL 60015-2551
19996782          +G.H. Berlin Windward,    Divs of Booth Waltz Ent., Inc.,    42 Rumsey Road,
                   East Hartford, CT 06108-1133
19996788          +GL& V USA, Inc.,    Dept. 293901,    P.O. Box 67000,    Detroit, MI 48267-0002
19996792          +GL&V USA, Inc.,    P.O. Box 846,    175 Crystal Street,    Lenox, MA 01240-0846
19996790          +GL&V USA, Inc.,    27 Allen Street,    Hudson Falls, NY 12839-1901
19996791          +GL&V USA, Inc.,    1 Cellu Drive, Suite 200,    Nashua, NH 03063-1008
19996807          +GXS, Inc.,    P.O. Box 640371,    Pittsburgh, PA 15264-0371
19996783          +Gaige Tencati,    15 Montague Avenue,    Lake Pleasant, MA 01347-9808
19996785          +Gary Plastic Packaging Corp.,    1340 Viele Avenue,    Bronx, NY 10474-7134
19996786          +Geninne D. Zlatkis,    P.O. Box 2740,    Santa Fe, NM 87504-2740
19996787          +Gerald Polley,    98 Barney Hale Road,    Gill, MA 01354-9722
19996794          +Glen Biely,    5105 NE 45th Street,    Seattle, WA 98105-3807
19996795          +Glenn Greaney,    99 Catalpa Terrace,    Springfield, MA 01119-2403
19996796          +Global Scientific Instrument,    Bldg. #9K,    1200 Millbury Street,    Worcester, MA 01607-1475
19996797          +Global Scientific Instrument, Inc.,    P.O. Box 123,    South Grafton, MA 01560-0123
19996798          +Global Transportation Svcs, inc.,    27888 Network Place,    Chicago, IL 60673-1278
19996799          +Gordon Hearing Conservation, Inc.,    38 Gilbert Hill Road,    Chester, CT 06412-1306
19996801          +Graphic Controls,    400 Exchange Street,    Buffalo, NY 14204-2064
19996802          +Great American Publishing,    P.O. Box 128,    Sparta, MI 49345-0128
19996803          +Greenfield Farmers Cooperative Exchange,    269 High Street,    Greenfield, MA 01301-2608
19996804          +Greenough Packaging Supplies,    54 Heywood Avenue,    P.O. Box 4998,
                   West Springfield, MA 01089-3708
19996805          +Greenville Colorants,    20 Linden Avenue East,    Jersey City, NJ 07305-4727
19996806          +Grogan, Tuccillo & Vanderleeden,    1350 Main Street, Suite 508,    Springfield, MA 01103-1664
19996808          +Hampden Papers, Inc.,    100 Water Street,    Holyoke, MA 01040-6298
19996809          +Hanah Silk, Inc.,    5155 Myrtle Avenue,    Eureka, CA 95503-9506
19996810          +Hanes Sheetmetal,    Attn: Jeff Hanes,    2660 NE Hwy 20 Ste 610-55,    Bend, OR 97701-6402
19996811          +Hang Duong,    4926 S. Willow Street,    Seattle, WA 98118-3645
19996812          +Harmless & Associates, LLC,    2514 Tomahawk Road,    Prairie Village, KS 66208-1954
19996814          +Hayes Pump, Inc.,    P.O. Box 0351,    Brattleboro, VT 05302-0351
19996813          +Hayes Pump, Inc.,    66 Old Power Mill Road,    Concord, MA 01742-4696
19996815          +Heather Junge Associates,    201 Wyandotte St Loft 302,    Kansas City, MO 64105-1747
19996816          +Heather MacDermott,    17 Meadow Drive,    San Rafael, CA 94903-2824
19996818          +Herman Agency,    350 Central Park West,    New York, NY 10025-6547
19996819          +Holland Company, Inc.,    153 Howland Avenue,    Adams, MA 01220-1199
19996820          +Horizon Minerals, LLC,    110 Virginia Court,    Hertford, NC 27944-8273
19996821           Ideas! Inc.,    Attn: Karen Sobolesky,    9441 Emerald Street,    Anchorage, AK 99502
19996822          +Image Permanence Institute,    Rochester Institute of Tech.,    25 Lomb Memorial Drive,
                   Rochester, NY 14623-5602
19996823          +Industrial Compressor, LLC,    40 Industrial Drive,    Uxbridge, MA 01569-2279
19996824          +Industrial Vibration Consultants, Inc.,    210 S. West Street,    Lebanon, OH 45036-2163
19996825          +Ingredion, Inc.,    10 Finderne Avenue,    P.O. Box 6500,    Bridgewater, NJ 08807-0500
19996826          +Integra,    P.O. Box 2966,    Milwaukee, WI 53201-2966
19996828          +Isdore Reynolds,    18111 48th Avenue W,    Lynnwood, WA 98037-4661
19996829          +Ivette Rothenberg,    P.O. Box 175,    Auburn, CA 95604-0175
```

```
District/off: 0101-3               User: pf                     Page 4 of 8                    Date Rcvd: Sep 29, 2017
                                   Form ID: 309F                Total Noticed: 493


19996830       +J.S. McCarthy Printers,    15 Darin Drive,    Augusta, ME 04330-7815
19996851        JRC Industries, Inc.,    111804 Wakeman Street,    Santa Fe Springs, CA 90670
19996831       +James Perry,    73 Sawin Lane,    Erving, MA 01344-9737
19996832       +James Poirier,    113 Eagleville Road,    Orange, MA 01364-2038
19996833        Jana Kulas,    3006 NW Esplanade,    Seattle, WA 98117
19996834       +Jason Cournoyer,    1436 Dwight Street,    Holyoke, MA 01040-2355
