**Fill in this information to identify the case:**

Debtor name **Southworth Company**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) **17-30817**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 1,943,000.00 | - 0.00 | = .... $1,943,000.00 |
| | | face amount | doubtful or uncollectible accounts | |

12.    Total of Part 3.

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,943,000.00

**Part 4:      Investments**

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor   **Southworth Company**   Case number *(if known)* **17-30817**
    Name

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials Inventory | | $0.00 | | $3,194,000.00 |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

| 23. | Total of Part 5. | $3,194,000.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. Machinery, Equipment, Motor Vehicles, including Office Furniture | $0.00 | | $7,202,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number *(if known)* **17-30817** |
|---|---|---|
| | Name | |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$7,202,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **265 Main Street, Agawam, MA** | Owner | $0.00 | | $1,700,000.00 |
| 55.2.  **36 Canal Street, Turners Falls, MA** | Owner | $0.00 | | $2,240,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$3,940,000.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Southworth Company** | | Case number *(if known)* **17-30817** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets **Trademark** | **$0.00** | | **Uncertain** |

61.     Internet domain names and websites

62.     Licenses, franchises, and royalties

63.     Customer lists, mailing lists, or other compilations

64.     Other intangibles, or intellectual property

65.     Goodwill

66.     Total of Part 10.
        Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.     Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ■ No
        ☐ Yes

68.     Is there an amortization or other similar schedule available for any of the property listed in Part 10?
        ■ No
        ☐ Yes

69.     Has any of the property listed in Part 10 been appraised by a professional within the last year?
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Southworth Company**                              Case number (if known) **17-30817**
Name

Part 12:   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,943,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,194,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,202,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................> | | $3,940,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,339,000.00   + 91b. | $3,940,000.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $16,279,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Southworth Company**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) **17-30817**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| | | | |
|---|---|---|---|
| **2.1** **ACF FinCo I LP** | Describe debtor's property that is subject to a lien | $1,083,926.00 | Uncertain |
| Creditor's Name | **Accounts** | | |
| **Attn: Oleh Szczupak, Vice President** | **Receivable/Inventory/Machinery/Equipment/R eal Estate** | | |
| **580 White Plains Road, Suite 610** | | | |
| **Tarrytown, NY 10591** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Mortgages and Security Interest** | | |
| | Is the creditor an insider or related party? | | |
| | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ☒ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ☒ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **Byline Bank** | Describe debtor's property that is subject to a lien | $2,233,315.00 | Uncertain |
| Creditor's Name | **Real Estate/Accounts** | | |
| **13925 West North Avenue** | **Receivable/Inventory/Machinery and Equipment** | | |
| **Brookfield, WI 53005** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Mortgages and Security Interest** | | |
| | Is the creditor an insider or related party? | | |
| | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ☒ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southworth Company** | | Case number (if know) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $3,317,241.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Southworth Company**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) **17-30817**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Agnes Gomez**
**1756 18th Avenue S**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Total claim **$5,010.03**    Priority amount **$5,010.03**

---

**2.2**   Priority creditor's name and mailing address

**Alan Gruszkowski**
**10 Park Street, Apt. B**
**Turners Falls, MA 01376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Total claim **$1,602.00**    Priority amount **$1,602.00**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.00 | $2,128.00 |
|---|---|---|---|---|
| | **Alan Hayford** | *Check all that apply.* | | |
| | **11 Congress Street** | ☐ Contingent | | |
| | **Pittsfield, MA 01201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|
| | **Alex Koblinski** | *Check all that apply.* | | |
| | **8 Pleasant Street** | ☐ Contingent | | |
| | **South Deerfield, MA 01373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.27 | $405.27 |
|---|---|---|---|---|
| | **Americo Gomes** | *Check all that apply.* | | |
| | **72 Westerly Circle** | ☐ Contingent | | |
| | **Ludlow, MA 01056** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.50 | $367.50 |
|---|---|---|---|---|
| | **Andrew Prince** | *Check all that apply.* | | |
| | **19 Franklin Lane** | ☐ Contingent | | |
| | **Windsor, CT 06095** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,557.70 | $5,557.70 |
|---|---|---|---|---|

**Anthony Colon**
**20 Concord Road**
**Manchester, CT 06042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $935.00 |
|---|---|---|---|---|

**Anthony Ruehle**
**11 Central**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,230.76 | $9,230.76 |
|---|---|---|---|---|

**April Deluca**
**14 Pheasant Hill Drive**
**Enfield, CT 06082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,396.37 | $9,396.37 |
|---|---|---|---|---|

**April Leonard**
**10712 SW 238th Street**
**Vashon, WA 98070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Southworth Company** | Case number *(if known)* | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**Athena Carlson**
**8101 Fairway Drive SW**
**Lakewood, WA 98498**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,252.71    $3,252.71

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** | Priority creditor's name and mailing address
**Bernadette Krosiriyaseng**
**6801 South 133rd Street**
**J191**
**Seattle, WA 98118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,214.17    $2,214.17

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** | Priority creditor's name and mailing address
**Bich Hang Viacrusis**
**620 1st Avenue East**
**Pacific, WA 98047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,148.03    $1,148.03

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** | Priority creditor's name and mailing address
**Bradley Smith**
**128 Rolf Avenue**
**Chicopee, MA 01020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,359.54    $1,359.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.93 | $1,476.93 |
|---|---|---|---|---|

**Brandon Spriggs**
**20 Poplar Mountain Road**
**Erving, MA 01344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,764.00 | $1,764.00 |
|---|---|---|---|---|

**Carlos Carvalho**
**36 Raylo Street**
**Chicopee, MA 01013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Charles Blanker**
**456 Mt. Herman STation Road**
**Northfield, MA 01360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,737.00 | $2,737.00 |
|---|---|---|---|---|

**Charles Petschke**
**218 Riverdale Street**
**West Springfield, MA 01089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

### 2.19

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,975.00 | $3,975.00 |
|---|---|---|---|
| **Christine Sheridan**<br>**186 Abbe Road**<br>**Enfield, CT 06082** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.20

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.15 | $1,683.15 |
|---|---|---|---|
| **Chuen Kong Tam**<br>**318 NW 103rd Street**<br>**Seattle, WA 98177** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.21

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,142.00 | $2,142.00 |
|---|---|---|---|
| **Cindy Richotte**<br>**24 Randall Road**<br>**Montague, MA 01351** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.22

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,343.29 | $1,343.29 |
|---|---|---|---|
| **Cody Ventura**<br>**1306 Fir Street**<br>**Everett, WA 98201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | | Case number *(if known)* | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,342.00 | $1,342.00 |
|---|---|---|---|---|

**Curtis Fiske**
**26 River Street**
**Erving, MA 01344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.36 | $373.36 |
|---|---|---|---|---|

**Cynthia Kingsada**
**13765 56th Avenue S**
**C3111**
**Seattle, WA 98168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,649.88 | $2,649.88 |
|---|---|---|---|---|

**Daniel Demers, Sr.**
**842 Parker Street**
**Springfield, MA 01129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,184.62 | $4,184.62 |
|---|---|---|---|---|

**Daniel Minckler**
**19 Phillip Street, 1st Floor**
**Greenfield, MA 01301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | 17-30817 |
|---|---|---|---|
| | Name | | |

**2.27** Priority creditor's name and mailing address
**David Carlson**
**6011 28th Avenue S**
**Seattle, WA 98108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,500.00    $7,500.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** Priority creditor's name and mailing address
**David Hawkins**
**134 Boyle Road**
**Gill, MA 01354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,836.00    $1,836.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.29** Priority creditor's name and mailing address
**David J. Mika**
**251 Silo Road**
**Bristol, CT 06010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,730.77    $12,850.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.30** Priority creditor's name and mailing address
**Dean Dupre**
**15 Forest Ridge Lane**
**Agawam, MA 01001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,059.32    $3,059.32

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Southworth Company** | Case number (if known) | 17-30817 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.00 | $2,450.00 |
|---|---|---|---|---|
| | **Dennis Arsenault**<br>**98 East Street**<br>**Northfield, MA 01360** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,576.92 | $4,576.92 |
|---|---|---|---|---|
| | **Dennis Connor**<br>**205 Jabish Street, Apt. B**<br>**Belchertown, MA 01007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,153.84 | $6,153.84 |
|---|---|---|---|---|
| | **Donald Drosehn**<br>**276 Smith Road**<br>**Hinsdale, MA 01235** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,942.30 | $9,942.30 |
|---|---|---|---|---|
| | **Donna Dapper**<br>**301 Princeton Drive**<br>**River Edge, NJ 07661** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | 17-30817 |
|---|---|---|---|
| | Name | | |

---

**2.35**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,746.92 | $5,746.92 |
|---|---|---|---|
| **Edward Champagne**<br>**50 Gloria Drive**<br>**Westfield, MA 01085** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.36**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,963.88 | $1,963.88 |
|---|---|---|---|
| **Edward Driscoll**<br>**195 East Road**<br>**Adams, MA 01220** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.37**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,875.00 | $4,875.00 |
|---|---|---|---|
| **Edward Gruszkowski**<br>**86 Cross Street**<br>**Bernardston, MA 01337** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.38**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |
|---|---|---|---|
| **Eric Donovan**<br>**4 H Street, 1st Floor, Left**<br>**Turners Falls, MA 01376** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,799.22 | $3,799.22 |
|---|---|---|---|---|

**F. Brendan Crowley**
**177 Saint James Avenue**
**Chicopee, MA 01020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.74 | $1,295.74 |
|---|---|---|---|---|

**Faith Bosna**
**4047 120th Avenue SE**
**Bellevue, WA 98006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00 |
|---|---|---|---|---|