19996835       +Jay Demers, Jr.,    12 12th Street, 2nd Floor,    Turners Falls, MA 01376-1022
19996836       +Jean Mancini,    390 Brush Hill Avenue,    West Springfield, MA 01089-1206
19996837       +Jeffrey Poirier,    37 Graves Road,    Greenfield, MA 01301-1018
19996838        Jen Hsieh,    354 Aberdeen Avenue,    Hamilton, Ontario L8P 2R5,    Canada
19996839       +Jenna Hoffman,    5006 3rd Avenue NW,    Seattle, WA 98107-3504
19996840       +Jennifer Conry,    1601 E. Mercer Street, Apt. 7,    Seattle, WA 98112-4652
19996841       +Jennifer Renninger,    3202 W.. Obispo Street, Apt. A,    Tampa, FL 33629-8054
19996842       +Joe Hogan,    210 Paoli Pointe Drive,    Paoli, PA 19301-1379
19996843       +Joe Piper, Inc.,    P.O. Box 19687,    Birmingham, AL 35219-9687
19996844       +Joel Disciullo,    25 Griswold Street,    Turners Falls, MA 01376-2109
19996845       +John Brunner, III,    264 Davis Street,    Greenfield, MA 01301-1921
19996846       +John Helbig, Jr.,    60 Glen Road,    Greenfield, MA 01301-9422
19996847       +John Jablonski,    108 Stone Farm Lane,    Greenfield, MA 01301-1323
19996848       +John S. Leness,    2031 Fairview Avenue East,    Houseboat 1,    Seattle, WA 98102-3591
19996849       +John Winseck,    13 I Street,    Turners Falls, MA 01376-1012
19996852       +Judd Paper Company,    55 Paktucket Avenue,    Rumford, RI 02916-2429
19996853       +Jules Davis,    Brand Bird, Inc.,    1388 Dekalb Avenue,    Atlanta, GA 30307-2027
19996854        Justin Payette,    9 Hayes Avenue,    Erving, MA 01344
19996855       +K&L Gates, LLP,    925 Fourth Avenue, Suite 2900,    Seattle, WA 98104-1158
19996856       +Kasey Free,    10744 Lakeside Avenue NE,    Seattle, WA 98125-6936
19996858       +Katie Daisy, LLC,    Attn: Kathryn Lombardo,    19520 Pine Drive,    Bend, OR 97702-2542
19996859       +Kelby Ytreeide,    5429 Glenwood Avenue, Apt. B,    Everett, WA 98203-3086
19996860       +Kelsey Callahan,    2111 NW Moraine Place,    Issaquah, WA 98027-6990
19996862       +Kent Tarrant,    P.O. Box 496,    Hampden, MA 01036-0496
19996863       +Kevin McCarthy,    455 Millers Falls Road,    Millers Falls, MA 01349-1221
19996864       +Kevin Rau,    92 Old State Road,    Erving, MA 01344-9719
19996865       +Kim Newcombe,    1166 Richardson Road,    Ashby, MA 01431-2183
19996866       +Kristina Chacon,    14424 North Creek Drive,    1116,    Mill Creek, WA 98012-5349
19996868       +Lacy & Par, Inc.,    650 S. Industrial Way,    Seattle, WA 98108-5236
19996869       +Laura Sjoberg,    158 Derby Street,    Newton, MA 02465-1560
19996870       +Lawrence Richotte,    24 Randall Road,    Montague, MA 01351-9719
19996871       +Leavitt Machinery USA, Inc.,    17300 West Valley Hwy,    Seattle, WA 98188-5512
19996872       +Lena B & Company,    3531 South Logan Street, Suite D,    Englewood, CO 80113-3700
19996873       +Leo Paper, USA,    1180 NW Maple Street #102,    Issaquah, WA 98027-8106
19996874       +Lidia Fernandes Ferrei,    891 East Street,    Ludlow, MA 01056-3115
19996875       +Lifttruck,    P.O. Box 1091,    West Springfield, MA 01090-1091
19996876       +Linda Suzor,    12 Sabin Street,    Indian Orchard, MA 01151-1523
19996877       +Linnea A. Riley,    a/k/a Linnea Publishing,    1428 Calle Santa Fe,
                 Solana Beach, CA 92075-1629
19996878       +Lisa Canedy,    7 Prospect Avenue, Apt. #6,    Greenfield, MA 01301-3557
19996879       +Lisa R. Yerke,    2251 Panorama Circle,    Salt Lake City, UT 84124-2804
19996880       +Locke Lord Public Policy Group, LLC,    111 Huntington Avenue,    Boston, MA 02199-7610
19996881       +Loker & Associates,    18 Packer Brook Road,    Redding, CT 06896-2121
19996882       +Long Cai,    23323 56th Avenue S,    Kent, WA 98032-6454
19996883       +Lotta Jansdotter, LLC,    101 President Street #4,    Brooklyn, NY 11231-2827
19996884       +Lynn Mitchell Group, Inc.,    1933 S. Broadway, Suite 856,    Los Angeles, CA 90007-4519
19996885       +M & R Transportation, LLC,    46 Bradway Road,    Monson, MA 01057-9710
19996901       +MCS Industries, Inc.,    P.O. Box 677547,    Dallas, TX 75267-7547
19996886       +Mags Media, LLC,    1748 Madison Avenue,    Kansas City, MO 64108-1106
19996887        Mahlumwender, Inc.,    1073 Shawnee Trail,    Bigfork, MT 59911
19996888       +MailFinance,    25881 Network Place,    Chicago, IL 60673-1258
19996889        Marathon Cutting Die Co.,    2340 S. Foster Avenue,    Milwaukee, WI 53212
19996890        Margo Tantau,    5433 West 64th Street,    Minneapolis, MN 55439
19996891       +Mark Buxton,    115 Walnut Hill Road,    Orange, MA 01364-1524
19996892       +Martha Lofland,    303 Ware Road,    Belchertown, MA 01007-9313
19996893       +Mary & Company,    Attn: Mary Bevil,    813 Pasatiempo Drive,    Frisco, TX 75034-2952