**Galge Tencati**
**15 Montague Avenue**
**Lake Pleasant, MA 01347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,061.59 | $2,061.59 |
|---|---|---|---|---|

**Gerald Polley**
**98 Barney Hale Road**
**Gill, MA 01354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address
**Glenn Greaney**
**99 Catalpa Terrace**
**Springfield, MA 01119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,696.32    $1,696.32

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address
**Hang Duong**
**4926 S. Willow Street**
**Seattle, WA 98118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$967.72    $967.72

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address
**Isdore Reynolds**
**18111 48th Avenue W**
**Lynnwood, WA 98037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,138.08    $1,138.08

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.47**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|
| **James Perry**<br>**73 Sawin Lane**<br>**Erving, MA 01344** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.48**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 | $2,700.00 |
|---|---|---|---|
| **James Poirier**<br>**113 Eagleville Road**<br>**Orange, MA 01364** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.49**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,688.46 | $5,688.46 |
|---|---|---|---|
| **Jason Cournoyer**<br>**1436 Dwight Street**<br>**Holyoke, MA 01040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.50**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.00 | $816.00 |
|---|---|---|---|
| **Jay Demers, Jr.**<br>**12 12th Street, 2nd Floor**<br>**Turners Falls, MA 01376** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address
**Jean Mancini**
**390 Brush Hill Avenue**
**West Springfield, MA 01089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,644.40   $2,644.40

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address
**Jeffrey Poirier**
**37 Graves Road**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,923.08   $5,923.08

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address
**Jenna Hoffman**
**5006  3rd Avenue NW**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,866.36   $2,866.36

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address
**Jennifer Conry**
**1601 E. Mercer Street, Apt. 7**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,325.54   $1,325.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Southworth Company | Case number (if known) | 17-30817 |
|---|---|---|---|
| | Name | | |

---

**2.55** | Priority creditor's name and mailing address
**Joel Disciullo**
**25 Griswold Street**
**Turners Falls, MA 01376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,062.00    $1,062.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.56** | Priority creditor's name and mailing address
**John Brunner, III**
**264 Davis Street**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$875.00    $875.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.57** | Priority creditor's name and mailing address
**John Helbig, Jr.**
**60 Glen Road**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,341.54    $4,341.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.58** | Priority creditor's name and mailing address
**John Jablonski**
**108 Stone Farm Lane**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,104.00    $1,104.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.59** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,330.35 | $12,850.00

**John S. Leness**
**2031 Fairview Avenue East**
**Houseboat 1**
**Seattle, WA 98102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.60** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.75 | $582.75

**John Winseck**
**13 I Street**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.61** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00

**Josue Matos**
**22 Draper Street**
**Springfield, MA 01108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.62** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00

**Justin Payette**
**9 Hayes Avenue**
**Erving, MA 01344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Southworth Company** | | Case number (if known) | 17-30817 |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.00 | $1,026.00 |
|---|---|---|---|---|

**Kasey Free**
10744 Lakeside Avenue NE
Seattle, WA 98125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,168.59 | $3,168.59 |
|---|---|---|---|---|

**Kelby Ytreeide**
5429 Glenwood Avenue, Apt. B
Everett, WA 98203

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,076.95 | $8,076.95 |
|---|---|---|---|---|

**Kelsey Callahan**
2111 NW Moraine Place
Issaquah, WA 98027

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,923.10 | $6,923.10 |
|---|---|---|---|---|

**Kevin McCarthy**
455 Millers Falls Road
Millers Falls, MA 01349

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,111.75 | $3,111.75 |
|---|---|---|---|---|

**Kevin Rau**
**92 Old State Road**
**Erving, MA 01344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.18 | $1,222.18 |
|---|---|---|---|---|

**Kim Newcombe**
**1166 Richardson Road**
**Ashby, MA 01431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,066.00 | $3,066.00 |
|---|---|---|---|---|

**Kristina Chacon**
**14424 North Creek Drive**
**1116**
**Mill Creek, WA 98012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,765.50 | $1,765.50 |
|---|---|---|---|---|

**Lawrence Richotte**
**24 Randall Road**
**Montague, MA 01351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

---

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.77 | $847.77

**Lidia Fernandes Ferrei**
**891 East Street**
**Ludlow, MA 01056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,756.16 | $1,756.16

**Linda Suzor**
**12 Sabin Street**
**Indian Orchard, MA 01151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,115.38 | $3,115.38

**Lisa Canedy**
**7 Prospect Avenue, Apt. #6**
**Greenfield, MA 01301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,254.11 | $1,254.11

**Long Cai**
**23323 56th Avenue S**
**Kent, WA 98032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,316.36 | $11,316.36 |
|---|---|---|---|---|

**Margo Tantau**
**5433 West 64th Street**
**Minneapolis, MN 55439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,340.00 | $1,340.00 |
|---|---|---|---|---|

**Mark Buxton**
**115 Walnut Hill Road**
**Orange, MA 01355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.00 | $790.00 |
|---|---|---|---|---|

**Martha Lofland**
**303 Ware Road**
**Belchertown, MA 01007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,422.10 | $2,422.10 |
|---|---|---|---|---|

**Mary O'Keeffe**
**3909 100 Street, EAst**
**Tacoma, WA 98446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

**2.79** Priority creditor's name and mailing address

**Massachusetts Department of Revenue**
P.O. Box 7010
Boston, MA 02204

As of the petition filing date, the claim is:                    $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.80** Priority creditor's name and mailing address

**Matthew Trenholm**
65 Bald Mountain Road
Bernardston, MA 01337

As of the petition filing date, the claim is:                $1,250.00       $1,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.81** Priority creditor's name and mailing address

**Melissa Clark**
1409 N. 39th Street
Seattle, WA 98103

As of the petition filing date, the claim is:                $5,052.83       $5,052.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.82** Priority creditor's name and mailing address

**Mien Mien Chang**
3119 15th Avenue, S
Seattle, WA 98144

As of the petition filing date, the claim is:                $1,958.58       $1,958.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
| --- | --- | --- | --- |
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,611.61 | $1,611.61 |
| --- | --- | --- | --- | --- |

**2.83** Priority creditor's name and mailing address
**Natalie Hervieux**
**33 South Longyeard Road**
**Southwick, MA 01077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,611.61    $1,611.61

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.84** Priority creditor's name and mailing address
**Nicole Dansereau**
**7903 32nd Avenue SW**
**Seattle, WA 98126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,710.10    $2,710.10

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.85** Priority creditor's name and mailing address
**Otniel Rojas**
**46 Belvidere Avenue**
**Holyoke, MA 01040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$714.00    $714.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.86** Priority creditor's name and mailing address
**Palma Hoppel**
**3010 NE 85th Street**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,308.19    $5,308.19

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,966.15 | $1,966.15 |
|---|---|---|---|---|

**Patrick Sheldon**
**42 Thompson Street**
**East Longmeadow, MA 01028**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.58 | $1,100.58 |
|---|---|---|---|---|

**Paul Plasse**
**25 Smith Street**
**South Hadley, MA 01075**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.38 | $923.38 |
|---|---|---|---|---|

**Ricardo Aponte**
**4 Washington Street**
**Holyoke, MA 01040**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $4,500.00 |
|---|---|---|---|---|

**Richard Dittrich**
**3 Stage Coach Road**
**Southwick, MA 01077**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
| --- | --- | --- | --- |
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,840.00 | $2,840.00 |
| --- | --- | --- | --- | --- |
| | **Richard Legere**<br>**30 Turners Falls Road**<br>**Turners Falls, MA 01376** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,557.69 | $5,557.69 |
| --- | --- | --- | --- | --- |
| | **Richard Legros**<br>**109 Vine Street**<br>**Fitchburg, MA 01420** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,806.25 | $2,806.25 |
| --- | --- | --- | --- | --- |
| | **Richard Taylor**<br>**105 Norton Hill Road**<br>**Ashfield, MA 01330** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,615.38 | $7,615.38 |
| --- | --- | --- | --- | --- |
| | **Robert Binnall, Sr.**<br>**75 Alice Avenue**<br>**Fitchburg, MA 01420** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,557.70 | $3,557.70

**Robert Bishop, Jr.**
**54 South Street**
**Dalton, MA 01226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00

**Robert Dunn**
**103 North Street**
**Agawam, MA 01001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,838.46 | $2,838.46

**Robert Jablonski**
**84 Springfield Street**
**Chicopee, MA 01013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,833.75 | $1,833.75

**Robyn Polley**
**98 Barney Hale Road**
**Gill, MA 01354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | | Case number *(if known)* | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

---

**2.99** | Priority creditor's name and mailing address
**Roger Matthews**
**80 B Winch Hill Road**
**Swanzey, NH 03446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,002.54    $1,002.54

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes |

---

**2.100** | Priority creditor's name and mailing address
**Roxanne Venskowski**
**40 Brandywine Drive**
**Belchertown, MA 01007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,634.50    $7,634.50

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes |

---

**2.101** | Priority creditor's name and mailing address
**Shane Johnson**
**990 Pierce Street**
**Greenfield, MA 01301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,003.00    $1,003.00

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes |

---

**2.102** | Priority creditor's name and mailing address
**Shawn Warner**
**3909 100th Street, East**
**Tacoma, WA 98446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,072.80    $2,072.80

| Date or dates debt was incurred | Basis for the claim:
**Payroll/Vacation** |

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes |

---

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

---

**2.103**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,813.11 | $1,813.11 |
|---|---|---|---|
| **Song Selzler**<br>**17763 15th Avenue NE #406**<br>**Seattle, WA 98155** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.104**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.21 | $899.21 |
|---|---|---|---|
| **Susy Lieu Tham**<br>**15635 138th Place, SE**<br>**Renton, WA 98058** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.105**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.07 | $889.07 |
|---|---|---|---|
| **Tammy Walburg**<br>**3499 223rd Street, SW**<br>**Lynnwood, WA 98036** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.106**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,406.00 | $1,406.00 |
|---|---|---|---|
| **Thomas Cardaropoli**<br>**252 Hope Street**<br>**Greenfield, MA 01301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Vacation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**2.107** | Priority creditor's name and mailing address