19996894       +Mary Hada, Inc.,    680 8th Street, Suite 161,    San Francisco, CA 94103-4950
19996895       +Mary O’Keeffe,    3909 100 Street, EAst,    Tacoma, WA 98446-3616
19996896       +Massachusetts Department of Revenue,    P.O. Box 7010,    Boston, MA 02204-7010
19996897       +Mati McDonough,    5939 Telegraph Avenue, Apt. 209,    Oakland, CA 94609-1563
19996898       +Matthew Porter,    4105 NE 120th Street,    Seattle, WA 98125-5854
19996899       +Matthew Trenholm,    65 Bald Mountain Road,    Bernardston, MA 01337-9771
19996900       +McMaster-Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
19996902       +Melissa Clark,    1409 N. 39th Street,    Seattle, WA 98103-8112
19996903       +Melissa Crowley,    16 Laguna Street, Apt. 501,    San Francisco, CA 94102-6203
19996904       +Merrill Industries, LLC,    26 Village Street,    P.O. Box 150,    Ellington, CT 06029-0150
19996905       +Meyers Brothers Kalicka, P.C.,    Attn: Mr. Rudy M. D’Agostino,    330 Whitney Avenue, Suite 800,
                 Holyoke, MA 01040-2876
19996906       +Michael Van deVen,    93 Torrey Road,    Southbridge, MA 01550-2013
19996907       +Michaelene Van Gelder,    c/o Jennifer Ringhofer,    7012 24th NW,    Seattle, WA 98117-5844
19996908       +Michigan Street Buildings, LLC,    5603 11th Avenue NE,    Seattle, WA 98105-2601
19996909       +Mien Mien Chang,    3119 15th Avenue, S,    Seattle, WA 98144-5729
19996910       +Monson Companies,    154 Pioneer Drive,    Leominster, MA 01453-3474
```

```
District/off: 0101-3                  User: pf                      Page 5 of 8                   Date Rcvd: Sep 29, 2017
                                      Form ID: 309F                 Total Noticed: 493


19996911          +Monson Paper, LLC,    Attn: Mr. Eric Lombardi, Jr.,    121 Memorial Drive,
                    Springfield, MA 01104-3251
19996912          +Motus Freight, LLC,    401 Park Avenue,    Newport, KY 41071-1751
19996913          +Mudlark Papers, Inc.,    Attn: Doug Hamilton,    1031 Shimer Ct.,    Naperville, IL 60565-3454
19996914          +Mullens & Co., Inc.,    5 Bellair Drive,    Schenectady, NY 12302-9738
19996916          +N.A.G.S.,    Attn: Joel Bergeron, Treasurer,    10 Manor Parkway, Unit B,    Salem, NH 03079-4864
19996915          +N.A.G.S.,    c/o Liberty Systems, LLC,    328 W. Oak Avenue,    Wheaton, IL 60187-3568
19996931          +NRG Associates,    10301 Bren Road W #G442,    Hopkins, MN 55343-9052
19996917           Nalco Chemical Company,    Dept. L863P,    Pittsburgh, PA 15264
19996918          +Nancy O'Brien Davis,    255 N. Cimarron Road,    Las Vegas, NV 89145-3918
19996919          +Natalie Hervieux,    33 South Longyeard Road,    Southwick, MA 01077-9330
19996920          +National Scale Of New England, Inc.,    P.O. Box 332,    Wilbraham, MA 01095-0332
19996922          +Needham Electric Supply,    CL 800083,    P.O. Box 55008,    Boston, MA 02205-5008
19996921          +Needham Electric Supply,    6 Silvio Conte Drive,    Greenfield, MA 01301-1382
19996923          +Neenah Paper, Inc.,    2255 Brooks Avenue,    P.O. Box 506,    Neenah, WI 54957-0506
19996924          +Neopost,    5200 Southcenter Blvd #140,    Seattle, WA 98188-7910
19996925          +New England Motor Freight, Inc.,    1-71 North Avenue, East,    P.O. Box 6031,
                    Elizabeth, NJ 07207-6031
19996926          +New Pig Corporation,    One Port Avenue,    Tipton, PA 16684-9001
19996927          +Nicole Dansereau,    7903 32nd Avenue SW,    Seattle, WA 98126-3537
19996928          +Nigel Frank International,    110 William Street, Floor 21,    New York, NY 10038-3934
19996929          +Northstar Disposal,    89 Guion Street,    Springfield, MA 01104-3070
19996930          +Northstar Pulp & Paper,    89 Guion Street,    Springfield, MA 01104-3070
19996932          +Office Max,    File 42256,    Los Angeles, CA 90074-0001
19996933          +Olympic Mountain Products, Inc.,    8655 S. 208th Street,    Kent, WA 98031-1214
19996934          +Olympus Press,    3400 S. 150th Street,    Seattle, WA 98188-2109
19996935          +Otniel Rojas,    46 Belvidere Avenue,    Holyoke, MA 01040-1803
19996936          +Overhead Door Company of Pioneer Valley,    190 Moody Street,    Ludlow, MA 01056-1230
19996937          +Overnight Printing & Graphics,    2412 1st Avenue S,    Seattle, WA 98134-1422
19996938          +Pacific Packaging Products, Inc.,    24 Industrial Way,    Wilmington, MA 01887-3434
19996940          +Palma Hoppel,    3010 NE 85th Street,    Seattle, WA 98115-3521
19996941          +Palmer Printing, Inc.,    Michelle Bulin,    739 S. Clark Street,    Chicago, IL 60605-1760
19996942          +Pamela Dana Miller,    232 Kaplan Avenue,    Pittsburgh, PA 15227-2306