**Thomas Shoaf**
**2605 Warren Avenue, N**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,106.54    $5,106.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address

**Timothy Destromp**
**138 7th Street**
**Turners Falls, MA 01376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$260.00    $260.00

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address

**Timothy Gignilliat**
**23 Whiting Road**
**Oxford, MA 01540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,615.40    $4,615.40

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address

**Tina Consiglio**
**36 Plateau Avenue**
**West Springfield, MA 01089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,628.55    $1,628.55

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,460.00 | $2,460.00 |
|---|---|---|---|---|

**William Smith**
**38 Central Street**
**Turners Falls, MA 01376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,089.44 | $2,089.44 |
|---|---|---|---|---|

**William Trenholm**
**65 Bald Mountain Road**
**Bernardston, MA 01337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,837.30 | $2,837.30 |
|---|---|---|---|---|

**Yinan Xu**
**12 166th Place, SE**
**Bothell, WA 98012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.58 | $1,558.58 |
|---|---|---|---|---|

**Yuk Ho Kwong Tam**
**3013 S. Austin Street**
**Seattle, WA 98108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Southworth Company** | Case number (*if known*) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,466.83**

**A&M Compressed Air Products**
139 Wayside Drive
West Springfield, MA 01089

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,216.00**

**A.I.M. Mutual Insurance Co.**
P.O. Box 4070
Burlington, MA 01803-0970

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,772.60**

**A.W. Chesterton Company**
Dept. CH 10510
Palatine, IL 60055-0510

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.76**

**Aaron M. Meshon**
149 Atlantic Avenue #4
Brooklyn, NY 11201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,897.56**

**Adrenal**
Attn:  Karen Rumble
27114 NE Robinson Road
Camas, WA 98607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.41**

**Advocate**
56 The Street
Ashtead
Surry KT21 1 AZ

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.00**

**AEIOU**
489 Bernardston Road
Greenfield, MA 01301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,547.25**

**Air Company**
448 Ignacio Blvd. #408
Novato, CA 94949

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213.06**

**Airgas USA, LLC**
1159 Bernardston Road
Greenfield, MA 01301-1150

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,557.34**

**Al Hattendorf Associates, Inc.**
2465 Centreville Road #J 17-725
Herndon, VA 20171-3026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,383.70**

**Albany International Corp.**
Press Fabrics
P.O. Box 1109
Albany, NY 12201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.12**

**Alexander G. Savakis**
1640 La Loma Road
Pasadena, CA 91105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.82**

**Alkemi Design, LLC**
Attn: Fumi James
4633 45th Avenue S
Seattle, WA 98118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,292.36**

**Amber Janitorial, Inc.**
P.O. Box 874
Black Diamond, WA 98010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273,077.43** |
|---|---|---|---|

**American Express**
P.O. Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,406.00** |
|---|---|---|---|

**American Forest & Paper Assn.**
1111 19th Street NW, Suite 800
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,951.88** |
|---|---|---|---|

**American Plant Maintenance, Inc.**
256 West Cummings Park
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.20** |
|---|---|---|---|

**Amerigas - Propane, L.P.**
216 Lockhouse Road
Westfield, MA 01085-1236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.07** |
|---|---|---|---|

**Amy Ruppel**
4930 SE Bush Street
Portland, OR 97206-3033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.86** |
|---|---|---|---|

**Amy Schimler-Safford**
109 Mountain Park Road
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.42** |
|---|---|---|---|

**Anagram Press, LLC**
Attn:  Chandler O'Leary
2911 N. 27th Street
Tacoma, WA 98407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.66 |
|---|---|---|---|

**Anita Hageman**
3712 N. Monticello Avenue
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.73 |
|---|---|---|---|

**Ann McGilvray & Company, Inc.**
2332 Valdina Street
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.92 |
|---|---|---|---|

**Anna Shipman**
28 Steeplebush Road
Essex Junction, VT 05452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.78 |
|---|---|---|---|

**Anne Hare**
72 H Riddle Hill Road
Falmouth, MA 02540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.59 |
|---|---|---|---|

**Apak**
6002 SE Firwood Street
Portland, OR 97222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,819.29 |
|---|---|---|---|

**Apex Barcoding Systems, Inc.**
195 Pocahontas Drive
Warwick, RI 02888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,772.32 |
|---|---|---|---|

**Applied Dynamics Corp.**
38 Butternut Street
Greenfield, MA 01301-1379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,934.40 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.29**
Nonpriority creditor's name and mailing address
**Aquamark, Inc.**
P.O. Box 773
Chesterland, OH 44026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,934.40

---

**3.30**
Nonpriority creditor's name and mailing address
**Arch Paper**
3340 Morgan Ford Road
St. Louis, MO 63116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$928.35

---

**3.31**
Nonpriority creditor's name and mailing address
**Aries Chemical, Inc.**
P.O. Box 519
Beaver Falls, NY 13305

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,782.78

---

**3.32**
Nonpriority creditor's name and mailing address
**Astro Chemicals, Inc.**
P.O. Box 2248
Springfield, MA 01102-2248

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,137.70

---

**3.33**
Nonpriority creditor's name and mailing address
**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$571.97

---

**3.34**
Nonpriority creditor's name and mailing address
**Axchem USA, Inc.**
6-C Oak Branch Drive
Greensboro, NC 27407

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$32,032.00

---

**3.35**
Nonpriority creditor's name and mailing address
**B. Dickson & Associates, LLC**
dba Dale Carnegie Training
21 Maple Street
Naugatuck, CT 06770

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

| Debtor | **Southworth Company** | Case number (if known)    **17-30817** |
|---|---|---|
| | Name | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,166.02** |
|---|---|---|

**Barclay Water Management, Inc.**
55 Chapel Street
Newton, MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,438.64** |
|---|---|---|

**Bay State Bearings Service**
P.O. Box 2740
Springfield, MA 01101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,559.25** |
|---|---|---|

**Bay State Elevator Company**
P.O. Box 910
Agawam, MA 01001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,342.00** |
|---|---|---|

**Bedford Falls Communications**
302 N. 3rd Street
Watertown, WI 53094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.36** |
|---|---|---|

**Belle-Aire Fragrances**
1600 Baskin Road
Mundelein, IL 60060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,279.21** |
|---|---|---|

**Bercen, Inc.**
1381 Cranston Street
Cranston, RI 02920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,728.56** |
|---|---|---|

**Berkshire Gas Company**
P.O. Box 9241
Chelsea, MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.70 |
| | **Betsy Stolaroff** | ☐ Contingent | |
| | **4959 Allan Road** | ☐ Unliquidated | |
| | **Bethesda, MD 20816** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|
| | **Blackburn Pictures, Inc.** | ☐ Contingent | |
| | **P.O. Box 61146** | ☐ Unliquidated | |
| | **Seattle, WA 98141** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,698.50 |
|---|---|---|---|
| | **Blankophor** | ☐ Contingent | |
| | **932 East Elm STreet** | ☐ Unliquidated | |
| | **Graham, NC 27253** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.24 |
|---|---|---|---|
| | **Bluetarp Financial, Inc.** | ☐ Contingent | |
| | **P.O. Box 105525** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5525** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,238.95 |
|---|---|---|---|
| | **Bob's Your Uncle, LLC** | ☐ Contingent | |
| | **P.O. Box 702** | ☐ Unliquidated | |
| | **Wellfleet, MA 02667** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.42 |
|---|---|---|---|
| | **Bonita Pioneer** | ☐ Contingent | |
| | **P.O. Box 641003** | ☐ Unliquidated | |
| | **Dallas, TX 75264-1003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.24 |
|---|---|---|---|
| | **Braman Chemical Enterprises, Inc.** | ☐ Contingent | |
| | **P.O. Box 368** | ☐ Unliquidated | |
| | **147 Almgren Drive** | ☐ Disputed | |
| | **Agawam, MA 01001** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southworth Company** | Case number *(if known)* | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.42 |
|---|---|---|---|

**Bridget Beytagh**
P.O. Box 485
Graton, CA 95444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,637.65 |
|---|---|---|---|

**Brown Packaging Service, Inc.**
Div. of Pacific Packaging Prod.
201 Howland Avenue
Adams, MA 01220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,637.65 |
|---|---|---|---|

**C.H. Robinson Co., Inc.**
20860 N. Tatum Blvd., Suite 350
Phoenix, AZ 85050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,630.00 |
|---|---|---|---|

**CalSTRS - 600711**
P.O. Box 310300
NWCP Seattle-Bldg B Prop ID 600711
Des Moines, IA 50331-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? . ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.44 |
|---|---|---|---|

**Candace Correa**
3664 Colonial Avenue
Los Angeles, CA 90066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.90 |
|---|---|---|---|

**Canon Financial Services, Inc.**
P.O. Box 5008
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.90 |
|---|---|---|---|

**Capp, Inc.**
PMB 495
304 Newbury Street
Boston, MA 02115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.57** Nonpriority creditor's name and mailing address

**Caraustar Industrial Prod GRP**
**70 Better Way**
**Chicopee, MA 01022**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,574.02