19996943          +Pamela R. Lowe,    31 Piety Corner Road,    Waltham, MA 02451-0955
19996944          +Pape Material Handling Exchange,    P.O. Box 5077,    Portland, OR 97208-5077
19996946          +Paper Trends, Inc.,    6942 FM 1960 E #345,    Humble, TX 77346-2706
19996947          +Paperchine, Inc.,    1155 Prairie Hill Road,    Rockton, IL 61072-1545
19996948          +Patrick Sheldon,    42 Thompson Street,    East Longmeadow, MA 01028-1522
19996949          +Patti White & Co., Inc.,    4541 N. Raenswood Avenue, Suite #101-A,    Chicago, IL 60640-5296
19996950          +Paul M. Gauthier,    308 Partridge Hill Road,    Charlton, MA 01507-6704
19996951          +Paul Plasse,    25 Smith Street,    South Hadley, MA 01075-2821
19996952          +Peg Vinyard,    1043 W. 10th Avenue,    Denver, CO 80204-3901
19996953          +Perry Shore AKA Schoer,    a/k/a Shorelines,    155 W. 73rd Street, #506,
                    New York, NY 10023-2921
19996954          +Pierce Machine Company,    74 E. Housatonic Street,    P.O. Box 251,    Dalton, MA 01227-0251
19996955          +Pizazz-It!,    3561 Burch Avenue,    Cincinnati, OH 45208-1315
19996956          +Potash-Delmolino-Davis, Inc.,    Industrial Design Services,
                    484 Housatonic Street, P.O. Box 61,    Dalton, MA 01227-0061
19996957          +Preferred Delivery Service,    4609 Bellview Street W,    Tacoma, WA 98466-1013
19996958          +Proshred Security, LLC,    75 Post Office Park, Suite 7508,    Wilbraham, MA 01095-1189
19996959          +Puget Sound Energy,    BOT-01H,    P.O. Box 91269,    Bellevue, WA 98009-9269
19996960          +Quality Custodial Services, Inc.,    P.O. Box 754,    Greenfield, MA 01302-0754
19996961           Quanzhou East-Tern Handicraft,    Wendou Village, Shuitou Town,    Nanan 362342,
                    Quanzhou Fujian P.R. of China
19996962          +Recon Pump, Inc.,    39 Rugg Road,    Sterling, MA 01564-1506
19996963          +Recycle, Inc. East,    20A Harmich Road,    P.O. Box 340,    South Plainfield, NJ 07080-0340
19996964         #+Red Hawk Fire & Security, LLC,    32 Char Drive,    Westfield, MA 01085-1468
19996965          +Rep Factor, Inc.,    Leslie A. Warner,    739 Jamestowne Road,    Dundee, IL 60118-1853
19996966          +Republic Service, Inc.,    Allied Waste Services #956,    18500 North Allied Way,
                    Phoenix, AZ 85054-3101
19996967          +Republic Services, Inc. #956,    P.O. Box 9001099,    Louisville, KY 40290-1099
19996968          +Ricardo Aponte,    4 Washington Street,    Holyoke, MA 01040-3537
19996969          +Richard Dittrich,    3 Stage Coach Road,    Southwick, MA 01077-9354
19996970          +Richard Legere,    30 Turners Falls Road,    Turners Falls, MA 01376-2260
19996971          +Richard Legros,    109 Vine Street,    Fitchburg, MA 01420-8303
19996972          +Richard Taylor,    105 Norton Hill Road,    Ashfield, MA 01330-9601
19996973          +Richard Walters & Associates,    121 Mountain Avenue #1,    Roanoke, VA 24016-4141
19996974          +Ridgestone Bank,    13925 West North Avenue,    Brookfield, WI 53005-4976
19996975           Riley Design, Inc.,    3640 W. Warren Avenue,    Denver, CO 80210
19996976          +Risi, Inc.,    Attn: A/R Clerk,    4 Alfred Circle,    Bedford, MA 01730-2340
19996977          +Road Runners TOLA, LLC,    2507 Camp Avenue,    Bellmore, NY 11710-3031
19996978          +Road Runners, LLC,    2507 Camp Avenue,    Bellmore, NY 11710-3031
19996979          +Robert Binnall, Sr.,    75 Alice Avenue,    Fitchburg, MA 01420-6105
19996980          +Robert Bishop, Jr.,    54 South Street,    Dalton, MA 01226-1752
19996981          +Robert Dunn,    103 North Street,    Agawam, MA 01001-1338
19996982          +Robert Jablonski,    84 Springfield Street,    Chicopee, MA 01013-3164
19996983          +Robin L. Moreland,    a/k/a Robin & Friends, LLC,    2733 Galway Ct,    Hudson, WI 54016-5858
19996984          +Robyn Polley,    98 Barney Hale Road,    Gill, MA 01354-9722
19996985         #+Rocky Mountain SMS,    P.O. Box 80523,    Billings, MT 59108-0523
19996986          +Roger Aase,    P.O. Box 31130,    Seattle, WA 98103-1130
```

```
District/off: 0101-3               User: pf                     Page 6 of 8                     Date Rcvd: Sep 29, 2017
                                   Form ID: 309F                Total Noticed: 493

19996987         Roger Bunn,    7F., No. 18, Alley 1, Lane 768,,    Sect. 4, Pa Teh Road, Taipei, Taiwan
19996989        +Roger Matthews,    80 B Winch Hill Road,    Swanzey, NH 03446-5704
19996990        +Roxanne Venskowski,    40 Brandywine Drive,    Belchertown, MA 01007-9546
19996991        +Russel Wright Studios, LLC,    P.O. Box 207,    Garrison, NY 10524-0207
19996992        +Rusty Barnes,    a/k/a NYC Metro Reps,    1701 Route 300,    Newburgh, NY 12550-8932