---

**3.58** Nonpriority creditor's name and mailing address

**Cards & Gifts NW, LLC**
**P.O. Box 550**
**Port Orchard, WA 98366**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,422.90

---

**3.59** Nonpriority creditor's name and mailing address

**Carol Ann Nooney Sales, Inc.**
**432 Wallis Road**
**Rye, NH 03870**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$697.21

---

**3.60** Nonpriority creditor's name and mailing address

**Carter-McLeod Paper & Packaging**
**136 Wayside Avenue**
**West Springfield, MA 01089**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$6,906.60

---

**3.61** Nonpriority creditor's name and mailing address

**Cascio Company**
**262 Meadow Street**
**Agawam, MA 01001**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$2,006.78

---

**3.62** Nonpriority creditor's name and mailing address

**Charles L. Nolan**
**5105 North 13th Avenue**
**Phoenix, AZ 85013**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$287.00

---

**3.63** Nonpriority creditor's name and mailing address

**Chase Card Services**
**Cardmember Service**
**P.O. Box 15123**
**Wilmington, DE 19850-5123**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$81,569.45

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,843.14 |

**Cheezburger, Inc.**
Dept. LA 24292
Pasadena, CA 91185-4292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,975.00 |

**Chemtrec**
2900 Fairview Park Drive
Falls Church, VA 22042-4513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235,340.39 |

**Cheney Pulp and Paper Company**
Attn:  Mr. Mark Snyder
P.O. Box 215
Franklin, OH 45005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,837.52 |

**Cheryl Lynn Associates, LLC**
Attn:  Cheryl L. Fletcher
24881 Reeds Pointe Drive
Novi, MI 48374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.74 |

**Christopher Sargiotto**
4-74 48th Avenue #4BB
Long Island City, NY 11109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,404.75 |

**City Machine Corporation**
155 North Canal Street
Holyoke, MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |

**City of Seattle**
Licensing & Tax Administration
P.O. Box 34907
Seattle, WA 98124-1907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address
**Claremont Flock Corp.**
P.O. Box 847277
Quicksburg, VA 22847-2770

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,999.12**

---

**3.72** | Nonpriority creditor's name and mailing address
**Clayton Industries**
17477 Hurley Street
La Puente, CA 91744

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,978.02**

---

**3.73** | Nonpriority creditor's name and mailing address
**Clean Rentals, Inc.**
**Clean Uniforms and More!**
355 Church Street
P.O. Box 63100
New Bedford, MA 02746-0899

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$403.12**

---

**3.74** | Nonpriority creditor's name and mailing address
**Clear Solutions**
73 Monument Road
Hinsdale, NH 03451

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.75** | Nonpriority creditor's name and mailing address
**CMPC, USA, Inc.**
1040 Crowne Pointe Parkway, Suite 800
Atlanta, GA 30338

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,547.48**

---

**3.76** | Nonpriority creditor's name and mailing address
**Coffee Break Co.**
P.O. Box 1300
20 Connecticut South Drive
East Granby, CT 06026

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$188.25**

---

**3.77** | Nonpriority creditor's name and mailing address
**Colleen Higgins**
P.O. Box 27291
Seattle, WA 98165

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51.46**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.62 |
|---|---|---|---|

**Colleen Tracy**
P.O. Box 144 10 Great Bay Road
Standish, ME 04084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,127.42 |
|---|---|---|---|

**Collins Pipe & Supply Co., Inc.**
P.O. Box 1053
East Windsor, CT 06088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.60 |
|---|---|---|---|

**Columbia Gas of Massachusetts**
P.O. Box 742514
Cincinnati, OH 45274-2514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.12 |
|---|---|---|---|

**Comcast**
Attn: Alison Digregorio
20th Floor, 1701 JFK Blvd.
Philadelphia, PA 19103-2858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,228.59 |
|---|---|---|---|

**Comcast**
Attn: Alison Digregorio
20th Floor, 1701 JFK Blvd.
Philadelphia, PA 19103-2858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,395.00 |
|---|---|---|---|

**Conflare, LLC**
55 Broadway E., #251
Seattle, WA 98102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $785.00 |
|---|---|---|---|

**Connecticut Die Cutting Svcs.**
95 Leggett Street
East Hartford, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|--------|------------------------|--|------------------------|--------------|
| | Name | | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,795.42**

**Constellation Energy Services, Inc.**
Attn:  Ms. Erika L. Morrison
10 S. Dearborn Street
53rd Floor SW
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$643.65**

**Consumers Interstate Corp.**
2 Consumers Avenue
Norwich, CT 06360-1568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$609.84**

**Copiers Northwest, Inc.**
601 Dexter Avenue N
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,134.00**

**Crane Stationery, LLC**
30 South Street
Dalton, MA 01226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,629.44**

**Crescent Cardboard**
100 West Willow Road
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.90**

**Crocker Communications, Inc.**
101 Munson Street
P.O. Box 710
Greenfield, MA 01302-0710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$785.91**

**Crystal Springs**
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,775.00**

CW Worldwide, Inc.
Attn: Mr. Charles Johnson
P.O. Box 605
Crete, IL 60417

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,355.00**

CW Worldwide, Inc.
P.O. Box 605
Crete, IL 60417

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,838.80**

D.N. Lukens, Inc.
134 Flanders Road, Suite 375
Westborough, MA 01581

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,864.34**

Daniel Richards, Inc.
230 Spring Street, Suite 1634
Atlanta, GA 30303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.55**

Dauphine Press, Ltd.
79 Emjay Blvd.
Brentwood, NY 11717

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.94**

David L. Walker
207 Tobacco Farm Way
Chapel Hill, NC 27516-8420

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.84**

Debbi Parmisano
420 Phelps Road
San Carlos, CA 94070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192.55** |
|---|---|---|---|

**DecisionOne Corporation**
426 W. Lancaster Avenue
Devon, PA 19333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,598.46** |
|---|---|---|---|

**Decoprint Druckerei GmbH**
Hoger Damm 6
49632 Essen/Oldbg.
Hamburg

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,015.30** |
|---|---|---|---|

**Direct Energy Business**
Attn:  Mr. Mark Snyder
P.O. Box 215
Franklin, OH 45005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,668.95** |
|---|---|---|---|

**Doherty Wallace Pillsbury & Murphy, P.C.**
Attn:  W. Garth Janes, Esq.
One Monarch Place, Suite 1900
Springfield, MA 01144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,783.85** |
|---|---|---|---|

**Donna Dillingham**
8 Brookview Lane
Granby, CT 06035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$563.30** |
|---|---|---|---|

**Donna Nelson**
62 Town Farm Road
Tunbridge, VT 05077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,187.40** |
|---|---|---|---|

**Dubois Chemicals, Inc.**
3630 E. Kemper Road
Cincinnati, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,599.00 |
|---|---|---|---|

**Dun & Bradstreet**
75 Remittance Drive, Suite 1804
Chicago, IL 60675-1804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.20 |
|---|---|---|---|

**Eccles Eccles & Associates, Inc.**
P.O. Box 516
Grinnell, IA 50112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.10 |
|---|---|---|---|

**Elisabeth Logan**
Artstuff, LTD
6838 35th Avenue NE
Seattle, WA 98115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,169.82 |
|---|---|---|---|

**Elm Electrical, Inc.**
68 Union Street
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.34 |
|---|---|---|---|

**Environmental Air Specialties**
P.O. Box 541
Grafton, MA 01519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.81 |
|---|---|---|---|

**ERC Wiping Products, Inc.**
19 Bennett Street
Lynn, MA 01905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.86 |
|---|---|---|---|

**Erin McMorris**
2046 NW Flanders Street #4
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number *(if known)* | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address

**Eversource**
P.O. Box 650851
**Dallas, TX 75265-0851**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$72,179.41**

---

**3.114** | Nonpriority creditor's name and mailing address

**Everwear, Inc.**
**401 Stag Industrial Boulevard**
**Lake St. Louis, MO 63367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$333.63**

---

**3.115** | Nonpriority creditor's name and mailing address

**Expeditors Intl / Sea**
P.O. Box 1127
**Kent, WA 98035**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116** | Nonpriority creditor's name and mailing address

**Fastenal Company**
**26 Kenwood Street**
**Greenfield, MA 01301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$904.24**

---

**3.117** | Nonpriority creditor's name and mailing address

**Fedex Office**
P.O. Box 94515
**Palatine, IL 60094-4515**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$310.92**

---

**3.118** | Nonpriority creditor's name and mailing address

**Flemming Chalef**
**1933 S. Broadway #846**
**Los Angeles, CA 90007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41.25**

---

**3.119** | Nonpriority creditor's name and mailing address

**FLN-MAR Rubber & Plastics, Inc.**
P.O. Box 307
**102 Cabot Street**
**Holyoke, MA 01041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$738.15**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address

**Flora Waycott**
**3B Mace Street, Island Bay**
**Wellington 6023 NEW ZEALAND**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,083.72

---

**3.121** | Nonpriority creditor's name and mailing address

**Forms Plus, Inc.**
**55 New England Way**
**Warwick, RI 02886**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$827.42

---

**3.122** | Nonpriority creditor's name and mailing address

**Frank Sturges**
**142 W. Winter Street**
**Delaware, OH 43015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.95

---

**3.123** | Nonpriority creditor's name and mailing address

**Franklin County Chamber of Commerce**
**P.O. Box 898**
**Greenfield, MA 01302**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$520.00

---

**3.124** | Nonpriority creditor's name and mailing address

**Friedman Corporation**
**One Parkway North, Suite 400S**
**Deerfield, IL 60015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$32,512.50

---

**3.125** | Nonpriority creditor's name and mailing address

**G.H. Berlin Windward**
**Divs of Booth Waltz Ent., Inc.**
**42 Rumsey Road**
**East Hartford, CT 06108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,422.55