19996994        +SAI International, Inc.,    239 W. 39th Street, Suite 509,    New York, NY 10018-1071
19996995        +Salazar & Heath, Inc.,    1459 18th Street #170,    San Francisco, CA 94107-2801
19996997        +Sandra Shea-Delos Santos,    Shea Associates,    452 Gleasondale Road,    Stow, MA 01775-1422
19996998        +Sarah Watts, LLC,    828 Ralph McGill Blvd., NE #106,    Atlanta, GA 30306-4343
19996999        +Schneider Electric Systems USA,    14526 Collections Center Drive,    Chicago, IL 60693-0145
19997000        +Schneider Electric Systems, USA,    38 Neponset Avenue,    Foxboro, MA 02035-2037
19997001        +Seattle City Light,    P.O. Box 34017,    Seattle, WA 98124-1017
19997003        +Seattle Public Utilities,    P.O. Box 35177,    Seattle, WA 98124-5177
19997005        +Service Matters, L.L.C.,    56 Main Street,    Springfield, MA 01105-2406
19997006         Shane Johnson,    990 Pierce Street,    Greenfield, MA 01301
19997007        +Sharon Kay Neufeld,    12021 West Louisiana Avenue,    Denver, CO 80228-3611
19997008        +Shawn Warner,    3909 100th Street, East,    Tacoma, WA 98446-3616
19997009        +Sheridan Trucking, Inc.,    145 Western Avenue,    P.O. Box 222,
                  West Springfield, MA 01090-0222
19997010        +Silvon Software, Inc.,    Attn: Accounts Receivable,    900 Oakmont Lane, Suite 301,
                  Westmont, IL 60559-5574
19997012        +Skolar, Abbott & Presser, PC,    One Monarch Place, Suite 2000,    Springfield, MA 01144-2000
19997013        +Slowinski Wood Products, Inc.,    13 Bennett Galip Drive,    Colrain, MA 01340-9760
19997015        +Solenis, LLC,    P.O. Box 116232,    Atlanta, GA 30368-6232
19997014        +Solenis, LLC,    500 Hercules Road,    Wilmington, DE 19808-1513
19997016        +Song Selzler,    17763 15th Avenue NE #406,    Seattle, WA 98155-3862
19997017        +Sonoco,    65 Allison Lane,    West Springfield, MA 01089-1984
19997018        +Southern Cellulose Products, Inc.,    P.O. Box 2278,    Chattanooga, TN 37409-0278
19997019        +Southworth Company Pension Plan,    Mr. John S. Leness,    265 Main Street,
                  Agawam, MA 01001-1822
19997022       #+Staffing Network, LLC,    450 Deveon Avenue, Suite 250,    Itasca, IL 60143-1262
19997023        +Staffing Network, LLC & QPA,    Attn: Mr. Tim Ward,    1815 S. Meyers Road, Suite 600,
                  Villa Park, IL 60181-5262
19997024        +Standard Insurance Company,    P.O. Box 12687,    Birmingham, AL 35202-6687
19997026        +Staples Credit Plan,    Dept. 00-01307750,    P.O. Box 6721,    The Lakes, NV 88901-6721
19997025        +Staples Credit Plan,    Dept. 51-7818764168,    P.O. Box 78004,    Phoenix, AZ 85062-8004
19997028        +Steve Lange,    7841 N. Hopdown Avenue,    Tucson, AZ 85741-1501
19997029        +Stik WithIt Print Works,    6761 Thompson Road N,    Syracuse, NY 13211-2119
19997030        +Stirling Consulting, Inc.,    P.O. Box 301,    Yarmouth, ME 04096-0301
19997031        +Styles That Work, LLC,    10410 N. Kensington Pkwy, Suite 315,    Kensington, MD 20895-2943
19997032        +Suburban Propane,    334 Chapman Street,    Greenfield, MA 01301-1735
19997033        +Suburban Propane - 2740,    P.O. Box 160,    Whippany, NJ 07981-0160
19997034        +Susan Babella,    355 Lydall Street,    Manchester, CT 06042-3302
19997035        +Susan Devlin,    1034 Peralta Avenue,    Albany, CA 94706-2402
19997036        +Susan Ghahremani,    5058 E. Mountain View Drive,    San Diego, CA 92116-1942
19997037        +Susie Gildea + Group,    4121 47th Avenue S,    Seattle, WA 98118-1219
19997038        +Susy Lieu Tham,    15635 138th Place, SE,    Renton, WA 98058-7808
19997039        +Swan Associates, Inc.,    49 Holly Drive,    Newington, CT 06111-2243
19997060        +TMC Materials, Inc.,    195 Main Street,    Shrewsbury, MA 01545-2101
19997040        +Tammy Walburg,    3499 223rd Street, SW,    Lynnwood, WA 98036-8057
19997041        +Terry and Jim Associates,    a/k/a Jim and Terry’s Kids Korner,    526 Northstar Road,
                  Royse City, TX 75189-4118
19997042        +Testamerica Laboratories, Inc.,    501 Southampton Road, Suite C,    Westfield, MA 01085-1592
19997044        +Teufelberger Fiber Rope Corp.,    848 Airport Road,    Fall River, MA 02720-4735
19997045        +Teufelberger Fiber Rope Corp.,    P.O. Box 380020,    Boston, MA 02241-0820
19997046        +The Angell Pension Group, Inc.,    88 Boyd Avenue,    East Providence, RI 02914-1202
19997047        +The J.P. Farley Corporation,    29055 Clemens Road,    Westlake, OH 44145-1135
19997049         The Madison Park Group, Inc.,    1407 11th Avenue,    Seattle, WA 98122
19997050        +The Mary Harper Group, LLC,    230 5th Avenue, Suite 311,    New York, NY 10001-7913