---

**3.126** | Nonpriority creditor's name and mailing address

**Gaia Plus International Co., Ltd.**
**Unit 708, 7/F., Ho Lik Centre**
**66A Sha Tsui Road, Tsuen Wan**
**Hong King**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.03

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
**Gary Plastic Packaging Corp.**
1340 Viele Avenue
Bronx, NY 10474-7124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,944.80**

---

**3.128** | Nonpriority creditor's name and mailing address
**Geninne D. Zlatkis**
P.O. Box 2740
Santa Fe, NM 87501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$667.11**

---

**3.129** | Nonpriority creditor's name and mailing address
**GL&V Canada Inc. (Pulp & Paper)**
3100, Rue Westinghouse
Parc Industriel No. 2
Trois-Rivieres, QCCA G9A 5E1

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$570.00**

---

**3.130** | Nonpriority creditor's name and mailing address
**GL&V USA, Inc.**
27 Allen Street
Hudson Falls, NY 12839

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.131** | Nonpriority creditor's name and mailing address
**GL&V USA, Inc.**
1 Cellu Drive, Suite 200
Nashua, NH 03063-1008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,745.00**

---

**3.132** | Nonpriority creditor's name and mailing address
**GL&V USA, Inc.**
P.O. Box 846
175 Crystal Street
Lenox, MA 01240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,423.00**

---

**3.133** | Nonpriority creditor's name and mailing address
**Glen Biely**
5105 NE 45th Street
Seattle, WA 98105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$90.00**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,753.00**

**Global Scientific Instrument**
**Bldg. #9K**
**1200 Millbury Street**
**Worcester, MA 01607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Global Transportation Svcs, inc.**
**27888 Network Place**
**Chicago, IL 60673-1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.00**

**Gordon Hearing Conservation, Inc.**
**12 Woodwell Circle**
**Amesbury, MA 01913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,812.07**

**Grainger**
**790 Cottage Street**
**Springfield, MA 01104-3221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.46**

**Graphic Controls**
**400 Exchange Street**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

**Great American Publishing**
**P.O. Box 128**
**Sparta, MI 49345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.98**

**Greenfield Farmers Cooperative Exchange**
**269 High Street**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.141** | Nonpriority creditor's name and mailing address

**Greenough Packaging Supplies**
54 Heywood Avenue
P.O. Box 4998
West Springfield, MA 01089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,229.85

---

**3.142** | Nonpriority creditor's name and mailing address

**Greenville Colorants**
20 Linden Avenue East
Jersey City, NJ 07305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$55,931.80

---

**3.143** | Nonpriority creditor's name and mailing address

**Grogan, Tuccillo & Vanderleeden**
1350 Main Street, Suite 508
Springfield, MA 01103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,900.00

---

**3.144** | Nonpriority creditor's name and mailing address

**GXS, Inc.**
P.O. Box 640371
Pittsburgh, PA 15264-0371

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

**3.145** | Nonpriority creditor's name and mailing address

**Hampden Papers, Inc.**
100 Water Street
Holyoke, MA 01040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,324.82

---

**3.146** | Nonpriority creditor's name and mailing address

**Hanah Silk, Inc.**
5155 Myrtle Avenue
Eureka, CA 95503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$792.00

---

**3.147** | Nonpriority creditor's name and mailing address

**Hanes Sheetmetal**
Attn:  Jeff Hanes
2660 NE Hwy 20 Ste 610-55
Bend, OR 97701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.84** |
|---|---|---|---|

**Harmless & Associates, LLC**
**2514 Tomahawk Road**
**Prairie Village, KS 66208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.77** |
|---|---|---|---|

**Hayes Pump, Inc.**
**66 Old Power Mill Road**
**Concord, MA 01742-4624**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.14** |
|---|---|---|---|

**Heather Junge Associates**
**201 Wyandotte St Loft 302**
**Kansas City, MO 64105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.05** |
|---|---|---|---|

**Heather MacDermott**
**17 Meadow Drive**
**San Rafael, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.32** |
|---|---|---|---|

**Heather Tupelo Ross**
**90 William Street, Apt. 8H**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.09** |
|---|---|---|---|

**Herman Agency**
**350 Central Park West**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,717.80** |
|---|---|---|---|

**Holland Company, Inc.**
**153 Howland Avenue**
**Adams, MA 01220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,100.00** |
|---|---|---|---|

**Horizon Minerals, LLC**
**110 Virginia Court**
**Hertford, NC 27944**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,848.32** |
|---|---|---|---|

**Ideas! Inc.**
**Attn:  Karen Sobolesky**
**9441 Emerald Street**
**Anchorage, AK 99502**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Image Permanence Institute**
**Rochester Institute of Tech.**
**25 Lomb Memorial Drive**
**Rochester, NY 14623-5608**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,531.07** |
|---|---|---|---|

**Industrial Compressor, LLC**
**40 Industrial Drive**
**Uxbridge, MA 01569**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,243.75** |
|---|---|---|---|

**Industrial Vibration Consultants, Inc.**
**210 S. West Street**
**Lebanon, OH 45036**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,701.33** |
|---|---|---|---|

**Ingredion, Inc.**
**10 Finderne Avenue**
**P.O. Box 6500**
**Bridgewater, NJ 08807-0500**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Integra**
**P.O. Box 2966**
**Milwaukee, WI 53201-2966**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.57 |
|---|---|---|---|

**Ivette Rothenberg**
P.O. Box 175
Auburn, CA 95604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,818.02 |
|---|---|---|---|

**J.S. McCarthy Printers**
15 Darin Drive
Augusta, ME 04330-9479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.07 |
|---|---|---|---|

**Jana Kulas**
3006 NW Esplanade
Seattle, WA 98117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.98 |
|---|---|---|---|

**Jean Mancini**
390 Brush Hill Avenue
West Springfield, MA 01089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.14 |
|---|---|---|---|

**Jen Hsieh**
354 Aberdeen Avenue
Hamilton, Ontario L8P 2R5
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.10 |
|---|---|---|---|

**Jennifer Conry**
1601 E. Mercer Street, Apt. 7
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.75 |
|---|---|---|---|

**Jennifer Renninger**
3202 W.. Obispo Street, Apt. A
Tampa, FL 33629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

### 3.169 | Nonpriority creditor's name and mailing address | $241.62

**Joe Hogan**
**210 Paoli Pointe Drive**
**Paoli, PA 19301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.170 | Nonpriority creditor's name and mailing address | $101.32

**Joe Piper, Inc.**
**P.O. Box 19687**
**Birmingham, AL 35211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.171 | Nonpriority creditor's name and mailing address | Uncertain

**John S. Leness**
**2031 Fairview Avenue East**
**Houseboat 1**
**Seattle, WA 98102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.172 | Nonpriority creditor's name and mailing address | $5,062.79

**JRC Industries, Inc.**
**111804 Wakeman Street**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.173 | Nonpriority creditor's name and mailing address | $1,244.20

**Judd Paper Company**
**55 Paktucket Avenue**
**Rumford, RI 02916**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.174 | Nonpriority creditor's name and mailing address | $2.61

**Jules Davis**
**Brand Bird, Inc.**
**1388 Dekalb Avenue**
**Atlanta, GA 30307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.175 | Nonpriority creditor's name and mailing address | $10,036.66

**K&L Gates, LLP**
**925 Fourth Avenue, Suite 2900**
**Seattle, WA 98104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.71 |
|---|---|---|---|

Kathleen P. Brady
a/k/a Current Company NYC, LLC
560 W. 218th Street, Apt. 3C
New York, NY 10034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,545.70 |
|---|---|---|---|

Katie Daisy, LLC
Attn:  Kathryn Lombardo
19520 Pine Drive
Bend, OR 97702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,709.45 |
|---|---|---|---|

Kemira Chemicals, Inc.
1950 Vaughn Road
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,640.40 |
|---|---|---|---|

Kent Tarrant
P.O.  Box 496
Hampden, MA 01036-0496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

Krystal Kleer, LLC
606 Pomeroy Avenue
Meriden, CT 06450-4872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,133.00 |
|---|---|---|---|

Lacy & Par, Inc.
650 S. Industrial Way
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.19 |
|---|---|---|---|

Laura Sjoberg
158 Derby Street
Newton, MA 02458-5000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,419.21** |
|---|---|---|---|

**Leavitt Machinery USA, Inc.**
**17300 West Valley Hwy**
**Seattle, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251.59** |
|---|---|---|---|

**Lena B & Company**
**3531 South Logan Street, Suite D**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,560.14** |
|---|---|---|---|

**Leo Paper, USA**
**1180 NW Maple Street #102**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,648.89** |
|---|---|---|---|

**Lifttruck**
**P.O. Box 1091**
**West Springfield, MA 01090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.60** |
|---|---|---|---|

**Linnea A. Riley**
**a/k/a Linnea Publishing**
**1428 Calle Santa Fe**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321.22** |
|---|---|---|---|

**Lisa R. Yerke**
**2251 Panorama Circle**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,094.00** |
|---|---|---|---|

**Locke Lord Public Policy Group, LLC**
**111 Huntington Avenue**
**Boston, MA 02199-7913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$525.62**

**Loker & Associates**
**18 Packer Brook Road**
**Redding, CT 06896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69.04**

**Lotta Jansdotter, LLC**
**101 President Street #4**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,348.16**

**Lynn Mitchell Group, Inc.**
**1933 S. Broadway, Suite 856**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,831.00**

**M & R Transportation, LLC**
**46 Bradway Road**
**Monson, MA 01057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**Mags Media, LLC**
**1748 Madison Avenue**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.55**