19997051        +The Pallet Co.,    12 Plymouth Street,    Chicopee, MA 01020-1614
19997052        +Thomas Arthur Danz,    716 Treyburn Court,    Neenah, WI 54956-1474
19997053        +Thomas Cardaropoli,    252 Hope Street,    Greenfield, MA 01301-3551
19997054        +Thomas Shoaf,    2605 Warren Avenue, N,    Seattle, WA 98109-1838
19997055        +Thomaspaul Studio, LLC,    400 West 37th Street #14P,    New York, NY 10018-5633
19997057        +Timothy Destromp,    138 7th Street,    Turners Falls, MA 01376-1428
19997058        +Timothy Gignilliat,    23 Whiting Road,    Oxford, MA 01540-2035
19997059        +Tina Consiglio,    36 Plateau Avenue,    West Springfield, MA 01089-3219
19997061        +TotalFunds By Hasler,    P.O. Box 30193,    Tampa, FL 33630-3193
19997063        +Town of Montague,    1 Avenue A,    Turners Falls, MA 01376-1702
19997064        +Travelers,    CL Remittance Center,    P.O. Box 660317,    Dallas, TX 75266-0317
19997065        +Turners Falls Water Department,    226 Millers Falls Road,    Turners Falls, MA 01376-1605
19997069        +UPC,    1501 S. Stoughton Road,    Madison, WI 53716-1853
19997070        +USA Blue Book,    P.O. Box 9004,    Gurnee, IL 60031-9004
19997068        +United Parcel Service,    P.O. Box 894820,    Los Angeles, CA 90189-4820
19997067         United Parcel Service,    P.O. Box 5014,    Westborough, MA 01681
19997071         Vallviks Bruk AB,    c/o Cellmark Pulp & Paper, Inc.,    SE-820 21 Vallvik,    Sweden
19997072         Vallviks Bruk AB,    Attn: Ulrika Gavel,    SE-820 21 Vallvik,    Sweden
19997073         Valmet, Inc. Hudson Falls Div.,    Lockbox 75345,    Charlotte, NC 28275
19997075        +Veolia ES Tech. Solutions, LLC,    Electronics Recycling Division,    28900 Network Place,
                  Chicago, IL 60673-1289
```

```
District/off: 0101-3           User: pf                     Page 7 of 8                   Date Rcvd: Sep 29, 2017
                               Form ID: 309F                Total Noticed: 493


19997074       +Veolia ES Tech. Solutions, LLC,    90 Pleasant Street,    P.O. Box 10,
                 West Bridgewater, MA 02379-0010
19997076       +Veritiv Operating Company,    formerly Unisource,    P.O. Box 57006,    Los Angeles, CA 90074-7006
19997077       +W J Foss Div.,    Kaufman Company, Inc.,   380 Union Street,    West Springfield, MA 01089-4127
19997078       +Wanart, LLC,    148 Lincoln Avenue,   Ridgewood, NJ 07450-4106
19997079       +Warner Babcock Institute for Green Energ,    Attn: Mr. Joe Point,    100 Research Drive,
                 Wilmington, MA 01887-4406
19997081       +Whalley Computer Associates, Inc.,    P.O. Box 4950,    Springfield, MA 01101-4950
19997082       +White Ginger, LLC,    P.O. Box 2896,   Gary, IN 46403-0896
19997083       +William C. Blanker,    72 Meadow Wood Drive,    Greenfield, MA 01301-1152
19997084       +William P. Short, III,    P.O. Box 237173,    New York, NY 10023-0032
19997085       +William Smith,    38 Central Street,   Turners Falls, MA 01376-1325
19997086       +William Trenholm,    65 Bald Mountain Road,    Bernardston, MA 01337-9771
19997087       +Wyrefab, Inc.,    P.O. Box 3767,   Gardena, CA 90247-7467
19997090       +XPO Logistics Freight, Inc.,    P.O. Box 5160,    Portland, OR 97208-5160
19997089        Xerox Corporation,    P.O. Box 890990,   Chicago, IL 60680
19997088        Xerox Corporation,    Accounts Receivable,    P.O. Box 2000,    Leesburg, VA 22075
19997093       +YRC,   P.O. Box 13573,    Newark, NJ 07188-3573
19997094       +YRC,   P.O. Box 730375,    Dallas, TX 75373-0375
19997092       +Yinan Xu,    12 166th Place, SE,   Bothell, WA 98012-4914
19997095       +Yuk Ho Kwong Tam,    3013 S. Austin Street,    Seattle, WA 98108-3912
19997096        Zhejiang Dongxiao Stationery Co., Ltd.,    Jichang Rd Xinqiao Town Luqiao Dist,
                 Zhejian Province China

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: QJBCOLLINS.COM Sep 29 2017 22:48:00      Joseph B. Collins,    Hendel & Collins P.C.,
                 101 State Street,    Springfield, MA 01103-2070
smg             E-mail/Text: duabankruptcy@detma.org Sep 29 2017 22:46:11      CHIEF COUNSEL, LEGAL DEPARTMENT,
                 DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
                 19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg             EDI: IRS.COM Sep 29 2017 22:48:00      INTERNAL REVENUE SERVICE,    120 Front Street,   Suite 600,
                 Attn:Collection,    Worcester, MA  01608
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Sep 29 2017 22:46:08       Richard King,
                 Office of the U. S. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