**Mahlumwender, Inc.**
**1073 Shawnee Trail**
**Bigfork, MT 59911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,936.20**

**MailFinance**
**25881 Network Place**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$368.00**

**Marathon Cutting Die Co.**
**2340 S. Foster Avenue**
**Milwaukee, WI 53212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$605.64**

**Mary & Company**
**Attn: Mary Bevil**
**813 Pasatiempo Drive**
**Frisco, TX 75034-2952**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$869.70**

**Mary Hada, Inc.**
**680 8th Street, Suite 161**
**San Francisco, CA 94103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.02**

**Mati McDonough**
**5939 Telegraph Avenue, Apt. 209**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.04**

**Matthew Porter**
**4105 NE 120th Street**
**Seattle, WA 98125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,109.52**

**McMaster-Carr Supply Co.**
**P.O. Box 7690**
**Chicago, IL 60680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,738.90**

**MCS Industries, Inc.**
**P.O. Box 677547**
**Dallas, TX 75267-7547**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.38**

**Melissa Crowley**
16 Laguna Street, Apt. 501
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,179.88**

**Merrill Industries, LLC**
26 Village Street
P.O. Box 150
Ellington, CT 06029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Meyers Brothers Kalicka, P.C.**
Attn:  Mr. Rudy M. D'Agostino
330 Whitney Avenue, Suite 800
Holyoke, MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.67**

**Michael Van deVen**
93 Torrey Road
Southbridge, MA 01550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.26**

**Michaelene Van Gelder**
c/o Jennifer Ringhofer
7012 24th NW
Seattle, WA 98117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,821.00**

**Michigan Street Buildings, LLC**
5603 11th Avenue NE
Seattle, WA 98105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,012.27**

**Monson Companies**
154 Pioneer Drive
Leominster, MA 01453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |

---

**3.211** Nonpriority creditor's name and mailing address
**Monson Paper, LLC**
Attn: Mr. Eric Lombardi, Jr.
121 Memorial Drive
Springfield, MA 01104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$341,147.23**

---

**3.212** Nonpriority creditor's name and mailing address
**Motus Freight, LLC**
401 Park Avenue
Newport, KY 41071

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,637.65**

---

**3.213** Nonpriority creditor's name and mailing address
**Mudlark Papers, Inc.**
Attn: Doug Hamilton
1031 Shimer Ct.
Naperville, IL 60565

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,938.02**

---

**3.214** Nonpriority creditor's name and mailing address
**Mullens & Co., Inc.**
5 Bellair Drive
Schenectady, NY 12302

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$182.28**

---

**3.215** Nonpriority creditor's name and mailing address
**N.A.G.S.**
c/o Liberty Systems, LLC
328 W. Oak Avenue
Wheaton, IL 60187

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

**3.216** Nonpriority creditor's name and mailing address
**Nalco Chemical Company**
Dept. L863P
Pittsburgh, PA 15264

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,054.29**

---

**3.217** Nonpriority creditor's name and mailing address
**Nancy O'Brien Davis**
255 N. Cimarron Road
Las Vegas, NV 89145

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1.05**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,805.00**

**National Scale Of New England, Inc.**
P.O. Box 332
Wilbraham, MA 01095-0332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.40**

**Needham Electric Supply**
6 Silvio Conte Drive
Greenfield, MA 01301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,349.04**

**Neenah Paper, Inc.**
2255 Brooks Avenue
P.O. Box 506
Neenah, WI 54957-0506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296.92**

**Neopost**
5200 Southcenter Blvd #140
Seattle, WA 98188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,408.05**

**New England Motor Freight, Inc.**
1-71 North Avenue, East
P.O. Box 6031
Elizabeth, NJ 07207-6031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$952.29**

**New Pig Corporation**
One Port Avenue
Tipton, PA 16684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Nigel Frank International**
110 William Street, Floor 21
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,812.50**

**Northstar Disposal**
**89 Guion Street**
**Springfield, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,043.00**

**Northstar Pulp & Paper**
**89 Guion Street**
**Springfield, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,469.90**

**NRG Associates**
**10301 Bren Road W #G442**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.59**

**Office Max**
**File 42256**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$806.40**

**Olympic Mountain Products, Inc.**
**8655 S. 208th Street**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Olympus Press**
**3400 S. 150th Street**
**Seattle, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$309.09**

**Overhead Door Company of Pioneer Valley**
**190 Moody Street**
**Ludlow, MA 01056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,672.53**

**Overnight Printing & Graphics**
2412 1st Avenue S
Seattle, WA 98134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,051.16**

**Pacific Packaging Products, Inc.**
24 Industrial Way
Wilmington, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,895.36**

**Pacific Paper Tube, Inc.**
1025 98th Avenue
Oakland, CA 94603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,535.00**

**Palmer Printing, Inc.**
Michelle Bulin
739 S. Clark Street
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$512.96**

**Pamela Dana Miller**
232 Kaplan Avenue
Pittsburgh, PA 15227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.48**

**Pamela R. Lowe**
31 Piety Corner Road
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$865.22**

**Pape Material Handling Exchange**
P.O. Box 5077
Portland, OR 97208-5077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

**3.239** Nonpriority creditor's name and mailing address

**Paper + Design**
An der Heinzebank 15
09429 Wolkenstein

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,345.14**

---

**3.240** Nonpriority creditor's name and mailing address

**Paper Trends, Inc.**
6942 FM 1960 E #345
Humble, TX 77346

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$805.38**

---

**3.241** Nonpriority creditor's name and mailing address

**Paperchine, Inc.**
1155 Prairie Hill Road
Rockton, IL 61072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,550.00**

---

**3.242** Nonpriority creditor's name and mailing address

**Patti White & Co., Inc.**
4541 N. Raenswood Avenue, Suite #101-A
Chicago, IL 60640

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$121.02**

---

**3.243** Nonpriority creditor's name and mailing address

**Paul M. Gauthier**
308 Partridge Hill Road
Charlton, MA 01507

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,140.00**

---

**3.244** Nonpriority creditor's name and mailing address

**Peg Vinyard**
1043 W. 10th Avenue
Denver, CO 80204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$186.60**

---

**3.245** Nonpriority creditor's name and mailing address

**Perry Shore AKA Schoer**
a/k/a Shorelines
155 W. 73rd Street, #506
New York, NY 10023

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$262.58**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,488.00**

**Pierce Machine Company**
**74 E. Housatonic Street**
**P.O. Box 251**
**Dalton, MA 01227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.95**

**Pizazz-It!**
**3561 Burch Avenue**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,058.75**

**Potash-Delmolino-Davis, Inc.**
**Industrial Design Services**
**484 Housatonic Street, P.O. Box 61**
**Dalton, MA 01227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,058.00**

**Preferred Delivery Service**
**4609 Bellview Street W**
**Tacoma, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**Proshred Security, LLC**
**75 Post Office Park, Suite 7508**
**Wilbraham, MA 01095-1189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,927.49**

**Puget Sound Energy**
**BOT-01H**
**P.O. Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,832.00**

**Quality Custodial Services, Inc.**
**P.O. Box 754**
**Greenfield, MA 01302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,750.64 |
|---|---|---|---|

**Quanzhou East-Tern Handicraft**
**Wendou Village, Shuitou Town**
**Nanan 362342**
**Quanzhou Fujian P.R. of China**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.83 |
|---|---|---|---|

**Recon Pump, Inc.**
**39 Rugg Road**
**Sterling, MA 01564**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.10 |
|---|---|---|---|

**Recycle, Inc. East**
**20A Harmich Road**
**P.O. Box 340**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,063.50 |
|---|---|---|---|

**Red Hawk Fire & Security, LLC**
**32 Char Drive**
**Westfield, MA 01085-1468**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,068.71 |
|---|---|---|---|

**Rep Factor, Inc.**
**Leslie A. Warner**
**739 Jamestowne Road**
**Dundee, IL 60118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,088.79 |
|---|---|---|---|

**Republic Service, Inc.**
**Allied Waste Services #956**
**18500 North Allied Way**
**Phoenix, AZ 85054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.84 |
|---|---|---|---|

**Richard Walters & Associates**
**121 Mountain Avenue #1**
**Roanoke, VA 24016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address | | **$13,741.74**

**Riley Design, Inc.**
3640 W. Warren Avenue
Denver, CO 80210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | | **$16,875.00**

**Risi, Inc.**
Attn:  A/R Clerk
4 Alfred Circle
Bedford, MA 01730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | | **$5,600.49**

**Road Runners TOLA, LLC**
2507 Camp Avenue
Bellmore, NY 11710

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | | **$10,408.32**

**Road Runners, LLC**
2507 Camp Avenue
Bellmore, NY 11710

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | | **$4,033.37**

**Robin L. Moreland**
a/k/a Robin & Friends, LLC
2733 Galway Ct
Hudson, WI 54016

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | | **$46.02**

**Rocky Mountain SMS**
P.O. Box 80523
Billings, MT 59108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | | **$211.67**

**Roger Aase**
P.O. Box 31130
Seattle, WA 98103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.51**

**Roger Bunn**
7F., No. 18, Alley 1, Lane 768,
Sect. 4, Pa Teh Road, Taipei, Taiwan

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Roger la Borde**
87 Kingsgate Road
London NW6 4JY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.02**

**Russel Wright Studios, LLC**
P.O. Box 207
Garrison, NY 10524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.45**

**Rusty Barnes**
a/k/a NYC Metro Reps
1701 Route 300
Newburgh, NY 12550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.45**

**Safety-Kleen Systems, Inc.**
P.O. Box 382066
Pittsburgh, PA 15250-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.21**