19996639       +EDI: CINGMIDLAND.COM Sep 29 2017 22:48:00      AT&T Mobility,    P.O. Box 6463,
                 Carol Stream, IL 60197-6463
19996604       +E-mail/Text: ndiv.bkrpt.notice@airgas.com Sep 29 2017 22:46:07      Airgas USA, LLC,
                 1159 Bernardston Road,    Greenfield, MA 01301-1150
19996614       +EDI: AMEREXPR.COM Sep 29 2017 22:48:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
19996641       +E-mail/Text: cgannon@snfhc.com Sep 29 2017 22:46:18      Axchem USA, Inc.,
                 6-C Oak Branch Drive,    Greensboro, NC 27407-2396
19996670       +E-mail/Text: aquigley@cappusa.com Sep 29 2017 22:46:21      Capp, Inc.,    P.O. Box 127,
                 Clifton Heights, PA 19018-0127
19996681       +EDI: CHASE.COM Sep 29 2017 22:48:00      Chase Card Services,    Cardmember Service,
                 P.O. Box 15123,    Wilmington, DE 19850-5123
19996700       +E-mail/Text: alexander.smirnoff@claytonindustries.com Sep 29 2017 22:46:02
                 Clayton Industries,    Dept. #2636,   Los Angeles, CA 90084-0001
19996699       +E-mail/Text: alexander.smirnoff@claytonindustries.com Sep 29 2017 22:46:02
                 Clayton Industries,    17477 Hurley Street,    La Puente, CA 91744-5106
19996702       +E-mail/Text: annb@cleanuniforms.com Sep 29 2017 22:46:22      Clean Rentals, Inc.,
                 Clean UNiforms and More!,    P.O. Box 63070,    New Bedford, MA 02746-0899
19996701       +E-mail/Text: annb@cleanuniforms.com Sep 29 2017 22:46:22      Clean Rentals, Inc.,
                 Clean Uniforms and More!,    355 Church Street,    P.O. Box 63100,    New Bedford, MA 02746-0899
19996710       +E-mail/PDF: cmabankruptcy@nisource.com Sep 29 2017 22:54:01      Columbia Gas of Massachusetts,
                 P.O. Box 742514,    Cincinnati, OH 45274-2514
19996724       +E-mail/Text: bankruptcy@water.com Sep 29 2017 22:46:07      Crystal Springs,    P.O. Box 660579,
                 Dallas, TX 75266-0579
19996766       +E-mail/Text: bankruptcynotices@eversource.com Sep 29 2017 22:46:20       Eversource,
                 P.O. Box 650851,    Dallas, TX 75265-0851
19996800       +E-mail/Text: scd_bankruptcynotices@grainger.com Sep 29 2017 22:46:09       Grainger,
                 790 Cottage Street,    Springfield, MA 01104-3268
19996861        E-mail/Text: thomas.forbes@kemira.com Sep 29 2017 22:46:04      Kemira Chemicals, Inc.,
                 1950 Vaughn Road,    Kennesaw, GA 30144
19996867       +E-mail/Text: kep8401@gmail.com Sep 29 2017 22:46:07      Krystal Kleer, LLC,
                 606 Pomeroy Avenue,    Meriden, CT 06450-4872
19996939       +E-mail/Text: accounting@pacificpapertube.com Sep 29 2017 22:46:18       Pacific Paper Tube, Inc.,
                 1025 98th Avenue,    Oakland, CA 94603-2356
19996993       +E-mail/Text: bankruptcy@safety-kleen.com Sep 29 2017 22:46:03      Safety-Kleen Systems, Inc.,
                 P.O. Box 382066,    Pittsburgh, PA 15250-0001
19997004       +E-mail/Text: Bankruptcy@selective.com Sep 29 2017 22:46:04
                 Selective Insurance Company of America,    P.O. Box 371468,    Pittsburgh, PA 15250-7468
19997011       +E-mail/Text: bankruptcy@simplexgrinnell.com Sep 29 2017 22:46:12       Simplexgrinnell, LP,
                 Dept. CH 10320,    Palatine, IL 60055-0001
19997020       +E-mail/Text: antonia.ellis@mineralstech.com Sep 29 2017 22:46:14       Specialty Minerals, Inc.,
                 35 Highland Avenue,    Bethlehem, PA 18017-9482
19997027       +EDI: WADEPREV.COM Sep 29 2017 22:48:00      State of Washington,    Department of Revenue,
                 P.O. Box 34052,    Seattle, WA 98124-1052
19997043       +E-mail/Text: newclient@testamericainc.com Sep 29 2017 22:46:16
                 Testamerica Laboratories, Inc.,    P.O. Box 204290,    Dallas, TX 75320-4290
```

```
District/off: 0101-3          User: pf                    Page 8 of 8                   Date Rcvd: Sep 29, 2017
                              Form ID: 309F               Total Noticed: 493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19997056       +E-mail/Text: lbalves@tighebond.com Sep 29 2017 22:46:21      Tighe & Bond, Inc.,
                 Accounts Receivable Department,    53 Southampton Road,    Westfield, MA 01085-5308
19997062       +E-mail/Text: treasurer@agawam.ma.us Sep 29 2017 22:46:05      Town of Agawam,
                 Collector of Taxes,    36 Main Street,    Agawam, MA 01001-1801
19997066       +E-mail/Text: accounts.receivable@uline.com Sep 29 2017 22:46:15       Uline,
                 Attn: Accounts Receivable,    P.O. Box 88741,    Chicago, IL 60680-1741
                                                                                             TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19996600        Advocate,   56 The Street,   Ashtead,    Surry KT21 1 AZ