**SAI International, Inc.**
239 W. 39th Street, Suite 509
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,532.32**

**Salazar & Heath, Inc.**
1459 18th Street #170
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.274** | Nonpriority creditor's name and mailing address

**Samantha Hahn**
**165 E. 32nd Street 6B**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.59

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address

**Sandra Shea-Delos Santos**
**Shea Associates**
**452 Gleasondale Road**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,356.17

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address

**Sarah Watts, LLC**
**828 Ralph McGill Blvd., NE #106**
**Atlanta, GA 30306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$130.65

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address

**Schneider Electric Systems, USA**
**38 Neponset Avenue**
**Foxboro, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$629.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address

**Seattle City Light**
**P.O. Box 34017**
**Seattle, WA 98124-1017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$423.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address

**Seattle Envelope Co.**
**4700 9th Avenue NW**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$32,290.81

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address

**Seattle Public Utilities**
**P.O. Box 35177**
**Seattle, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$326.22

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,048.00**

**Selective Insurance Company of America**
P.O. Box 371468
Pittsburgh, PA 15250-7468

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,318.07**

**Service Matters, L.L.C.**
56 Main Street
Springfield, MA 01105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$814.08**

**Sharon Kay Neufeld**
12021 West Louisiana Avenue
Denver, CO 80228

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.75**

**Sheridan Trucking, Inc.**
145 Western Avenue
P.O. Box 222
West Springfield, MA 01090

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,750.00**

**Silvon Software, Inc.**
Attn:  Accounts Receivable
900 Oakmont Lane, Suite 301
Westmont, IL 60559

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,226.59**

**Simplexgrinnell, LP**
Dept. CH 10320
Palatine, IL 60055-0320

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,437.50**

**Skolar, Abbott & Presser, PC**
One Monarch Place, Suite 2000
Springfield, MA 01144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,313.62**

Slowinski Wood Products, Inc.
13 Bennett Galip Drive
Colrain, MA 01340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,984.77**

Solenis, LLC
500 Hercules Road
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,631.22**

Sonoco
65 Allison Lane
West Springfield, MA 01089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760,280.69**

Southern Cellulose Products, Inc.
P.O. Box 2278
Chattanooga, TN 37409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,285,657.00**

Southworth Company Pension Plan
Mr. John S. Leness
265 Main Street
Agawam, MA 01001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,880.00**

Specialty Minerals, Inc.
35 Highland Avenue
Bethlehem, PA 18017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

Spectrum Show Services, Inc.
440 Benigno Blvd, Suite C
Bellmawr, NJ 08031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,456.82**

**Staffing Network, LLC**
450 Deveon Avenue, Suite 250
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,701.33**

**Staffing Network, LLC & QPA**
Attn: Mr. Tim Ward
1815 S. Meyers Road, Suite 600
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.28**

**Standard Insurance Company**
P.O. Box 12687
Birmingham, AL 35202-6687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,510.18**

**Staples Credit Plan**
Dept. 51-7818764168
P.O. Box 78004
Phoenix, AZ 85062-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State of Washington**
**Department of Revenue**
P.O. Box 34052
Seattle, WA 98124-1052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.23**

**Steve Lange**
7841 N. Hopdown Avenue
Tucson, AZ 85741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stik Withit Print Works**
6761 Thompson Road N
Syracuse, NY 13211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.302** | Nonpriority creditor's name and mailing address | | **$15,461.73**

**Stirling Consulting, Inc.**
P.O. Box 301
Yarmouth, ME 04096-0301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | | **$4,041.11**

**Styles That Work, LLC**
10410 N. Kensington Pkwy, Suite 315
Kensington, MD 20895

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | | **$48.79**

**Suburban Propane**
334 Chapman Street
Greenfield, MA 01302

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | | **$514.23**

**Susan Babella**
355 Lydall Street
Manchester, CT 06040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | | **$238.45**

**Susan Devlin**
1034 Peralta Avenue
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | | **$792.39**

**Susan Ghahremani**
5058 E. Mountain View Drive
San Diego, CA 92116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | | **$8,759.95**

**Susie Gildea + Group**
4121 47th Avenue S
Seattle, WA 98118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,276.40** |
|---|---|---|---|

**Swan Associates, Inc.**
49 Holly Drive
Newington, CT 06111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.20** |
|---|---|---|---|

**Terry and Jim Associates**
a/k/a Jim and Terry's Kids Korner
526 Northstar Road
Royse City, TX 75189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.50** |
|---|---|---|---|

**Testamerica Laboratories, Inc.**
501 Southampton Road, Suite C
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$767.36** |
|---|---|---|---|

**Teufelberger Fiber Rope Corp.**
848 Airport Road
Fall River, MA 02720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,785.50** |
|---|---|---|---|

**The Angell Pension Group, Inc.**
88 Boyd Avenue
East Providence, RI 02914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,609.76** |
|---|---|---|---|

**The J.P. Farley Corporation**
29055 Clemens Road
Westlake, OH 44145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,112.00** |
|---|---|---|---|

**The Legacy Energy Group, LLC**
32 Waterloo Street
Warrenton, VA 20186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

---

**3.316** | Nonpriority creditor's name and mailing address
**The Madison Park Group, Inc.**
1407 11th Avenue
Seattle, WA 98122

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$682,791.44**

---

**3.317** | Nonpriority creditor's name and mailing address
**The Mary Harper Group, LLC**
230 5th Avenue, Suite 311
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$460.80**

---

**3.318** | Nonpriority creditor's name and mailing address
**The Pallet Co.**
12 Plymouth Street
Chicopee, MA 01020

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$975.00**

---

**3.319** | Nonpriority creditor's name and mailing address
**Thomas Arthur Danz**
716 Treyburn Court
Neenah, WI 54956

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,257.17**

---

**3.320** | Nonpriority creditor's name and mailing address
**Thomaspaul Studio, LLC**
400 West 37th Street #14P
New York, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,557.85**

---

**3.321** | Nonpriority creditor's name and mailing address
**Tighe & Bond, Inc.**
Accounts Receivable Department
53 Southampton Road
Westfield, MA 01085

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,950.00**

---

**3.322** | Nonpriority creditor's name and mailing address
**TMC Materials, Inc.**
195 Main Street
Shrewsbury, MA 01545

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,580.34**

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.323** | Nonpriority creditor's name and mailing address
**TotalFunds By Hasler**
P.O. Box 30193
Tampa, FL 33630-3193

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,742.67

---

**3.324** | Nonpriority creditor's name and mailing address
**Town of Agawam**
Collector of Taxes
36 Main Street
Agawam, MA 01001-1837

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$49,144.76

---

**3.325** | Nonpriority creditor's name and mailing address
**Town of Montague**
1 Avenue A
Turners Falls, MA 01376

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$224,701.28

---

**3.326** | Nonpriority creditor's name and mailing address
**Travelers**
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,622.20

---

**3.327** | Nonpriority creditor's name and mailing address
**Turners Falls Water Department**
226 Millers Falls Road
Turners Falls, MA 01376

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$24,879.60

---

**3.328** | Nonpriority creditor's name and mailing address
**Uline**
Attn:  Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$311.12

---

**3.329** | Nonpriority creditor's name and mailing address
**Uline**
Attn:  Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,115.87

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

### 3.330

**Nonpriority creditor's name and mailing address**

**United Parcel Service**
P.O. Box 5014
Westborough, MA 01681

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$533.09**

---

### 3.331

**Nonpriority creditor's name and mailing address**

**United Parcel Service**
P.O. Box 894820
Los Angeles, CA 90189-4820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,956.90**

---

### 3.332

**Nonpriority creditor's name and mailing address**

**UPC**
1501 S. Stoughton Road
Madison, WI 53716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.333

**Nonpriority creditor's name and mailing address**

**USA Blue Book**
P.O. Box 9004
Gurnee, IL 60031-9004

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$240.08**

---

### 3.334

**Nonpriority creditor's name and mailing address**

**Vallviks Bruk AB**
c/o Cellmark Pulp & Paper, Inc.
SE-820 21 Vallvik
Sweden

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,069.00**

---

### 3.335

**Nonpriority creditor's name and mailing address**

**Valmet, Inc. Hudson Falls Div.**
Lockbox 75345
Charlotte, NC 28275

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,503.76**

---

### 3.336

**Nonpriority creditor's name and mailing address**

**Veolia ES Tech. Solutions, LLC**
90 Pleasant Street
P.O. Box 10
West Bridgewater, MA 02379

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$250.37**

---

| Debtor | **Southworth Company** | Case number *(if known)* | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,359.04**

**Veritiv Operating Company**
formerly Unisource
P.O. Box 57006
Los Angeles, CA 90074-7006

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,793.00**

**W J Foss Div.**
Kaufman Company, Inc.
380 Union Street
West Springfield, MA 01089

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.90**

**Wanart, LLC**
148 Lincoln Avenue
Ridgewood, NJ 07450

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,645.00**

**Warner Babcock Institute for Green Energ**
Attn: Mr. Joe Point
100 Research Drive
Wilmington, MA 01887

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00**

**Web Diecutters, Etc., Inc.**
120 North Bridge Street
Holyoke, MA 01040

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,663.69**

**Whalley Computer Associates, Inc.**
P.O. Box 4950
Springfield, MA 01101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,708.57**

**White Ginger, LLC**
P.O. Box 2896
Gary, IN 46403

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

---

**3.344** | Nonpriority creditor's name and mailing address
**William C. Blanker**
72 Meadow Wood Drive
Greenfield, MA 01301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$107,444.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address
**William P. Short, III**
P.O. Box 237173
New York, NY 10023-7173

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$373.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address
**Wyrefab, Inc.**
P.O. Box 3767
Gardena, CA 90247-7467

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address
**Xerox Corporation**
Accounts Receivable
P.O. Box 2000
Leesburg, VA 22075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,434.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address
**XPO Logistics Freight, Inc.**
P.O. Box 5160
Portland, OR 97208-5160

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$532.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address
**XPO Logistics Freight, Inc.**
P.O. Box 5160
Portland, OR 97208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,049.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address
**YRC**
P.O. Box 13573
Newark, NJ 07188-3573

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,645.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|
| | Name | | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zhejiang Dongxiao Stationery Co., Ltd.**
**Jichang Rd Xinqiao Town Luqiao Dist**
**Zhejian Province China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A.I.M. Mutual Insurance Company<br>P.O. Box 4131<br>Woburn, MA 01888-4131 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Albany International<br>Press Fabrics<br>P.O. Box 75158<br>Charlotte, NC 28275-0158 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | American Forest & Paper Association-Dues<br>P.O. Box 4009<br>Washington, DC 20042-4009 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | C.H. Robinson Worldwide, Inc.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Canon Financial Services, Inc.<br>14904 Collections Ceneter Drive<br>Chicago, IL 60693-0149 | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Capp, Inc.<br>P.O. Box 127<br>Clifton Heights, PA 19018-0127 | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Caraustar Industrial Prod. GRP<br>Newark Group<br>P.O. Box 935013<br>Atlanta, GA 31193-5013 | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Chase Card Services<br>Cardmember Service<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Chemtrec<br>Accounts Receivable<br>P.O. Box 791383<br>Baltimore, MD 21279-1383 | Line **3.65**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.10**   **City of Seattle**
**Department of Finance**
P.O. Box 34016
Seattle, WA 98124-1016

Line __3.70__

☐   Not listed. Explain ____

—

**4.11**   **City of Seattle**
**Dept. of Planning & Development**
P.O. Box 34234
Seattle, WA 98124-1234

Line __3.70__

☐   Not listed. Explain ____

—

**4.12**   **City of Seattle**
**Seattle Fire Marshal's Office**
220 Third Avenue S - 2nd Floor
Seattle, WA 98104-2608

Line __3.70__

☐   Not listed. Explain ____

—

**4.13**   **Claremont Flock, LLC**
**107 Scott Drive**
Leominster, MA 01453

Line __3.71__

☐   Not listed. Explain ____

—

**4.14**   **Clayton Industries**
Dept. #2636
Los Angeles, CA 90084-2636

Line __3.72__

☐   Not listed. Explain ____

—

**4.15**   **Clean Rentals, Inc.**
**Clean UNiforms and More!**
P.O. Box 63070
New Bedford, MA 02746-0899

Line __3.73__

☐   Not listed. Explain ____

—

**4.16**   **Comcast**
P.O. Box 1577
Newark, NJ 07101-1577

Line __3.81__

☐   Not listed. Explain ____

—

**4.17**   **Comcast**
P.O. Box 37601
Philadelphia, PA 19101-0601

Line __3.81__

☐   Not listed. Explain ____

—

**4.18**   **Comcast**
P.O. Box 1577
Newark, NJ 07101-1577

Line __3.82__

☐   Not listed. Explain ____

—

**4.19**   **Comcast**
P.O. Box 37601
Philadelphia, PA 19101-0601

Line __3.82__

☐   Not listed. Explain ____

—

**4.20**   **Copiers Northwest, Inc. (Chi)**
**21146 Network Place**
Chicago, IL 60673-1211

Line __3.87__

☐   Not listed. Explain ____

—

**4.21**   **Crescent Cardboard Co., LLC**
**35243 Eagle Way**
Chicago, IL 60678-1352

Line __3.89__

☐   Not listed. Explain ____

—

**4.22**   **Dauphine Press**
**3820 Cypress Drive, Suite 12**
Petaluma, CA 94954

Line __3.96__

☐   Not listed. Explain ____

—

| Debtor | **Southworth Company** | Case number (if known) | **17-30817** |
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.23**   **Dauphine Press, Ltd.**<br>**555 Greenwich Street**<br>**Hempstead, NY 11550** | Line  **3.96**<br><br>☐  Not listed. Explain ____ | — |
| **4.24**   **Decisionone Corporation**<br>**P.O. Box 754140**<br>**Philadelphia, PA 19175-4140** | Line  **3.99**<br><br>☐  Not listed. Explain ____ | — |
| **4.25**   **Dun & Bradstreet**<br>**P.O. Box 742138**<br>**Los Angeles, CA 90074-2138** | Line  **3.106**<br><br>☐  Not listed. Explain ____ | — |
| **4.26**   **Fedex Freight**<br>**Dept. CH**<br>**P.O. Box 10306**<br>**Palatine, IL 60055-0306** | Line  **3.117**<br><br>☐  Not listed. Explain ____ | — |
| **4.27**   **Fedex Office**<br>**Customer Administrative Services**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | Line  **3.117**<br><br>☐  Not listed. Explain ____ | — |
| **4.28**   **GL& V USA, Inc.**<br>**Dept. 293901**<br>**P.O. Box 67000**<br>**Detroit, MI 48267-2939** | Line  **3.131**<br><br>☐  Not listed. Explain ____ | — |
| **4.29**   **GL&V USA, Inc.**<br>**Dept. 293901**<br>**P.O. Box 67000**<br>**Detroit, MI 48267-2939** | Line  **3.130**<br><br>☐  Not listed. Explain ____ | — |
| **4.30**   **GL&V USA, Inc.**<br>**Dept. 293901**<br>**P.O. Box 67000**<br>**Detroit, MI 48267-2939** | Line  **3.132**<br><br>☐  Not listed. Explain ____ | — |
| **4.31**   **Global Scientific Instrument, Inc.**<br>**P.O. Box 123**<br>**South Grafton, MA 01560** | Line  **3.134**<br><br>☐  Not listed. Explain ____ | — |
| **4.32**   **Hayes Pump, Inc.**<br>**P.O. Box 0351**<br>**Brattleboro, VT 05302-0351** | Line  **3.149**<br><br>☐  Not listed. Explain ____ | — |
| **4.33**   **N.A.G.S.**<br>**Attn:  Joel Bergeron, Treasurer**<br>**10 Manor Parkway, Unit B**<br>**Salem, NH 03079** | Line  **3.215**<br><br>☐  Not listed. Explain ____ | — |
| **4.34**   **Needham Electric Supply**<br>**CL 800083**<br>**P.O. Box 55008**<br>**Boston, MA 02205-5008** | Line  **3.219**<br><br>☐  Not listed. Explain ____ | — |
| **4.35**   **Republic Services, Inc. #956**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | Line  **3.258**<br><br>☐  Not listed. Explain ____ | — |

| Debtor | **Southworth Company** | | | Case number (if known) | **17-30817** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.36**  Schneider Electric Systems USA
14526 Collections Center Drive
Chicago, IL 60693

Line  3.277

☐  Not listed. Explain ____

—

**4.37**  Solenis, LLC
P.O. Box 116232
Atlanta, GA 30368-6232

Line  3.289

☐  Not listed. Explain ____

—

**4.38**  Staples Credit Plan
Dept. 00-01307750
P.O. Box 6721
The Lakes, NV 88901-6721

Line  3.298

☐  Not listed. Explain ____

—

**4.39**  Suburban Propane - 2740
P.O. Box 160
Whippany, NJ 07981-0160

Line  3.304

☐  Not listed. Explain ____

—

**4.40**  Testamerica Laboratories, Inc.
P.O. Box 204290
Dallas, TX 75320-4290

Line  3.311

☐  Not listed. Explain ____

—

**4.41**  Teufelberger Fiber Rope Corp.
P.O. Box 380020
Boston, MA 02241-0820

Line  3.312

☐  Not listed. Explain ____

—

**4.42**  Vallviks Bruk AB
Attn:  Ulrika Gavel
SE-820 21 Vallvik
Sweden

Line  3.334

☐  Not listed. Explain ____

—

**4.43**  Valmet, Inc. Hudson Falls Div.
Lockbox 75345
Charlotte, NC 28275

Line  3.335

☐  Not listed. Explain ____

—

**4.44**  Veolia ES Tech. Solutions, LLC
Electronics Recycling Division
28900 Network Place
Chicago, IL 60673-1289

Line  3.336

☐  Not listed. Explain ____

—

**4.45**  Xerox Corporation
P.O. Box 890990
Chicago, IL 60680-2555

Line  3.347

☐  Not listed. Explain ____

—

**4.46**  YRC
P.O. Box 730375
Dallas, TX 75373-0375

Line  3.350

☐  Not listed. Explain ____

—

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 342,655.05 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,758,668.27 |

| Debtor | **Southworth Company** | | Case number (if known) | **17-30817** |
|---|---|---|---|---|
| | Name | | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **15,101,323.32**

Fill in this information to identify the case:

Debtor name **Southworth Company**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) **17-30817**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Northwest Corporate Park Seattle Washington Build B, 6th Avenue South, Seattle, WA 98108** | |
| | State the term remaining | | **CSHU NWCP Seattle, LLC c/o Miller Nash Graham & Dunn, LLP 2801 Alaskan Way Seattle, WA 98121** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 800 South Michigan Street, Suite B, Seattle, WA 98108** | |
| | State the term remaining | | **Georgetown Professional Center, LLC c/o Property Manager Eastlake Management, Inc. 5603 11th Avenue, NE Seattle, WA 98105** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Southworth Company**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **17-30817**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                Column 2: Creditor

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City      State      Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City      State      Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City      State      Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City      State      Zip Code | | | |