19996744        Decoprint Druckerei GmbH,   Hoger Damm 6,    49632 Essen/Oldbg.,   Hamburg
19996789        GL&V Canada Inc. (Pulp & Paper),    3100, Rue Westinghouse,   Parc Industriel No. 2,
                 Trois-Rivieres, QCCA G9A 5E1
19996784        Gala Plus International Co., Ltd.,    Unit 708, 7/F., Ho Lik Centre,
                 66A Sha Tsui Road, Tsuen Wan,   Hong King
19996945        Paper + Design,   An der Heinzebank 15,    09429 Wolkenstein
19996988        Roger la Borde,   87 Kingsgate Road,    London NW6 4JY
smg*            INTERNAL REVENUE SERVICE,   P.O. Box 7346,    Philadelphia, PA   19101-7346
19996793*      +GL&V USA, Inc.,   Dept. 293901,    P.O. Box 67000,   Detroit, MI 48267-0002
19996827*      +Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
19997091*      +XPO Logistics Freight, Inc.,    P.O. Box 5160,   Portland, OR 97208-5160
19996615      ##+American Forest & Paper Assn.,    1111 19th Street NW, Suite 800,   Washington, DC 20036-3652
19996735      ##+Dauphine Press, Ltd.,   555 Greenwich Street,    Hempstead, NY 11550-6523
19996817      ##+Heather Tupelo Ross,   90 William Street, Apt. 8H,    New York, NY 10038-0103
19996850      ##+Josue Matos,   22 Draper Street,    Springfield, MA 01108-2909
19996857      ##+Kathleen P. Brady,   a/k/a Current Company NYC, LLC,    560 W. 218th Street, Apt. 3C,
                 New York, NY 10034-1039
19996996      ##+Samantha Hahn,   165 E. 32nd Street 6B,    New York, NY 10016-6009
19997002      ##+Seattle Envelope Co.,   4700 9th Avenue NW,    Seattle, WA 98107-4528
19997021      ##+Spectrum Show Services, Inc.,    440 Benigno Blvd, Suite C,   Bellmawr, NJ 08031-2521
19997048      ##+The Legacy Energy Group, LLC,    32 Waterloo Street,   Warrenton, VA 20186-3242
19997080      ##+Web Diecutters, Etc., Inc.,    120 North Bridge Street,   Holyoke, MA 01040-6407
                                                                                   TOTALS: 6, * 4, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Gardner H. Palmer, Jr.   on behalf of Creditor   ACF Finco LP ghpalmer@dioriolaw.com
              Joseph B. Collins   on behalf of Debtor   Southworth Company jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph M DiOrio   on behalf of Creditor   ACF Finco LP jmdiorio@dioriolaw.com,
               ghpalmer@dioriolaw.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Southworth Company** <br> Name | EIN | **04–1853890** |
| United States Bankruptcy Court **District of Massachusetts** <br> Case number: **17–30817 –edk** | | Date case filed for chapter **11**  **9/28/17** | |

Official Form 309F (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case                                                              12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 8 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

<u>**Do not file this notice with any proof of claim or other document in the case.**</u> **Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Southworth Company | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 265 Main Street <br> Agawam, MA 01001 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph B. Collins <br> Hendel & Collins P.C. <br> 101 State Street <br> Springfield, MA 01103 | Contact phone  (413) 734–6411 <br><br> Email:  jcollins@hendelcollins.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 300 State Street, Suite 220 <br> Springfield, MA 01105 | Hours open: Monday–Friday 8:30am–5:00pm <br><br> Contact phone  413–785–6900 <br><br> Date: 9/29/17 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **November 3, 2017 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **1350 Main Street, Suite 1112, Springfield, MA 01103** |

**For more information, see page 2 >**

| 7. **Proof of claim deadline** Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Offical Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office or printed from the Court's website at www.mab.uscourts.gov/mab/creditorinformation You may also file your claim electronically through the court's website at www.mab.uscourts.gov. If your claim is scheduled and is not listed as disputed, contingent or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|
| 8. **Exception to discharge deadline** | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br>**Deadline for filing the complaint:** |
| 9. **Deadline to file §503(b)(9) requests** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty (20) days of bankruptcy) must be filed in the bankruptcy clerk's office. <br>**Filing deadline:**   60 days from the first date set for the meeting of creditors. |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 13. **Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. § 554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors |